Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**F I L E D**
CLERK, U.S. DISTRICT COURT

1/31/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VAV _____ DEPUTY

Case Number   5:23-cr-00021-JGB          Defendant Number _____

U.S.A.  v.   Jason Edward Thomas Cardiff          Year of Birth   1975

[✓] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)   USPIS

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor     [ ] Minor Offense     [ ] Petty Offense

[ ] Class B Misdemeanor     [ ] Class C Misdemeanor     [✓] Felony

b. Date of Offense   1/22/18

c. County in which first offense occurred

Riverside

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other _____

Citation of Offense   18 U.S.C. § 1029(a)(5), 1028A,

1512(b)(2)(B), 982, 1029, 981, and 28 U.S.C.  § 2461(c)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No     [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?     [ ] No     [ ] Yes

IF YES, provide Name: _____

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*     [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*     [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**     [ ] Yes     [✓] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*     [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*     [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes     [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?  ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male        ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)  _____

_____

This defendant is charged in:

   ☑ All counts

   ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud   ☑ public corruption

☐ government fraud          ☐ tax offenses

☐ environmental issues       ☑ mail/wire fraud

☐ narcotics offenses         ☐ immigration offenses

☐ violent crimes/firearms     ☐ corporate fraud

☑ Other   Aggravated ID Theft _____

_____

### CUSTODY STATUS

Defendant is **not in custody**:

  a. Date and time of arrest on complaint: _____

  b. Posted bond at complaint level on: _____

    in the amount of $ _____

  c. PSA supervision?   ☐ Yes   ☐ No

  d. Is on bail or release from another district:

_____

Defendant is **in custody**:

  a. Place of incarceration:   ☐ State   ☐ Federal

  b. Name of Institution: _____

  c. If Federal, U.S. Marshals Service Registration Number:

_____

  d. ☐ Solely on this charge. Date and time of arrest:

_____

  e. On another conviction:      ☐ Yes        ☐ No

    IF YES:   ☐ State      ☐ Federal   ☐ Writ of Issue

  f. Awaiting trial on other charges:   ☐ Yes   ☐ No

    IF YES :   ☐ State   ☐ Federal   AND

  Name of Court: _____

  Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date January 31, 2023 _____

Signature of Assistant U.S. Attorney

Valerie Makarewicz
Print Name