E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6265
    E-mail: Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
JAN 31 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | EDCR 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF VALERIE L. MAKAREWICZ |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | **(UNDER SEAL)** |
| Defendant. | |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of AUSA Valerie L. Makarewicz.

Dated: January 28, 2023         Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ Valerie L. Makarewicz

VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF VALERIE L. MAKAREWICZ**

I, VALERIE L. MAKAREWICZ, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. JASON EDWARD THOMAS CARDIFF, No. Enter Case No., the indictment in which is being presented to a federal grand jury in the Central District of California on January 31, 2023.

2. Defendant has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on January 27, 2023. Based on the investigation to date, defendant is currently living in Europe. The likelihood of apprehending defendant might jeopardized if the indictment in this case were made publicly available before defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter. In addition, the government requests that the indictment and arrest warrant be unsealed only so the government can provide the documents to INTERPOL, so it may post a "Red Notice" regarding defendant, since I believe defendant does not live in the United States at this time.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and

Case 5:23-cr-00021-JGB    Document 5    Filed 01/31/23    Page 4 of 4    Page ID #:23

1  that this declaration is executed at Los Angeles, California, on
2  January 28, 2023.

_____
VALERIE L. MAKAREWICZ

2