UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. | 5:23-cr-00021-JGB-1 |
| Date: | 11/27/2023 |
| Present: The Honorable: | Brianna Fuller Mircheff, U.S. Magistrate Judge |
| Interpreter | N/A |
| Language | N/A |

| Christianna Howard | 11/27/2023 | Valerie Makarewicz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  In Custody
Jason Edward Thomas Cardiff

Attorneys for Defendants:  ✓ Present  Retained
Larson, Stephen Gerard

**Proceedings:** Arraignment of Defendant and/or  ✓ Assignment of Case   Appointment of Counsel

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Jesus G. Bernal.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/23/2024 9:00 AM; Status Conference: 1/8/2024 2:00 PM; Motion Hearing: 1/8/2024 2:00 PM
* Government counsel provides trial estimate of 4 days.
* The parties are referred to Judge Bernal's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.

Judge Bernal is located in 1, Riverside - George E. Brown, Jr. United States Courthouse, 3470 Twelfth Street, CA 92501-3801.

cc:  PSALA    PSAED    PSASA
  ✓ USMLA    USMED    USMSA
     Statistics Clerk    Interpreter
     CJA Supervising Attorney    Fiscal

Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: CH by TRB