Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2023 NOV 27  AM 11: 19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: TV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.

Jason Edward Thomas Cardiff
USMS# _____
DEFENDANT

CASE NUMBER: ED-23-cr-00021-JGB

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/26/2023 at 8:25  ☐ AM ☒ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1029(a)(5); 18 USC 1028A(a)(1); 18 USC 1512(b)(2)(B)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ____

7. Year of Birth: 1975

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Stephen Larson   Phone Number: (909) 285-5632

9. Name of Pretrial Services Officer notified: via duty email at approx 8:30am

10. Remarks (if any): ____

11. Name: Christine Reins-Jarin   (please print)

12. Office Phone Number: (562) 983-8317

13. Agency: USPIS

14. Signature: [signature]

15. Date: 11/27/2023

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION