

jasoncardiff1

jasoncardiff1 When you are called in to sign documents with head of your European council for a very big deal

62w

5 likes
SEPTEMBER 14, 2022

Add a comment...   Post



**jasoncardiff1** Things that happen in your home elevator #Grogu #madeintheusa #cardiff #ja4i #justaskforit

18w

7 likes
JULY 22

Add a comment...  Post






jasoncardiff1 • Follow ...

**jasoncardiff1** Round two not your grandpa's watch #Rolex #Millionaire #MadeInTheUSA #WatchLover #GiantSchnauzer #Trump #freedom

70w

**txbrewandbarbecue** Imma need that one

70w 1 like Reply

112 views

JULY 22, 2022

Add a comment... Post