```
                         CLERK, U.S. DISTRICT COURT
                              NOV 30 2023
                         CENTRAL DISTRICT OF CALIFORNIA
                         BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, v. Jason Edward Thomas Cardiff | 5:23-cr-00021-JGB |
| DEFENDANT/MATERIAL WITNESS, | AFFIDAVIT OF THIRD-PARTY CUSTODIAN |

Having been ordered by the Court on __11/30/23__ to take third-party custody of _____, I, __Stephen Cochell__ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
Signature of Third-Party Custodian (Person or Organization)

_Attorney/friend_
Relationship to Defendant/Material Witness

█████████████████████
Address (only if the above is an organization)

█████████████████████
City and State only

█████████████████████
Telephone Number

Date: __11/30/23__

CR-31 (03/15)                    AFFIDAVIT OF THIRD-PARTY CUSTODIAN