Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>           Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO KANSAS CITY**<br><br>*[Filed concurrently with Declaration of Stephen G. Larson and [Proposed] Order]* |

# EX PARTE APPLICATION

By and through counsel of record, Jason Cardiff hereby seeks permission to travel to Kansas City from December 30, 2023 to January 1, 2024.

Mr. Cardiff has been released on a $530,000 appearance bond, justified in the amount of $500,000 with full deeding of real property. His release conditions include, among other conditions: a travel restriction to the Central District of California and the Southern District of Texas; a curfew between the hours of 8:00 p.m. and 8:00 a.m.; and placement in the custody of third-party custodian, Attorney Stephen Cochell. Lilia Murphy and Brian Kennedy executed affidavits of sureties in support of the bond. Ms. Murphy also deeded her home as collateral.

Mr. Cardiff is currently living with Attorney Cochell in the Kingwood, Texas, and he is being supervised by United States Probation Officer Jack Sherrod of the Southern District of Texas.

Jason Cardiff serves as the CEO and President of Redwood Scientific Technologies, Incorporated ("Redwood"). He is seeking permission to travel to Kansas City without his third-party custodian, Attorney Cochell, on December 30, 2023 with a return to Texas on January 1, 2024. The purpose of this requested travel is to engage in two days of meetings and engagements with Redwood shareholders and directors. Surety Brian Kennedy will be in attendance at these meetings and engagements as well.

With the understanding that Attorney Cochell would not be traveling with Mr. Cardiff, Probation Officer Sherrod advised that United States Probation does not oppose this request. Officer Sherrod does, however, request that the curfew be lifted for the two nights that Mr. Cardiff would be at a hotel in Kansas City, explaining that it is logistically difficult to enforce a curfew in a hotel.

Should Mr. Cardiff be permitted to travel to Kansas City, he will nonetheless remain subject to the bond condition that he participate in the Location Monitoring Program.

Sureties Lilia Murphy and Brian Kennedy do not oppose Mr. Cardiff's request to travel to Kansas City.

AUSA Valerie Makarewicz advised that the government opposes Mr. Cardiff's request to travel to Kansas City.

Dated: December 20, 2023         LARSON LLP

By: /s/ Stephen G. Larson
Stephen G. Larson
Jonathan Gershon

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF