Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO KANSAS CITY** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | *[Filed concurrently with Ex Parte Application and [Proposed] Order]* |

LARSON LLP
LOS ANGELES

1
DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO KANSAS CITY

## DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, declare as follows:

1. I am a partner with Larson LLP, and I represent Jason Cardiff in this matter. I make this declaration in support of Jason Cardiff's *Ex Parte* Application for Permission to Travel to Kansas City.

2. Mr. Cardiff has been released on a $530,000 appearance bond, justified in the amount of $500,000 with full deeding of real property. His release conditions include, among other conditions: a travel restriction to the Central District of California and the Southern District of Texas; a curfew between the hours of 8:00 p.m. and 8:00 a.m.; participation in the Location Monitoring Program with location monitoring technology at the discretion of the Supervising Agency; and placement in the custody of third-party custodian, Attorney Stephen Cochell. Lilia Murphy and Brian Kennedy executed affidavits of sureties in support of the bond. Ms. Murphy also deeded her home as collateral. The December 6, 2023 Release Order and Bond Form is attached as **Exhibit A**.

3. Mr. Cardiff is currently living with Attorney Cochell in Kingwood, Texas, and he is being supervised by United States Probation Officer Jack Sherrod of the Southern District of Texas.

4. Jason Cardiff serves as the CEO and President of Redwood Scientific Technologies, Inc. ("Redwood"). He is seeking permission to travel to Kansas City without his third-party custodian, Attorney Cochell, on December 30, 2023 with a return to Texas on January 1, 2024. The purpose of this requested travel is to engage in two days of meetings and engagements with Redwood shareholders and directors. Surety Brian Kennedy will be in attendance at these meetings and engagements as well.

5. On December 19, 2023 and December 20, 2023, my law partner, Hilary Potashner, spoke with United States Probation Officer Jack Sherrod, the federal officer supervising Mr. Cardiff. With the understanding that Attorney Cochell

1

DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO KANSAS CITY

would not be traveling with Mr. Cardiff, Officer Sherrod advised that United States Probation does not oppose this request. Officer Sherrod did, however, request that the curfew be lifted for the nights that Mr. Cardiff would be at a hotel in Kansas City, explaining that it is logistically difficult to enforce a curfew in a hotel.

6. Should Mr. Cardiff be permitted to travel to Kansas City, he will nonetheless remain subject to the bond condition that he participate in the Location Monitoring Program.

7. Hilary Potashner also personally spoke by telephone on December 20 with Sureties Lilia Murphy and Brian Kennedy. Both Ms. Murphy and Mr. Kennedy indicated that they do not oppose Mr. Cardiff's request.

8. On December 20, 2023, AUSA Valerie Makarewicz advised that the government opposes Mr. Cardiff's request to travel to Kansas City.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 20th day of December, 2023, at Los Angeles, California.

/s/ Stephen G. Larson
Stephen G. Larson