1  Stephen G. Larson (SBN 145225)
   *slarson@larsonllp.com*
2  Jonathan Gershon (SBN 306979)
   *jgershon@larsonllp.com*
3  **LARSON LLP**
   555 South Flower Street, 30th Floor
4  Los Angeles, California 90071
   Tel:  (213) 436-4888
5  Fax:  (213) 623-2000

6  Attorneys for Defendant
   JASON EDWARD THOMAS CARDIFF

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
12 |                           |                            |
   |         Plaintiff,        | **[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO KANSAS CITY** |
13 |                           |                            |
   |         vs.               |                            |
14 |                           | *[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |
   | JASON EDWARD THOMAS       |                            |
15 | CARDIFF,                  |                            |
16 |         Defendant.        |                            |

17

18

19

20

21

22

23

24

25

26

27

28

LARSON LLP
LOS ANGELES

1  **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

2  that Jason Cardiff shall be permitted to travel to Kansas City on December 30, 2023,

3  with a return to Texas on January 1, 2024.

4  **IT IS FURTHER ORDERED** that Jason Cardiff shall be permitted to travel

5  without third-party custodian, Stephen Cochell, and that Mr. Cardiff's curfew shall

6  be lifted for the two nights that he will be staying in Kansas City.

7  **IT IS FURTHER ORDERED** that Jason Cardiff shall provide his flight and

8  hotel information to United States Probation Officer Jack Sherrod prior to his travel.

9

10  **IT IS SO ORDERED**.

11

12  Dated: _____

13  _____

Honorable Jesus G. Bernal
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
[PROPOSED] ORDER