1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 5:23-cr-00021-JGB

12            Plaintiff,               **[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR ORDER TRANSFERRING CASE TO THE HONORABLE DOLLY M. GEE**

13        vs.

14  JASON EDWARD THOMAS CARDIFF,

15            Defendant.               *[Filed concurrently with Ex Parte Application; Declaration of Stephen G. Larson; and Request for Judicial Notice]*

16

17

18

19

20

21

22

23

24

25

26

27

28

1      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

2   Jason Cardiff's *ex parte* application is granted, and the instant case, *USA v. Jason*

3   *Cardiff*, Case No. 5:23-cr-00021, is hereby transferred to the Honorable Dolly M.

4   Gee, who presided over *FTC v. Jason Cardiff, et al.,* Case No. 5:18-CV-02104.

5

6   **IT IS SO ORDERED**.

7

8   Dated:_____

9                                                        Honorable Jesus G. Bernal
                                                          United States District Judge

[PROPOSED] ORDER