Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO KANSAS CITY**<br><br>*[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |

      **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Jason Cardiff shall be permitted to travel to Kansas City on December 30, 2023, with a return to Texas on January 1, 2024.

      **IT IS FURTHER ORDERED** that Jason Cardiff shall be permitted to travel without third-party custodian, Stephen Cochell, and that Mr. Cardiff's curfew shall be lifted for the two nights that he will be staying in Kansas City.

      **IT IS FURTHER ORDERED** that Jason Cardiff shall provide his flight and hotel information to United States Probation Officer Jack Sherrod prior to his travel.

      **IT IS SO ORDERED**.

Dated: December 26, 2023

Honorable Jesus G. Bernal
United States District Judge