UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER DENYING JASON CARDIFF'S *EX PARTE* APPLICATION FOR ORDER TRANSFERRING CASE TO THE HONORABLE DOLLY M. GEE** |

ORDER

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
2  Jason Cardiff's *ex parte* application is **Denied**.
3
4  **IT IS SO ORDERED**.
5
6  Dated:  January 5, 2024



Honorable Jesus G. Bernal
United States District Judge