**cc: USM-ED**

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756
     Facsimile: (213) 894-6269
     E-mail:   Valerie.Makarewicz@usdoj.gov

AMANDA LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
     450 Fifth Street NW, Suite 6400
     Washington, DC 20001
     Telephone: (202) 514-0515
     Facsimile: (202) 514-8742
E-mail:   Manu.J.Sebastian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | CURRENT TRIAL DATE: 1/23/24<br>~~PROPOSED~~ TRIAL DATE: 4/23/24 |

1. The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 11, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 23, 2024 to April 23, 2024 at 9:00 a.m. The status conference hearing is continued to April 8, 2024 at 2:00 p.m.

2. The time period of January 23, 2024 to April 23, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 1 of the George E. Brown, Jr. Federal Building and United States Courthouse, 3470

1  Twelfth Street, Riverside, CA 92501-3801 on April 23, 2024 at 9:00
2  a.m.
3       4.  Nothing in this Order shall preclude a finding that other
4  provisions of the Speedy Trial Act dictate that additional time
5  periods are excluded from the period within which trial must
6  commence.  Moreover, the same provisions and/or other provisions of
7  the Speedy Trial Act may in the future authorize the exclusion of
8  additional time periods from the period within which trial must
9  commence.
10      IT IS SO ORDERED.

12  January 19, 2024
    DATE                              HONORABLE JESUS G. BERNAL
13                                    UNITED STATES DISTRICT JUDGE

16  Presented by:
17     /s/
    VALERIE L. MAKAREWICZ
18  Assistant United States Attorney

3