Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION TO EXTEND PAGE LIMITATION FOR DEFENDANT JASON CARDIFF'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE; DECLARATION OF STEPHEN G. LARSON** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | *[Filed concurrently with [Proposed] Order]* |

LARSON
LOS ANGELES

UNOPPOSED *EX PARTE* APPLICATION TO EXTEND PAGE LIMITATION FOR DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE; DECLARATION OF STEPHEN G. LARSON

# EX PARTE APPLICATION TO EXTEND PAGE LIMIT WITH RESPECT TO DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE

## I. CONTACT INFORMATION FOR OPPOSING COUNSEL PURSUANT TO C.D. CAL LOCAL RULE 7-19

Valerie Makarewicz
Assistant United States Attorney
1100 U.S. Courthouse
312 North Spring Street
Los Angeles, California 90012
Tel: (213) 894-0756
E-mail:valerie.makarewicz@usdoj.gov

Manu J. Sebastian
Consumer Protection Branch
U.S. Department of Justice
450 5th St NW Ste 6400 S
Washington, DC, 20001-2739
Tel: (202) 514-0515
Email: manu.j.sebastian@usdoj.gov

## II. APPLICATION

The Motion to Dismiss Indictment with Prejudice is predicated on nearly six years of ongoing communication, coordination, and information sharing among the Federal Trade Commission, United States Postal Inspection Service, a court-appointed Receiver, his counsel, Department of Justice, and United States Attorney's Office. In order to adequately document this history, it was necessary to include a comprehensive chronology of events in the Statement of Facts. Though presented in streamlined bullet points, the chronology itself is 19.5 pages.

Following the Statements of Facts, the Defense raises multiple constitutional challenges based on the history detailed in the chronology. In doing so, the Defense worked to efficiently present each argument while providing the necessary citations

LARSON
LOS ANGELES

2

UNOPPOSED *EX PA*RTE APPLICATION TO EXTEND PAGE LIMITATION FOR DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE; DECLARATION OF STEPHEN G. LARSON

to assist the Court. In total, the Defense was able to reduce its Argument Section to 16 pages. Nonetheless, the Memorandum of Points and Authorities totals 39 pages.

Accordingly, the undersigned respectfully requests that the 25-page limit for memoranda of points and authorities be extended to 39 pages for Defendant Jason Cardiff's Motion to Dismiss Indictment with Prejudice.

On April 1, 2024, the Government advised by email that it does not oppose this request.

Dated:  April 8, 2024          LARSON LLP

By:  */s/ Stephen G. Larson*
         Stephen G. Larson
         Hilary Potashner
         Jonathan Gershon
Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

LARSON
LOS ANGELES

3
UNOPPOSED *EX PA*RTE APPLICATION TO EXTEND PAGE LIMITATION FOR DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE; DECLARATION OF STEPHEN G. LARSON

# DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, hereby declare and state as follows:

1. I am a partner at Larson LLP, attorneys of record for Defendant Jason Cardiff. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. Pursuant to L.R. 7-19, I submit this declaration in support of the Defendant's Unopposed *Ex Parte* Application to Extend Page Limitation for Defendant Jason Cardiff's Motion to Dismiss Indictment with Prejudice.

3. On April 1, 2024, the Government advised by email that it does not oppose the granting of this request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 8th day of April, 2024, at Los Angeles, California.

*/s/ Stephen G. Larson*
Stephen G. Larson

LARSON
LOS ANGELES

4

UNOPPOSED *EX PARTE* APPLICATION TO EXTEND PAGE LIMITATION FOR DEFENDANT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE; DECLARATION OF STEPHEN G. LARSON