UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-CR-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO EXTEND PAGE LIMITATION FOR DEFENDANT JASON CARDIFF'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE**<br><br>[*Filed concurrently with Ex Parte Application*] |

LARSON
LOS ANGELES

[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* TO EXTEND PAGE LIMITATION FOR DEFENDANT JASON CARDIFF'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant shall be permitted to file a Motion to Dismiss Indictment with Prejudice, with a Memorandum of Points and Authorities that is 39 pages in length.

DATED:

---

HON. JESUS G. BERNAL
United States District Judge

LARSON
LOS ANGELES

2

[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* TO EXTEND PAGE LIMITATION FOR DEFENDANT JASON CARDIFF'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE