UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | Case No. 5:23-CR-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE**<br><br>[*Filed concurrently with Motion to Dismiss Indictment with Prejudice, Declaration of Stephen G. Larson and Declaration of Jason Cardiff*]<br><br>Date:       May 6, 2024<br>Time:      2:00 p.m.<br>Courtroom:  1 |

LARSON
LOS ANGELES

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS the above-entitled matter dismissed with prejudice.

SO ORDERED.

DATED:

_____
HON. JESUS G. BERNAL
United States District Judge