Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO KANSAS CITY**<br><br>*[Filed concurrently with Declaration of Stephen G. Larson and [Proposed] Order]* |

## UNOPPOSED *EX PARTE* APPLICATION

By and through counsel of record, Jason Cardiff hereby seeks permission to travel to Kansas City from April 12, 2024 to April 14, 2024.

Mr. Cardiff has been released on a $530,000 appearance bond, justified in the amount of $500,000 with full deeding of real property. His release conditions include, among other conditions: a travel restriction to the Central District of California and the Southern District of Texas; a curfew between the hours of 8:00 p.m. and 8:00 a.m.; and, placement in the custody of third-party custodian, Attorney Stephen Cochell. Lilia Murphy and Brian Kennedy executed affidavits of sureties in support of the bond. Ms. Murphy also deeded her home as collateral.

Mr. Cardiff is currently living with Attorney Cochell in the Kingwood, Texas, and he is being supervised by United States Probation Officer Jack Sherrod of the Southern District of Texas.

Jason Cardiff serves as the CEO and President of Redwood Scientific Technologies, Incorporated ("Redwood"). He is seeking permission to travel to Kansas City with his third-party custodian, Attorney Cochell, on April 12, 2024 with a return to Texas on April 14, 2024. The purpose of this requested travel is to participate in meetings and engagements with Redwood shareholders and directors. Attorney Cochell will be in attendance at these meetings and engagements as well.

Probation Officer Sherrod advised that he does not oppose this request. Officer Sherrod does, however, request that the curfew be lifted for the two nights that Mr. Cardiff would be at a hotel in Kansas City, explaining that it is logistically difficult to enforce a curfew in a hotel.

Sureties Lilia Murphy and Brian Kennedy do not oppose Mr. Cardiff's request to travel to Kansas City.

///

///

1 | Trial Attorney Manu J. Sebastian indicated that the government does not
2 | oppose Mr. Cardiff's request to travel to Kansas City.

4 | Dated: April 10, 2024                    LARSON LLP

6 |                              By: /s/ Stephen G. Larson
7 |                                  Stephen G. Larson
                                     Hilary Potashner
8 |                                  Jonathan Gershon

                                     Attorneys for Defendant
10|                                  JASON EDWARD THOMAS CARDIFF