AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
| Plaintiff, | **_EX PARTE_ APPLICATION FOR BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | _[Filed concurrently with [Proposed] Order]_ |
| Defendant. | |

### *EX PARTE* APPLICATION FOR BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

I. **CONTACT INFORMATION FOR OPPOSING COUNSEL PURSUANT TO C.D. CAL LOCAL RULE 7-19**

```
Stephen Gerard Larson
Larson LLP
555 South Flower Street 30th Floor
Los Angeles, CA 90071
213-436-4888
Fax: 213-623-2000
Email: slarson@larsonllp.com

Hilary Potashner
Larson LLP
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
213-436-4888
Fax: 213-623-2000
Email: hpotashner@larsonllp.com

Jonathan Daniel Gershon
Larson LLP
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
213-436-4888
Fax: 213-623-2000
Email: jgershon@larsonllp.com
```

II. **APPLICATION**

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz and Department of Justice Trial Attorney Manu J. Sebastian, hereby requests the Court enter an Order setting a briefing and hearing schedule on the Defendant's Motion to Dismiss, filed April 8, 2024.

Defendant requested a hearing date of May 6, 2024. There is no Local Criminal Rule on briefing schedules. Pursuant to Local Civil Rule 7-9, the government would have to file a response twenty-one days before the hearing, allowing only 7 days to file a response.

1  Given the extended length and complexity of the motion, as well as
2  the volume of exhibits attached, that is insufficient time to
3  formulate a response.  The government respectfully request the Court
4  set a briefing and hearing schedule as follows:
5      April 22, 2024 – Response Date
6      May 6, 2024 – Reply Date
7      May 20, 2024 – Hearing Date
8      Plaintiff proposes the above schedule as it provides sufficient
9  time for the government to respond to the Motion to Dismiss and
10 facilitates consideration by the Court in advance of the May 20, 2024
11 pre-trial conference date.
12     The government conferred with Defendant, inquiring if they
13 opposed the proposed schedule.  They responded with a conditional
14 partial agreement, "We have no objection to giving you until April 22
15 to file your opposition, provided our reply is not due until May 6,
16 the motion hearing is set for May 20, and the government will agree
17 to have Inspector Reins-Jarin present in court to provide testimony
18 at the May 20 hearing."
19     The government does not believe an evidentiary hearing is needed
20 to resolve Defendant's motion and respectfully requests the Court
21 enter an order setting the proposed briefing and hearing schedule.

| | |
|---|---|
| Dated April 10, 2024: | Respectfully submitted, |
| | |
| | E. MARTIN ESTRADA<br>United States Attorney |
| | |
| | AMANDA LISKAMM<br>Director, Consumer Protection Branch |
| | |
| | _____/s/_____<br>MANU J. SEBASTIAN<br>Trial Attorney<br>VALERIE MAKAREWICZ<br>Assistant United States Attorney |
| | |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

4