cc: USPO

Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jonathan Gershon (SBN 306979)
*jgershon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel:  (213) 436-4888
Fax:  (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER GRANTING JASON CARDIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO KANSAS CITY** |

ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Jason Cardiff shall be permitted to travel to Kansas City on April 12, 2024, with a return to Texas on April 14, 2024.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted for the two nights that he will be staying in Kansas City.

**IT IS FURTHER ORDERED** that Jason Cardiff shall provide his flight and hotel information to United States Probation Officer Jack Sherrod prior to his travel.

**IT IS SO ORDERED**.

Dated: April 11, 2024

Honorable Jesus G. Bernal
United States District Judge