1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | Case No. 5:23-CR-00021-JGB<br><br>**ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO EXTEND PAGE LIMITATION FOR DEFENDANT JASON CARDIFF'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |
|---|---|

      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant shall be permitted to file a Motion to Dismiss Indictment with Prejudice, with a Memorandum of Points and Authorities that is 39 pages in length.

DATED: April 11, 2024

_____
HON. JESUS G. BERNAL
United States District Judge