FILED
CLERK, U.S. DISTRICT COURT

APRIL 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY:    MG    DEPUTY

Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jonathan Gershon (SBN 306979)
*jgershon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS INDICTMENT WITH PREJUDICE, DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF MOTION TO DISMISS INDICTMENT WITH PREJUDICE AND EXHIBITS *UNDER SEAL*; DECLARATION OF STEPHEN G. LARSON** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |
| | [*Filed concurrently with [Proposed] Order*] |

LARSON
LOS ANGELES

**EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL**

**I.     CONTACT INFORMATION FOR OPPOSING COUNSEL PURSUANT TO C.D. CAL LOCAL RULE 7-19**

Valerie Makarewicz
Assistant United States Attorney
1100 U.S. Courthouse
312 North Spring Street
Los Angeles, California 90012
Tel: (213) 894-0756
E-mail:valerie.makarewicz@usdoj.gov

Manu J. Sebastian
Consumer Protection Branch
U.S. Department of Justice
450 5th St NW Ste 6400 S
Washington, DC, 20001-2739
Tel: (202) 514-0515
Email: manu.j.sebastian@usdoj.gov

**II.     APPLICATION**

The Defense hereby applies for an order authorizing the filing of an unredacted versions of his Motion to Dismiss Indictment with Prejudice, the Declaration of Stephen G. Larson in support of Motion to Dismiss Indictment with Prejudice, and Exhibits *under seal.*

The parties in this matters stipulated to a protective order. (ECF No. 37.) Section 5(k) of the protective order provides "[i]n the event that a party needs to file Confidential Information with the Court or divulge the contents of Confidential Information in court filings, the filing should be made under seal." Both the Motion to Dismiss Indictment with Prejudice ("Motion") and Declaration of Stephen G. Larson in support of Motion to Dismiss Indictment with Prejudice; Exhibits ("Exhibits") contain information that has been identified as Confidential Information by the government. Accordingly, in order to abide by the stipulated terms of the protective order in this matter, the Defense requests this sealing order.

LARSON
LOS ANGELES

2

UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS INDICTMENT WITH PREJUDICE, DECLARATION OF STEPHEN G. LARSON AND EXHIBITS *UNDER SEAL*

1    On April 1, 2024, the government advised by email that it does not oppose

2  this request.

3

4  Dated:  April 8, 2024                    LARSON LLP

5

6

7  By: _____

8    Stephen G. Larson
      Hilary Potashner
      Jonathan Gershon

9

10  Attorneys for Defendant
    JASON EDWARD THOMAS CARDIFF

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARSON
LOS ANGELES

UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS INDICTMENT WITH
PREJUDICE, DECLARATION OF STEPHEN G. LARSON AND EXHIBITS *UNDER SEAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, hereby declare and state as follows:

1.    I am a partner at Larson LLP, attorneys of record for Defendant Jason Cardiff.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2.    Pursuant to L.R. 7-19, I submit this declaration in support of Jason Cardiff's *Ex Parte* Application for Leave to File Cardiff's Motion to Dismiss Indictment with Prejudice and Declaration of Stephen G. Larson in Support of Motion to Dismiss Indictment with Prejudice; Exhibits *under seal*.

3.    On April 1, 2024, the government sent an email to defense counsel informing that it does not oppose this sealing request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this 8th day of April, 2024, at Los Angeles, California.

_____
Stephen G. Larson

LARSON
LOS ANGELES

4

UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS INDICTMENT WITH PREJUDICE, DECLARATION OF STEPHEN G. LARSON AND EXHIBITS *UNDER SEAL*

1

## PROOF OF SERVICE

2

### *United States of America v. Cardiff*
### Case No. 5:23-CR-00021-JGB

3

4

**STATE OF , COUNTY OF LOS ANGELES**

5

    At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of .  My business address is 555 South Flower Street, 30th Floor, Los Angeles, CA 90071.

6

7

    On April 8, 2024, I served true copies of the following document(s):

8

    **UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS INDICTMENT WITH PREJUDICE, DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF MOTION TO DISMISS INDICTMENT WITH PREJUDICE AND EXHIBITS *UNDER SEAL*; DECLARATION OF STEPHEN G. LARSON**

9

10

11

    **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address hpark@larsonllp.com to the persons at the e-mail addresses listed in the attached Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

12

13

14

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

15

16

    Executed on April 8, 2024, at Los Angeles, California.

17

18

_____
Haewon Park

19

20

21

22

23

24

25

26

27

28

LARSON
LOS ANGELES

## SERVICE LIST

### *United States of America v. Cardiff*
### Case No. 5:23-CR-00021-JGB

| | |
|---|---|
| E. Martin Estrada<br>United States Attorney<br>Mack E. Jenkins<br>Assistant United States Attorney<br>Chief, Criminal Division<br>Ranee A. Katzenstein<br>Assistant United States Attorney<br>Chief, Criminal Division<br>Valerie Makarewicz<br>Assistant United States Attorney<br>Major Frauds Section<br>1100 United States Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012<br>Telephone: (213) 894-0756<br>Facsimile: (213) 894-6269<br>E-mail: Valerie.Makarewicz@usdoj.gov | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Amanda Liskamm<br>Director, Consumer Protection Branch<br>Manu J. Sebastian<br>Brianna M. Gardner<br>Trial Attorneys<br>Consumer Protection Branch<br>U.S. Department of Justice<br>450 Fifth Street NW, Suite 6400<br>Washington, DC 20001<br>Telephone: (202) 514-0515<br>Facsimile: (202) 514-8742<br>E-mail: Manu.J.Sebastian@usdoj.gov<br>Brianna.M.Gardner@usdoj.gov | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

LARSON
LOS ANGELES