UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN: The Plaintiff's response to Defendant's Motion to Dismiss shall be filed by April 22, 2004, Defendant's Reply shall be filed by May 6, 2024, and the hearing on the motion shall be scheduled for May 20, 2024, at 2:00 PM. If Defendant contends Inspector Reins-Jarin should be present in court to

provide testimony during the May 20, 2024 hearing, Defendant may file a motion requesting the Court require his presence.

IT IS SO ORDERED

 April 12, 2024
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE