AMANDA LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO EXTEND PAGE LIMITATION FOR GOVERNMENT'S OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

**FOR GOOD CAUSE SHOWN:** The Plaintiff shall be permitted to file its Opposition to the Motion to Dismiss that is 26 pages in length.

**IT IS SO ORDERED**

_____      _____
DATE                             HONORABLE JESUS G. BERNAL
                                 UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
MANU J. SEBASTIAN
TRIAL ATTORNEY
U.S. Department of Justice
Consumer Protection Branch

VALERIE MAKAREWICZ
Assistant United States Attorney