# EXHIBIT 1

**U.S. Department of Justice**
*Consumer Protection Branch*

| **Manu J. Sebastian** | **Overnight Delivery Address** | **Mailing Address** |
|---|---|---|
| Phone: 202-514-0515 | 450 5th St NW, Suite 6400 | P.O. Box 386 |
| Fax: 202-514-8742 | Washington, DC 20001 | Washington, DC 20044 |

March 22, 2024

<u>VIA EMAIL</u>

Jonathan D. Gershon
Larson LLP
555 South Flower Street
30th Floor
Los Angeles, CA 90071
jgershon@larsonllp.com

   Re: *United States v. Jason Edward Thomas Cardiff,*
     <u>5:23-cr-00021-BERNAL (C.D. Cal)</u>

Dear Counsel:

  Enclosed please find the government's eighth discovery production in the above-captioned matter. The enclosed production is provided on three hard drives. The password to access the drives will be emailed to you separately.

  The eighth production contains three hard drives with forensic images of computers and other media. Specifically, there is a 2TB hard drive with forensic images of two computers and a cloud database that was obtained by the United States Postal Inspection Service (USPIS) on October 22, 2018. In addition, there are two 6TB hard drives containing 29 forensic images of computers and media sources that was obtained by the Federal Trade Commission ("FTC") and provided to our office on or about February 19, 2020. Material from 14 of the 29 forensic images was already produced to you in the fourth production with the bates prefix GOV004 as load-ready files from the FTC Relativity Workspace. Pursuant to the protective order entered by the Court on December 28, 2023 (Dkt. # 37), the government is identifying all of these documents as CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER.

  Each hard drive has its own bate stamp number and the bate stamp range of this production is GOV008_00000001 through GOV008_000000003.

  Once you have copied the two 6TB hard drives, please mail those hard drives back to me at the above-listed address.

*United States v. Cardiff*
Page **2** of **3**

        To the extent that the enclosed materials and any future discovery provided to you exceeds the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, such materials are provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

        Respectfully,

*/s/ Manu J. Sebastian*

Manu J. Sebastian
Trial Attorney

**Comprehensive Production Index as of March 22, 2024**

| BEG BATES | END BATES | DESCRIPTION |
|---|---|---|
| GOV_MOI_000001 | GOV_MOI_001076 | Agent Materials (USPIS MOIs, MTFs, etc.) |
| GOV_MOI_001077 | GOV_MOI_001553 | Additional Agent Materials (USPIS MTFs) |
| GOV_MOI_001554 | GOV_MOI_001801 | Additional Agent Materials (USPIS MOIs, MTFs, etc.) |
| GOV001_00000001 | GOV001_00000335 | Notable Documents (Lighthouse and Receiver) |
| GOV001_00025445 | GOV001_00025452 | Notable Documents (Sticky.io production) |
| GOV001_00025919 | GOV001_00025924 | Notable Documents (Sticky.io production) |
| GOV001_00000336 | GOV001_00000753 | Sticky.io (f/k/a Limelight) Documents |
| GOV001_00000754 | GOV001_00001875 | Discover (Subpoena Return) |
| GOV001_00001876 | GOV001_00001977 | First City Credit Union (Subpoena Return) |
| GOV001_00001978 | GOV001_00002046 | East-West Bank (Subpoena Return) |
| GOV001_00002047 | GOV001_00002226 | Bank of America (Subpoena Return) |
| GOV001_00002227 | GOV001_00010271 | Clear Trust (Subpoena Return) |
| GOV001_00010272 | GOV001_00010272 | Coin Base (Subpoena Return) |
| GOV001_00010273 | GOV001_00010771 | TD Ameritrade (Subpoena Return) |
| GOV001_00010772 | GOV001_00011060 | Meadows Bank (Subpoena Return) |
| GOV001_00011061 | GOV001_00012651 | JP Morgan Chase (Subpoena Return) |
| GOV001_00012652 | GOV001_00013691 | Payday Workforce Solutions (Subpoena Return) |
| GOV001_00013692 | GOV001_00013722 | Vantiv (FIS) (Subpoena Return) |
| GOV001_00013723 | GOV001_00014340 | Paychex (Subpoena Return) |
| GOV001_00014341 | GOV001_00021171 | American Express (Subpoena Return) |
| GOV001_00021172 | GOV001_00021935 | Answering Specialists (Subpoena Return) |
| GOV001_00021936 | GOV001_00021938 | FreeVoice (Subpoena Return) |
| GOV001_00021939 | GOV001_00022492 | UPIC Insurance Services (Subpoena Return) |
| GOV001_00022493 | GOV001_00022618 | Sticky.io (f/k/a Limelight) Documents |
| GOV001_00022619 | GOV001_00025282 | Answer Connect (Subpoena Return) |
| GOV001_00025283 | GOV001_00026148 | Sticky.io (f/k/a Limelight) Documents |

| | | |
|---|---|---|
| GOV001_00026149 | GOV001_00027218 | Answer Connect (Subpoena Return) |
| GOV001_00027219 | GOV001_00029792 | EMC2 Billing (Subpoena Return) |
| GOV001_00029793 | GOV001_00029884 | Google (Subpoena Return) |
| GOV001_00029885 | GOV001_00029927 | Stamps.com (Subpoena Return) |
| GOV001_00029928 | GOV001_00030109 | JP Morgan Chase (Subpoena Return) |
| GOV001_00030110 | GOV001_00030182 | Google Search Warrant Return |
| GOV001_00030183 | GOV001_00030683 | Sticky.io (f/k/a Limelight) Documents |
| GOV001_00030684 | GOV001_00031187 | Grand Valley (Subpoena Return) |
| GOV001_00031188 | GOV001_00275824 | Danielle Walker (a/k/a Danielle Cadiz) Laptop |
| GOV001_00275825 | GOV001_00275971 | Chino Commercial Bank (Subpoena Return) |
| GOV001_00275972 | GOV001_00276413 | Mountain Grove Office Park (Subpoena Return) |
| GOV001_00276414 | GOV001_00276655 | Elavon (Subpoena Return) |
| GOV001_00276656 | GOV001_00276747 | JP Morgan Chase (Subpoena Return) |
| GOV002_00000001 | GOV002_04035264 | FTC Lighthouse Database |
| GOV003_00000001 | GOV003_04505223 | Redwood Receiver provided Google Documents |
| GOV004_00000001 | GOV004_09053589 | FTC Relativity Workspace |
| GOV005_00000001_0001.00001 | GOV005_00000374_0002.00002 | Communications between CPB and the FTC, and CPB and the Redwood Court-Appointed Receiver |
| GOV005_00000375_0001.00001 | GOV005_00000378_0001.00002 | CPB Form 712 and response, and USPIS Form 712 and response |
| GOV005_00000379_0001.00001 | GOV005_00000423_0001.00001 | Additional communications between CPB and FTC |
| GOV005_00000424_0001.00001 | GOV005_00000582_0001.00001 | Communications between USPIS and the FTC, and USPIS and the Redwood Court-Appointed Receiver |
| GOV008_000000001 | GOV008_000000003 | USPIS and FTC obtained forensic image hard drives |