# EXHIBIT 4



# UNITED STATES POSTAL INSPECTION SERVICE
## IS FORM 75 - REPORT OF ACTIVITY

| CASE NUMBER \| PROGRAM | DIVISION | DOMICILE | ACTIVITY DATE | START TIME: | END TIME: |
|---|---|---|---|---|---|
| 2994965-MF | LOS ANGELES | SANTA ANA | 11/26/2023 | 06:00 PM | 12:00 AM |
| SUBMITTING EMPLOYEE \| WRN | ACTIVITY TYPE | | | | |
| MATrachtenberg-6462 | Arrest | | | | |
| REPORT TITLE | | | | | |
| Arrest of Jason Edward Thomas Cardiff | | | | | |

**DETAILS**

1. On November 26, 2023, Postal Inspector Mark Trachtenberg ("Inspector Trachtenberg") was notified by Case Agent/Postal Inspector Christine Reins-Jarin ("Inspector Reins-Jarin"), that she had been notified by U.S. Customs and Boarder Protection ("CBP") that a United States Postal Inspection Service ("USPIS") fugitive, Jason Edward Thomas Cardiff ("CARDIFF"), had been detained at the Los Angeles International ("LAX") airport after flying in from overseas. Inspector Trachtenberg met Postal Inspector Mark White ("Inspector White") at a United States Postal Service mail processing facility near the airport and they drove together to LAX.

2. Inspectors Trachtenberg and White went to the CBP area of LAX's Tom Bradley International Terminal. There they met CBP Officer Marquez (                ). Officer Marquez led the Inspectors to where CARDIFF was being held.

3. At Approximately 8:25 p.m., Inspectors Trachtenberg and White informed CARDIFF of their identities by presenting their official credentials. CARDIFF was informed that he was under arrest. He was provided a copy of the arrest warrant for him to read. Inspector Trachtenberg then read CARDIFF his Miranda Rights verbatim from a card he carries in his credentials. CARDIFF said that he understood his rights.

4. CARDIFF's person was searched. CBP's handcuffs were removed. Two sets of USPIS handcuffs linked together were applied to make the transport more comfortable for CARDIFF.

5. CARDIFF had two carryon bags and a coat. CBP noted that he also had approximately $7,000 in U.S. Currency and 150 in Euros in his possession at the time of his detainment. He also had both a U.S. passport and an Ireland passport. CARDIFF was shown where the currency was being placed inside his black carryon suitcase.

6. CARDIFF consented to have Inspector White put his cellular telephone in airplane mode. CARDIFF's face was used to unlock the phone, and Inspector White put it in airplane mode.

7. CARDIFF said he recently used the restroom and was taken to the Inspector's vehicle at approximately 8:35 p.m.

8. CARDIFF's items were put in the rear cargo area of the vehicle, and CARDIFF was transported in the backseat of the vehicle to the Santa Ana Jail to be housed overnight.

9. CARDIFF said his flight arrived in Los Angeles on-time at approximately 3:00 p.m. He said he was detained by CBP at approximately 3:30 p.m.

10. CARDIFF said he was in Los Angeles to visit his 96-year-old father, who is ill. CARDIFF was asked if anyone in the Los Angeles area was expecting him that should be notified of his arrest. He said no.

GOV007_00117926

11. During the car ride, CARDIFF asked to call his wife, but he did not remember her telephone number and his telephone was located in the cargo area of the vehicle. Inspector Trachtenberg sent an email to CARDIFF's wife, Eunjung Cardiff at an email provided by CARDIFF, ▮, explaining that CARDIFF was being transported to jail for the night. Inspector Trachtenberg wrote that he could be contacted on his telephone if Eunjung would like to speak to her husband. Eunjung did not respond to the email while CARDIFF was being transported.

12. CARDIFF asked to hear the charges again. Inspector Trachtenberg read what was listed on the warrant. CARDIFF said the Federal Trade Commission ("FTC") shut down his business in 2018, so he said that the five-year statute of limitations would have passed for any charges. He said he won a hearing against the FTC, so he is now being charged criminally because they are mad about it. CARDIFF then said he sounds like [former President] Trump.

13. CARDIFF asked if he was going to be detained. The Inspectors said there would be a hearing to determine that on Monday. Inspector White mentioned that if he's released, the judge may order him to remain in the Central District of California. CARDIFF said he would need to rent housing if that was the case.

14. CARDIFF asked what would happen to his possessions. The inspectors told him that the jail would not agree to hold his items, so the inspectors will hold on to them overnight. CARDIFF was asked if any family would be at the initial appearance that they could give his items to. He said no, but he could call a friend. He said that the inspectors could also give the items to his attorney.

15. CARDIFF said he has an asthma inhaler that he needs to use twice per day. His next dose is due Monday morning.

16. CARDIFF was turned over to Santa Ana Police custody at approximately 9:40 p.m. CARDIFF consented to Inspector Trachtenberg to look through his bag for is asthma medication. CARDIFF also asked Inspector Trachtenberg to search his cell phone for his wife's telephone number and his attorney's, Stephen Cochell, telephone number. CARDIFF said his cellular telephone's password is "▮" Inspector Trachtenberg retrieved CARDIFF's medication and provided it to the Santa Ana Police nurse. He unlocked CARDIFF's telephone and looked in the Contact Application. There was an entry for "Eunjung Cardiff Ireland" with a telephone number of ▮. There was an entry for Stephen Cochell with two numbers listed: ▮ and ▮. Inspector Trachtenberg copied that information onto a piece of paper, and provided it to an officer at the Santa Ana jail.

17. Once CARDIFF had seen the jail nurse and was booked into the facility without incident, Inspectors Trachtenberg and White drove to the USPIS's Santa Ana domicile, where they secured the two suitcases and coat in Inspector White's office. Together they removed the currency from the black suitcase and counted it. They confirmed there was exactly $7,000.00 in U.S. currency and 150.00 in Euros. They placed the currency and count sheet in a bag and sealed it with tamper-evident tape. The bag was then placed back into the black suitcase.

18. At 11:47 p.m., Inspector Trachtenberg received at call from ▮, and the caller indicated she was Eunjung Cardiff. Inspector Trachtenberg told her that her husband was taken to the Santa Ana jail for the evening, and that he would be transported to the custody of the U.S. Marshals Service in the morning. She was provided the email address of Inspector Reins-Jarin. She also said that she had the telephone number for CARDIFF's attorney.

END OF REPORT

IS Form 75
Report of Activity
Updated 06.02.2023
All previous versions of
this form are obsolete

Law Enforcement Sensitive

This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.



OFFICIAL RECORD

Page 2 of 2

GOV007_00117927