1   AMANDA N. LISKAMM
    Director, Consumer Protection Branch
2   MANU J. SEBASTIAN
    Trial Attorney
3   U.S. Department of Justice
    Consumer Protection Branch
4        450 Fifth Street, NW, Suite 6400S
         Washington, D.C.  20001
5        Telephone: (202) 514-0515
         Facsimile: (202) 514-8742
6        Email:  Manu.J.Sebastian@usdoj.gov

7   E. MARTIN ESTRADA
    United States Attorney
8   MACK E. JENKINS
    Assistant United States Attorney
9   Chief, Criminal Division
    VALERIE MAKAREWICZ (Cal. Bar No. 229637)
10  Assistant United States Attorney
    Major Frauds Section
11       1100 United States Courthouse
         312 North Spring Street
12       Los Angeles, California 90012
         Telephone: (213) 894-0756
13       Facsimile: (213) 894-6269
         E-mail:    Valerie.Makarewicz@usdoj.gov
14
    Attorneys for Plaintiff
15  UNITED STATES OF AMERICA

16                  UNITED STATES DISTRICT COURT

17            FOR THE CENTRAL DISTRICT OF CALIFORNIA

18  UNITED STATES OF AMERICA,          No. 5:23-CR-00021-JGB

19          Plaintiff,                 **NOTICE OF ERRATA RE: GOVERNMENT'S
                                       MEMORANDUM OF POINTS AND
20              v.                     AUTHORITIES IN SUPPORT OF ITS
                                       OPPOSITION TO MOTION TO DISMISS**
21  JASON EDWARD THOMAS CARDIFF,
                                       Date:         May 20, 2024
22          Defendant.                 Time:         2:00 p.m.
                                       Courtroom:    1
23

24

25       Plaintiff United States of America, by and through its counsel

26  of record, the United States Attorney for the Central District of

27  California and Assistant United States Attorney Valerie L. Makarewicz

28  and Department of Justice Trial Attorney Manu J. Sebastian, gives

notice that the Government's Opposition to Defendant's Motion to

Dismiss contains an error.

Specifically, on page 2 lines 8-11 of the filing, the Government

made the following statement:

> On October 12, 2018, the FTC and Receiver executed the immediate access with the assistance of a Postal Inspector from the U.S. Postal Inspection Service ("USPIS") and a few local law enforcement personnel.

This statement should be revised to read:

> On October 12, 2018, the FTC and Receiver executed the immediate access with the assistance of six Postal Inspectors from the U.S. Postal Inspection Service ("USPIS") and approximately two local law enforcement personnel.

Dated April 23, 2024:                    Respectfully submitted,


                                         E. MARTIN ESTRADA
                                         United States Attorney

                                         AMANDA LISKAMM
                                         Director, Consumer Protection
                                         Branch


                                         ____/s/_____
                                         MANU J. SEBASTIAN
                                         Trial Attorney
                                         VALERIE MAKAREWICZ
                                         Assistant United States Attorney


                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA