AMANDA N. LISKAMM
Director, Consumer Protection Branch
SHEILA B. BERMAN
MANU J. SEBASTIAN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 307-0061
    Facsimile: (202) 514-8742
    Email:  Sheila.B.Berman@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>            Defendant. | No. 5:23-CR-00021-JGB<br><br>**GOVERNMENT'S NOTICE OF OTHER CRIMES, WRONGS, OR BAD ACTS** |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz and Department of Justice Trial Attorneys Sheila B. Berman and Manu

1

J. Sebastian, files this Notice of Other Crimes, Wrongs, or Bad Acts.

Pursuant to Federal Rule of Evidence ("Rule") 404(b), the United States of America hereby provides notice of evidence it intends to admit in its case-in-chief.  The government notes that it does not consider all of the evidence set forth below to be covered under Rule 404(b) because the evidence may be either necessary to complete the narrative of the charged offenses or inextricably intertwined with evidence regarding the charged offenses.  To the extent that any of the evidence set forth below is construed to fall under Rule 404(b), it will be introduced to show motive, intent, and plan.

From May 2017 through May 2018, Redwood Scientific Technologies and it related entities ("Defendant's business") entered into multiple future receivables contracts, selling a percentage of daily business receipts to different purchasers in overlapping timeframes.

Each purchaser made a lump sum payment in exchange for a percentage of the business' future receivables, up to a fixed dollar total payment amount.  Each purchaser's contract has unique language, but they share common features.  The contracts include language whereby the signatory on behalf of Defendant's business warrants that the business' future receivables are unencumbered, and each contract imposes limitations on or prohibits Defendant's business from encumbering future receivables prior to full discharge of contractual payment obligations. Despite these express representations, Defendant's business entered into simultaneously operative contracts in order to raise additional cash and misrepresented that all receipts were free of encumbrances.

The future receivable contracts were signed by Defendant and/or his wife on behalf of Defendant's business and/or as personal guarantors.

Dated April 26, 2024:                    Respectfully submitted,


                                         E. MARTIN ESTRADA
                                         United States Attorney
                                         AMANDA LISKAMM
                                         Director
                                         Consumer Protection Branch


                                         ____/s/_____
                                         SHEILA B. BERMAN
                                         MANU J. SEBASTIAN
                                         Trial Attorneys
                                         VALERIE MAKAREWICZ
                                         Assistant United States Attorney


                                         Attorneys for Plaintiff

3