Name & Address:
Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jonathan Gershon (SBN 306979)
*jgershon@larsonllp.com*
LARSON LLP
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
Tel: 213-436-4888; Fax: 213-623-2000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-CR-00021-JGB |
| v. | |
| JASON EDWARD THOMAS CARDIFF | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed   ☒ Lodged: **(List Documents)**

Unopposed Ex Parte Application for Leave to file Under Seal;
[Proposed] Order Granting Leave to file Under Seal;
Reply in Support of Motion to Dismiss Indictment with Prejudice [lodged conditionally under seal];
Supplemental Declaration of Stephen G. Larson [lodged conditionally under seal]; and
Exhibit in support of Supplemental Declaration of Stephen G. Larson [lodged conditionally under seal].

**Reason:**
☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| May 6, 2024 | /s/ Stephen G. Larson |
|---|---|
| Date | Attorney Name |
| | Stephen G. Larson |
| | |
| | Defendant, Jason Edward Thomas Cardiff |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*