Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS INDICTMENT WITH PREJUDICE, SUPPLEMENTAL DECLARATION OF STEPHEN G. LARSON, AND EXHIBIT A TO THE SUPPLEMENTAL DECLARATION OF STEPHEN G. LARSON *UNDER SEAL*; DECLARATION OF STEPHEN G. LARSON** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |
| | [*Filed concurrently with [Proposed] Order*] |

1

LARSON
LOS ANGELES

1  **EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL**

2  **I.    CONTACT INFORMATION FOR OPPOSING COUNSEL PURSUANT**

3  **TO C.D. CAL LOCAL RULE 7-19**

4  Valerie Makarewicz
5  Assistant United States Attorney
   1100 U.S. Courthouse
6  312 North Spring Street
   Los Angeles, California 90012
7  Tel: (213) 894-0756
8  E-mail:valerie.makarewicz@usdoj.gov

9
   Manu J. Sebastian
10 Consumer Protection Branch
   U.S. Department of Justice
11 450 5th St NW Ste 6400 S
12 Washington, DC, 20001-2739
   Tel: (202) 514-0515
13 Email: manu.j.sebastian@usdoj.gov

14

15 **II.    APPLICATION**

16      The Defense hereby applies for an order authorizing the filing of an

17 unredacted version of his Reply in support of Cardiff's Motion to Dismiss

18 Indictment with Prejudice, the Supplemental Declaration of Stephen G. Larson in

19 support of Cardiff's Motion to Dismiss Indictment with Prejudice, and Exhibit A to

20 the Supplemental Declaration of Stephen G. Larson in support of Cardiff's Motion

21 to Dismiss Indictment with Prejudice *under seal.*

22      The Parties in this matter stipulated to a protective order. (ECF No. 37.)

23 Section 5(k) of the protective order provides "[i]n the event that a party needs to file

24 Confidential Information with the Court or divulge the contents of Confidential

25 Information in court filings, the filing should be made under seal." The Reply in

26 support of Cardiff's Motion to Dismiss Indictment with Prejudice, the Supplemental

27 Declaration of Stephen G. Larson in support of Cardiff's Motion to Dismiss

28 Indictment with Prejudice, and Exhibit A to the Supplemental Declaration of

2

LARSON
LOS ANGELES

UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S OPPOSITION, SUPPLEMENTAL DECLARATION OF STEPHEN G. LARSON, AND EXHIBIT A TO THE SUPPLEMENTAL DECLARATION OF STEPHEN G. LARSON *UNDER SEAL*

1   Stephen G. Larson in support of Cardiff's Motion to Dismiss Indictment with

2   Prejudice contain information that has been identified as Confidential Information

3   by the Government. Accordingly, in order to abide by the stipulated terms of the

4   protective order in this matter, the Defense requests this sealing order.

5           On May 6, 2024, the Government advised by email that it does not oppose

6   this request.

7

8   Dated:  May 6, 2024                    LARSON LLP

9

10

11                                  By:      /s/ Stephen G. Larson

12                                          Stephen G. Larson
                                            Hilary Potashner
13                                          Jonathan Gershon

14                                  Attorneys for Defendant
                                    JASON EDWARD THOMAS CARDIFF
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3

LARSON
LOS ANGELES

## <u>DECLARATION OF STEPHEN G. LARSON</u>

I, Stephen G. Larson, hereby declare and state as follows:

1.      I am a partner at Larson LLP, attorneys of record for Defendant Jason Cardiff.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2.      Pursuant to L.R. 7-19, I submit this declaration in support of Jason Cardiff's *Ex Parte* Application for Leave to File Cardiff's Reply in Support of Cardiff's Motion to Dismiss Indictment with Prejudice, Supplemental Declaration of Stephen G. Larson in support of Cardiff's Motion to Dismiss Indictment with Prejudice, and Exhibit A to the Supplemental Declaration of Stephen G. Larson in support of Cardiff's Motion to Dismiss Indictment with Prejudice *under seal*.

3.      On May 6, 2024, the government sent an email to defense counsel informing that it does not oppose this sealing request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on this 6th day of May, 2024, at Los Angeles, California.


     /s/ Stephen G. Larson
Stephen G. Larson

LARSON
LOS ANGELES