Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
Jonathan Gershon (SBN 306979)
*jgershon@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-CR-00021-JGB<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF MOTION TO DISMISS INDICTMENT WITH PREJUDICE; EXHIBIT**<br><br>[*Filed concurrently with Reply in Support of Motion to Dismiss Indictment with Prejudice*] |

# REDACTED VERSION OF DOCUMENT FILED CONTITIONALLY UNDER SEAL

**DECLARATION OF STEPHEN G. LARSON**

I, Stephen G. Larson, declare as follows:

1. I am a partner with Larson LLP, attorney of record for Defendant JASON EDWARD THOMAS CARDIFF. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this supplemental declaration in support of Defendant Jason Cardiff's Motion to Dismiss Indictment with Prejudice.

2. On or around April 18, 2024, after Cardiff had filed his Motion to Dismiss the Indictment, the Government produced additional documents to Cardiff. This production included GOV007_00134407-08, which is an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A true and correct copy of this email is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of May, 2024, at Los Angeles, California.

_____
Stephen G. Larson