# EXHIBIT A

# REDACTED VERSION OF DOCUMENT FILED CONDITIONALLY UNDER SEAL