Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Hilary Potashner (SBN 167060)
*hpotashner@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel:  (213) 436-4888
Fax:  (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S *EX PARTE* APPLICATION TO REMOVE CURFEW ORDERED AS A CONDITION OF PRETRIAL RELEASE**<br><br>*[Filed concurrently with Declaration of Stephen G. Larson and [Proposed] Order]* |

1

## **EX PARTE APPLICATION**

2

3      By and through counsel of record, Jason Cardiff hereby seeks relief from the

4  curfew imposed as a condition of pretrial release.  Should the Court decline to

5  permanently lift his curfew, Mr. Cardiff seeks relief from the curfew for the evening

6  of May 11, 2024, so that he may attend a wedding within a few miles of his current

7  residence.

8      On November 30, 2023, Mr. Cardiff was ordered released on a $530,000

9  appearance bond, justified in the amount of $500,000 with full deeding of real

10  property.  His release conditions include, among other conditions: a travel restriction

11  to the Central District of California and the Southern District of Texas; a curfew

12  between the hours of 8:00 p.m. and 8:00 a.m.; and, placement in the custody of

13  third-party custodian, Attorney Stephen Cochell. Lilia Murphy and Brian Kennedy

14  executed affidavits of sureties in support of the bond. Ms. Murphy also deeded her

15  home as collateral.

16      Mr. Cardiff is currently living with Attorney Cochell in the Kingwood, Texas,

17  and he is being supervised by United States Probation Officer Jack Sherrod of the

18  Southern District of Texas.

19      Probation Officer Sherrod advised that U.S. Probation does not oppose the

20  request to permanently remove the curfew condition from Mr. Cardiff's conditions

21  of pretrial release. In explaining his non-opposition, PO Sherrod advised that Mr.

22  Cardiff would still be on "standalone" location monitoring, which would allow U.S.

23  Probation to determine Mr. Cardiff's location at any given time.

24      Sureties Lilia Murphy and Brian Kennedy do not oppose Mr. Cardiff's

25  request to permanently lift Mr. Cardiff's curfew.

26      DOJ Attorney Sebastian Manu advised the undersigned that the government

27  opposes Mr. Cardiff's request to permanently remove the curfew condition but does

28

1  not oppose Mr. Cardiff's request to lift the curfew on May 11, 2024, so that he may

2  attend a wedding.

3

4  Dated:  May 8, 2024                              LARSON LLP

5

6                                          By:  /s/ Stephen G. Larson

7                                               Stephen G. Larson

8                                               Attorneys for Defendant
9                                               JASON EDWARD THOMAS CARDIFF

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JASON CARDIFF'S EX PARTE APPLICATION TO REMOVE CURFEW ORDERED AS A CONDITION OF
PRETRIAL RELEASE