UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION TO REMOVE CURFEW ORDERED AS A CONDITION OF PRETRIAL RELEASE** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | *[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |

LARSON<sub>LLP</sub>
LOS ANGELES

[PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the pretrial release condition that Jason Cardiff abide by a curfew from 8 p.m. to 8 a.m. during his pretrial release is immediately and permanently set aside. Accordingly, Jason Cardiff is no longer subject to the curfew condition ordered by the Court on November 30, 2023.

OR

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the pretrial release condition that Jason Cardiff abide by a curfew from 8 p.m. to 8 a.m. during his pretrial release shall be lifted for the date of May 11, 2024. Jason Cardiff otherwise remains subject to the curfew ordered by the Court on November 30, 2023.

**IT IS SO ORDERED**.

Dated: _____

Honorable Jesus G. Bernal
United States District Judge