cc: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>                Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION TO REMOVE CURFEW ORDERED AS A CONDITION OF PRETRIAL RELEASE**<br><br>*[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |

ORDER

1     **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**
2 that the pretrial release condition that Jason Cardiff abide by a curfew from 8 p.m. to
3 8 a.m. during his pretrial release shall be lifted for the date of May 11, 2024. Jason
4 Cardiff otherwise remains subject to the curfew ordered by the Court on November
5 30, 2023.
6
7     **IT IS SO ORDERED.**
8
9 Dated: May 10, 2024
10                                                 Honorable Jesus G. Bernal
11                                                 United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28