1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | [*Filed concurrently with Ex Parte Application*] |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT an unredacted version of the Reply in Support of Cardiff's Motion to Dismiss Indictment with Prejudice, Supplemental Declaration of Stephen G. Larson in support of Cardiff's Motion to Dismiss Indictment, and Exhibit A to the Supplemental Declaration of Stephen G. Larson in support of Cardiff's Motion to Dismiss Indictment shall be filed *under seal*.

DATED: May 13, 2024

HON. JESUS G. BERNAL
United States District Judge