cc: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR PERMISSION TO TRAVEL TO LAS VEGAS**<br><br>*[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |

ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Jason Cardiff shall be permitted to travel to Las Vegas on June 22, 2024, with a return to the Central District of California on June 24, 2024.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted for the two nights that he will be staying in Las Vegas.

**IT IS FURTHER ORDERED** that Jason Cardiff shall provide his hotel information to United States Probation Officer Jack Sherrod prior to his travel.

**IT IS SO ORDERED**.

Dated: June 21, 2024

_____
Honorable Jesus G. Bernal
United States District Judge