Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>  Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR PERMISSION TO TEMPORARILY RELOCATE TO DALLAS**<br><br>*[Filed concurrently with Declaration of Stephen G. Larson and [Proposed] Order]* |

## *EX PARTE* APPLICATION

By and through counsel of record, Jason Cardiff hereby seeks permission to temporarily relocate to Dallas, Texas from now until July 12, 2024, or until electricity is restored to Mr. Cardiff's place of residence, whichever is later, in the aftermath of Hurricane Beryl.

Mr. Cardiff has been released on a $530,000 appearance bond, justified in the amount of $500,000 with full deeding of real property. His release conditions include, among other conditions: a travel restriction to the Central District of California and the Southern District of Texas; a curfew between the hours of 8:00 p.m. and 8:00 a.m.; and, placement in the custody of third-party custodian, Attorney Stephen Cochell. Lilia Murphy and Brian Kennedy executed affidavits of sureties in support of the bond. Ms. Murphy also deeded her home as collateral.

Mr. Cardiff has been living with Attorney Cochell in Kingwood, Texas, and he is being supervised by United States Probation Officer Jack Sherrod of the Southern District of Texas.

On July 8, 2024, Hurricane Beryl struck Texas, leaving millions of Houston residents without electricity during surging summer temperatures. On July 9, United States Probation and Pretrial Services Officer Kathleen Torres-Vasquez approved Mr. Cardiff's emergency relocation to Dallas, and Mr. Cardiff left Houston for Dallas with his third-party custodian. Officer Torres-Vasquez indicated that Mr. Cardiff had approval to remain in Dallas until July 12, 2024, or until electricity is restored to Mr. Cardiff's place of residence, whichever is later, and that counsel should file the instant *ex parte* application seeking court permission for the same.

Sureties Lilia Murphy and Brian Kennedy do not oppose this request.

Assistant United States Attorney Valerie Makarewicz indicated that the government does not oppose this request.

Dated: July 10, 2024                LARSON LLP

                                    By: /s/ Stephen G. Larson
                                        Stephen G. Larson
                                        Hilary Potashner
                                        Jonathan Gershon

                                        Attorneys for Defendant
                                        JASON EDWARD THOMAS CARDIFF