cc: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>              Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER GRANTING JASON CARDIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR PERMISSION TO TEMPORARILY RELOCATE TO DALLAS** |

ORDER

| | |
|---|---|
| 1 | **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Jason Cardiff shall be permitted to temporarily stay in Dallas, Texas until July 12, 2024, or until electricity is restored to his place of residence in Houston, Texas, whichever is later. |

**IT IS FURTHER ORDERED** that Jason Cardiff shall continue to remain in contact with and provide his location to United States Probation and Pretrial Services.

**IT IS S ORDERED.**

Dated: July 11, 2024

_____
Honorable Jesus G. Bernal
United States District Judge

2
ORDER