Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
| Plaintiff, | **DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JASON CARDIFF** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | *[Filed concurrently with Motion to Withdraw and [Proposed] Order]* |

# **DECLARATION OF STEPHEN G. LARSON**

I, Stephen G. Larson, declare as follows:

1. I am a partner with Larson LLP, and my firm represents Jason Cardiff ("Cardiff") in this matter. I make this declaration in support of Larson LLP's Motion to Withdraw as counsel for Cardiff.

2. On January 31, 2023, an Indictment was filed in the instant matter. (ECF No. 1). The Indictment was unsealed on November 27, 2023. (ECF Nos. 7, 11). Shortly thereafter, Cardiff entered into an engagement agreement with Larson LLP to represent him in this matter.

3. Beginning in late December 2023, the Government began producing a considerable amount of documents in discovery. To date, the government has produced over 9.2 million documents, consisting of over 21 million pages.

4. On April 8, 2024, Cardiff filed a Motion to Dismiss the Indictment. (ECF No. 45). This motion was a significant undertaking by Counsel. Specifically, it required Counsel to review and analyze thousands of documents produced by the Government, conduct extensive legal research, draft a comprehensive oversized motion and reply brief, and prepare for oral argument.

5. Since the denial of the Motion in June 2024, Counsel has repeatedly advised Cardiff, including as recently as July 16, 2024, that he is in material breach of the engagement agreement, and that Counsel would file a motion seeking leave to withdraw if Cardiff failed to meet his obligations under the contract. Nevertheless, as of this filing, Cardiff has failed to cure his default under the engagement agreement. Accordingly, at this juncture, there has been an irreconcilable breakdown in the attorney-client relationship which makes continuing representation unreasonably difficult.

6. Counsel provided notice to the Government of their intent to move to withdraw on July 15, 2024.

Executed on this 17th day of July, 2024, at Los Angeles, California.

/s/ Stephen G. Larson
Stephen G. Larson