1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR JASON CARDIFF** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | *[Filed concurrently with Notice of Motion and Motion to Withdraw; Declaration of Stephen G. Larson]* |
| Defendant. | |

LARSON<sub>LLP</sub>
LOS ANGELES

[PROPOSED] ORDER

1 | **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**
2 | that Larson LLP's Motion to Withdraw as Counsel of Record is GRANTED.
3 |
4 | Dated: _____
     Honorable Jesus G. Bernal
     United States District Judge