1  Stephen G. Larson (SBN 145225)
   slarson@larsonllp.com
2  Hilary Potashner (SBN 167060)
   hpotashner@larsonllp.com
3  Jonathan Gershon (SBN 306979)
   jgershon@larsonllp.com
4  **LARSON LLP**
   555 South Flower Street, 30th Floor
5  Los Angeles, California 90071
   Telephone: (213) 436-4888
6  Facsimile: (213) 623-2000

7  Attorneys for Defendant
   JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **DEFENDANT JASON EDWARD THOMAS CARDIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | [*Filed concurrently with [Proposed] Order*] |

LARSON
LOS ANGELES

UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Counsel hereby submits this unopposed *ex parte* application to shorten the time for a hearing on the concurrently-filed Notice of Motion and Motion to Withdraw as Counsel for Defendant Jason Cardiff, seeking a motion hearing date of **July 29, 2024, at 2 p.m**. This application is based on the attached declaration of counsel.

Dated: July 17, 2024            LARSON LLP

By: /s/ Stephen G. Larson
    Stephen G. Larson

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF