Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**DECLARATION IN SUPPORT OF UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME**<br><br>[*Filed concurrently with Ex Parte Application; [Proposed] Order*] |
|---|---|

DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, declare as follows:

1. I am a partner with Larson LLP, and I represent Jason Cardiff in this matter. I make this declaration in support of Defendant Jason Cardiff's Unopposed *Ex Parte* Application to Shorten Time.

2. Trial in this matter is set for September 3, 2024.

3. Lodged concurrently with this unopposed *ex parte* application to shorten time is a motion seeking to withdraw as counsel for Mr. Cardiff. Given the upcoming trial date, I believe it is in the parties' best interest to resolve the motion expeditiously. For this reason, I am requesting that the Court hear the motion on a shortened schedule and set a hearing for July 29, 2024.

4. On July 15, 2024, my law partner, Hilary Potashner, informed the government of our intention to file the motion seeking to withdraw as counsel for Mr. Cardiff and requested its position on this application to shorten time. The government indicated that it is not opposed to hearing the motion to withdraw on July 29, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of July, 2024, at Los Angeles, California.

/s/ Stephen G. Larson
Stephen G. Larson