UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME**<br><br>[*Filed concurrently with* Unopposed *Ex Parte Application; Declaration of S. Larson*]] |

LARSON
LOS ANGELES

1     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
2 the time for a hearing on the Notice of Motion and Motion to Withdraw as Counsel
3 for Defendant Jason Cardiff is shortened.  A hearing is set for July 29, 2024 at 2:00
4 p.m.
5     IT IS SO ORDERED.
6
  Dated:
7                                                Honorable Jesus G. Bernal
8                                                United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28