UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME

| | |
|---|---|
| 1 | GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that |
| 2 | the time for a hearing on the Notice of Motion and Motion to Withdraw as Counsel |
| 3 | for Defendant Jason Cardiff is shortened. A hearing is set for July 29, 2024 at 2:00 |
| 4 | p.m. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: July 19, 2024 |
| 7 | Honorable Jesus G. Bernal<br>United States District Judge |

2
ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME