Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Tel: (213) 436-4888
Fax: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>  Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT**<br><br>*[Filed concurrently with Declaration of Stephen G. Larson and [Proposed] Order]* |

## *EX PARTE* APPLICATION

Jason Cardiff has requested that counsel file this *ex parte* application seeking permission to travel to Ireland for ten days, and for the return of his passport to permit that travel.

Mr. Cardiff has been released on a $530,000 appearance bond, justified in the amount of $500,000 with full deeding of real property. His release conditions include, among other conditions: a travel restriction to the Central District of California and the Southern District of Texas; a curfew between the hours of 8:00 p.m. and 8:00 a.m.; and placement in the custody of third-party custodian, Attorney Stephen Cochell. Lilia Murphy and Brian Kennedy executed affidavits of sureties in support of the bond. Ms. Murphy also deeded her home as collateral.

Mr. Cardiff is living with Attorney Cochell in Kingwood, Texas, and he is being supervised by United States Probation Officer Jack Sherrod of the Southern District of Texas.

On July 20, 2024, Mr. Cardiff reported that his wife suffered a medical issue while she was in Slovakia. Mr. Cardiff provided photographs of a medical bill, a printout of an EKG reading, and a one-page health assessment. The documents are in Slovakian. The documents were uploaded to Google Translate and appear to show that Mrs. Cardiff obtained medical treatment at the Emergency Health Service in Bratislava, Slovakia on July 20, 2024. Mr. Cardiff reported that Mrs. Cardiff intends to seek additional medical treatment in Ireland, where she resides. Because of this medical issue, Mr. Cardiff seeks permission to travel to Ireland to assist his wife and care for their 10-year-old child. Mr. Cardiff proposes that he travel to Ireland for ten days and that his flight and itinerary be approved by Officer Sherrod before he leaves the country.

Sureties Lilia Murphy and Brian Kennedy do not oppose this request.

Probation Officer Sherrod advised that he does not oppose this request, noting that Mr. Cardiff has been compliant with supervision and has not had any

monitoring violations. Officer Sherrod does, however, request that the curfew be lifted during the travel, explaining that it would be logistically difficult to enforce a curfew in a different time zone.

Department of Justice Trial Attorney Manu Sebastian indicated that the government objects to this request in part because Mr. Cardiff is a citizen of Ireland and this creates issues for the government in guaranteeing that he will return. The government intends to request that this be heard on an *ex parte* basis because it needs time to make its argument and provide the Court with the entirety of the record.

Dated: July 22, 2024               LARSON LLP

                                   By: /s/ Stephen G. Larson
                                       Stephen G. Larson
                                       Hilary Potashner
                                       Jonathan Gershon

                                       Attorneys for Defendant
                                       JASON EDWARD THOMAS CARDIFF