1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JASON CARDIFF'S JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | *[Filed concurrently with Ex Parte Application and Declaration of Stephen G. Larson]* |
| Defendant. | |

1    **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

2  that Jason Cardiff shall be permitted to travel to Ireland for ten days.  He shall return

3  to Texas no later than ten days after he leaves the United States.

4    **IT IS FURTHER ORDERED** that Jason Cardiff's passport shall be returned

5  to him before his flight.  Once he returns to the United States, he shall immediately

6  return the passport to the United States Probation and Pretrial Services Office.

7    **IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted

8  only while he is traveling.

9    **IT IS FURTHER ORDERED** that Jason Cardiff's travel itinerary shall be

10  approved by United States Probation Officer Jack Sherrod prior to his travel.  Jason

11  Cardiff shall remain in contact with and provide his location to Officer Sherrod

12  while he is outside the United States.

13

14    **IT IS SO ORDERED**.

15

16  Dated:                           _____

17                                    Honorable Jesus G. Bernal
                                     United States District Judge

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER