AMANDA N. LISKAMM
Director, Consumer Protection Branch
SHEILA B. BERMAN
MANU J. SEBASTIAN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 307-0061
    Facsimile: (202) 514-8742
    Email:  Sheila.B.Berman@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF CHRISTINE REINS-JARIN IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND HIS RETURNING PASSPORT** |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

**DECLARATION OF USPIS POSTAL INSPECTOR CHRISTINE REINS-JARIN**

I, USPIS Postal Inspector Christine Reins-Jarin, declare as follows:

1. I am a Postal Inspector with the United States Postal Inspection Service. I make this declaration in support of the government's Opposition to Jason Cardiff's *Ex Parte* Application for an Order Permitting International Travel and Returning his Passport.

2. On July 21, 2024, I spoke with Diana Melendez, a witness in the current criminal litigation against Jason Cardiff. Ms. Melendez informed me that approximately one to two months ago, Jason Cardiff sent her a text message. She indicated the message said: This is Jason Cardiff. I really need to talk to you.

3. Ms. Melendez informed me that she did not recognize the phone number. She reported that she deleted the message and blocked the phone number.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 23rd day of July, 2024, in Washington, D.C.

_____
Christine Reins-Jarin, U.S. Postal Inspector