# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING SECOND MOTION TO WITHDRAW AS COUNSEL FOR JASON CARDIFF**<br><br>*[Filed concurrently with Second Motion to Withdraw; Declaration of Stephen G. Larson iso Second Motion]* |

LARSON LLP
LOS ANGELES

[PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Larson LLP's Second Motion to Withdraw as Counsel of Record is GRANTED.

Dated: _____

Honorable Jesus G. Bernal
United States District Judge