Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>          Defendant. | Case No. 5:23-cr-00021-JGB<br><br>***EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME**<br><br>[*Filed concurrently with Declaration of Stephen Larson; [Proposed] Order*] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Counsel hereby submits this *ex parte* application to shorten the time for a hearing on the concurrently-filed Notice of Second Motion and Second Motion to Withdraw as Counsel for Defendant Jason Cardiff, seeking a **July 29, 2024, at 2 p.m.,** hearing date on Counsel's Second Motion to Withdraw. This application is based on the attached declaration of counsel.

Dated: July 25, 2024				LARSON LLP

						By:  /s/ Stephen G. Larson
						       Stephen G. Larson

						Attorneys for Defendant
						JASON EDWARD THOMAS CARDIFF