1  Stephen G. Larson (SBN 145225)
   *slarson@larsonllp.com*
2  Hilary Potashner (SBN 167060)
   *hpotashner@larsonllp.com*
3  Jonathan Gershon (SBN 306979)
   *jgershon@larsonllp.com*
4  **LARSON LLP**
   555 South Flower Street, 30th Floor
5  Los Angeles, California 90071
   Telephone: (213) 436-4888
6  Facsimile: (213) 623-2000

7  Attorneys for Defendant
   JASON EDWARD THOMAS CARDIFF

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

| 11 | UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|---|
| 12 | Plaintiff, | **DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION TO SHORTEN TIME** |
| 13 | vs. | |
| 14 | JASON EDWARD THOMAS CARDIFF, | [*Filed concurrently with Ex Parte Application; [Proposed] Order*] |
| 15 | Defendant. | **Proposed Hearing:** |
| 16 | | Date:   July 29, 2024 |
| 17 | | Time:   2:00 p.m.<br>Dept:   1 |

**LARSON**
LOS ANGELES

DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION TO SHORTEN TIME

DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, declare as follows:

1. I am a partner with Larson LLP, and my firm represents Jason Cardiff ("Cardiff") in this matter. I make this declaration in support of the pending *Ex Parte* Application to Shorten Time filed by myself and Larson LLP attorneys Hilary Potashner, Jonathan Gershon, and Alix Zelener (hereinafter referred to individually and collectively as "Counsel").

2. Trial in this matter is set for September 3, 2024.

3. Lodged concurrently with this *ex parte* application to shorten time is a Notice of Second Motion and Second Motion to Withdraw As Counsel for Defendant Jason Cardiff. Given the upcoming trial date, I believe it is in the parties' best interest to resolve the motion expeditiously. For this reason, I am requesting that the Court hear the motion on a shortened schedule and set a hearing for July 29, 2024.

4. On July 24, 2024, Counsel provided written notice to the government and Mr. Cardiff of our intention to file the motion seeking to withdraw as counsel for Mr. Cardiff. On that same date, Counsel advised the government and Cardiff of our intention to file an ex parte application to shorten time.

5. On July 25, 2024, the government indicated that it is not opposed to the motion to withdraw being set to be heard on July 29, 2024.

6. On July 25, 2024, Cardiff provided the following position regarding the instant application: "I oppose your ex parte application. The Court denied your Motion to Withdraw. Your current motion does not meet the standard for reconsideration under Local Rule 7-18."

//
//
//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of July, 2024, at Los Angeles, California.

/s/ Stephen G. Larson
Stephen G. Larson