UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>        Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING**<br>***EX PARTE* APPLICATION TO<br>SHORTEN TIME**<br><br>[*Filed concurrently with Ex Parte Application; Declaration iso Application*] |

     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the time for a hearing on the Second Motion to Withdraw as Counsel for Defendant Jason Cardiff is shortened.  A hearing is set for July 29, 2024 at 2:00 p.m.

     IT IS SO ORDERED.

Dated: July     . 2024

_____
Honorable Jesus G. Bernal
United States District Judge

LARSON
LOS ANGELES