UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER: (1) GRANTING SECOND MOTION TO WITHDRAW AS COUNSEL FOR JASON CARDIFF (Dkt. No. 92); and (2) DENYING AS MOOT SECOND EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING (Dkt. No. 93)** |

ORDER

1  The Court finds this matter appropriate for resolution without a hearing. See
2  L. Cr. R. 57-1; L.R. 7-15. **GOOD CAUSE HAVING BEEN SHOWN, IT IS**
3  **HEREBY ORDERED** that Larson LLP's Second Motion to Withdraw as Counsel
4  of Record is **GRANTED**. The Second Ex Parte Application to Shorten Time to
5  Hear the Second Motion to Withdraw is **DENIED AS MOOT**.

Dated: July 25, 2024

_____
Honorable Jesus G. Bernal
United States District Judge