UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:23-cr-00021-jgb |
| v. | |
| JASON EDWARD THOMAS CARDIFF | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

COCHELL, STEPHEN R.   of   THE COCHELL LAW FIRM, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*   5850 SAN FELIPE, STE. 500
(832)800-3500   HOUSTON TEXAS 77057
*Telephone Number*   *Fax Number*
srcochell@gmail.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
JASON EDWARD THOMAS CARDIFF

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

ALLAN HOWARD GRANT   of   GRANTS LAW FIRM
*Designee's Name (Last Name, First Name & Middle Initial)*   17351 GREEENTREE DRIVE
213658   (888)937-7555   (866)858-6637   RIVERSIDE, CA  92503-6762
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
allan@grants-law.com
*E-Mail Address*   *Firm/Agency Name & Address*

HEREBY ORDERS THAT the Application be:
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge