AMANDA LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
SHEILA BERMAN
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
    450 Fifth Street NW, Suite 6400
    Washington, DC 20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
E-mail:   Manu.J.Sebastian@usdoj.gov


E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-00021-JGB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | CURRENT TRIAL DATE: 9/3/24<br>PROPOSED TRIAL DATE: 2/4/25 |

1    The Court has read and considered the Stipulation Regarding
2 Request for (1) Continuance of Trial Date and (2) Findings of
3 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the
4 parties in this matter on August 22, 2024.  The Court hereby finds
5 that the Stipulation, which this Court incorporates by reference into
6 this Order, demonstrates facts that support a continuance of the
7 trial date in this matter, and provides good cause for a finding of
8 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
9     The Court further finds that:  (i) the ends of justice served by
10 the continuance outweigh the best interest of the public and
11 defendant in a speedy trial; (ii) failure to grant the continuance
12 would be likely to make a continuation of the proceeding impossible,
13 or result in a miscarriage of justice; and (iii) failure to grant the
14 continuance would unreasonably deny defendant continuity of counsel
15 and would deny defense counsel the reasonable time necessary for
16 effective preparation, taking into account the exercise of due
17 diligence.
18     THEREFORE, FOR GOOD CAUSE SHOWN:
19     1.   The trial in this matter is continued from September 3,
20 2024, to February 4, 2025. The status conference hearing is continued
21 to January 13, 2025.
22     2.   The time period of September 3, 2024, to February 4, 2025
23 inclusive, is excluded in computing the time within which the trial
24 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
25 and (B)(iv).
26     3.   Defendant shall appear in Courtroom 1 of the George E.
27 Brown, Jr. Federal Building and United States Courthouse, 3470
28

Twelfth Street, Riverside, CA 92501-3801 on February 4, 2025 at 9:00 a.m.

  4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

  IT IS SO ORDERED.

_____   _____
DATE              HONORABLE JESUS G. BERNAL
                  UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
_____
Manu J. Sebastian
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice