AMANDA LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
SHEILA BERMAN
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
   450 Fifth Street NW, Suite 6400
   Washington, DC 20001
   Telephone: (202) 514-0515
   Facsimile: (202) 514-8742
E-mail:   Manu.J.Sebastian@usdoj.gov


E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
   1100 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-0756
   Facsimile: (213) 894-6269
   E-mail:   Valerie.Makarewicz@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

cc: USPO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-00021-JGB |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | CURRENT TRIAL DATE: 9/3/24
NEW TRIAL DATE: 2/4/25 @ 9:00 AM
STATUS CONFERENCE: 1/13/25 @ 2 PM |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 22, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

**1.   The trial in this matter is continued from September 3, 2024, to February 4, 2025, at 9:00 a.m. The status conference hearing is continued to January 13, 2025, at 2:00 p.m.**

2.   The time period of September 3, 2024, to February 4, 2025 inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendant shall appear in Courtroom 1 of the George E. Brown, Jr. Federal Building and United States Courthouse, 3470

Twelfth Street, Riverside, CA 92501-3801 on February 4, 2025 at 9:00 a.m.

    4.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

August 23, 2024
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
Manu J. Sebastian
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice

3