UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | *[Filed concurrently with Ex Parte Application and Declaration of Stephen R. Cochell]* |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

That Jason Cardiff shall be permitted to travel to Ireland for fourteen days. He shall return to Texas no later than fourteen days after he leaves the United States.

**IT IS FURTHER ORDERED** that Jason Cardiff's passport shall be returned to him before his flight. Once he returns to the United States, he shall immediately return the passport to the United States Probation and Pretrial Services Office. Jason Cardiff will be allowed to remove electronic monitoring for this travel and have it replaced upon his return to Texas.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted only while he is traveling.

**IT IS FURTHER ORDERED** that Jason Cardiff's travel itinerary shall be approved by United States Probation Officer Joe Torres prior to his travel. Jason Cardiff shall remain in contact with and provide his location to Officer Torres while he is outside the United States.

**IT IS SO ORDERED**.

Dated: _____

Honorable Jesus G. Bernal
United States District Judge