AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
SHEILA BERMAN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
| Plaintiff, | |
| v. | **OPPOSITION TO JASON CARDIFF'S EX PARTE APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT** |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Civil Division Consumer Protection Branch and Trial Attorneys Manu J. Sebastian and Sheila Berman, and the United States

1

Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz, oppose the *ex parte* application for an order permitting international travel and return of defendant's passport made by defendant, Jason Edward Thomas Cardiff for the same reasons as identified in its previous opposition. [Dkt. # 89-90].

Dated: September 3, 2024              Respectfully submitted,

                                          AMANDA LISKAMM
                                          Director
                                          Consumer Protection Branch

                                          E. MARTIN ESTRADA
                                          United States Attorney

                                          ____/s/_____
                                          MANU J. SEBASTIAN
                                          SHEILA BERMAN
                                          Trial Attorneys
                                          VALERIE L. MAKAREWICZ
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          United States of America