Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-CR-00021-JGB<br><br>[*Filed concurrently with Notice of Motion; Declaration of Stephen R. Cochell; Declaration of Jason Cardiff and [Proposed] Order*] |

**[PROPOSED] ORDER GRANTING DEFENDANT JASON CARDIFF'S MOTION TO DISMISS COUNT TWO OF THE INDICTMENT**

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY

ORDERS that Count Two of the Government's Indictment against Defendant Jason

Edward Thomas Cardiff of Aggravated Identity Theft dismissed WITH

PREJUDICE.

Dated: _____

---

COCHELL
LAW FIRM

1

DEFENDANT JASON CARDIFF'S MOTION TO SUPPRSS EVIDENCE BASED ON FOURTH AMENDMENT VIOLATIONS

Hon. Jesus G. Bernal
United States District Judge