# EXHIBIT B

## JASON CARDIFF MOTION TO SUPPRESS

Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
| Plaintiff, | **DECLARATION OF JASON CARDIFF IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE FROM ILLEGAL SEARCH AND SEIZURE** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | *[Filed concurrently with Notice of Motion and Motion to Suppress Evidence and [Proposed] Order]* |

DECLARATION OF JASON CARDIFF ISO MOTION TO EVIDENCE OF EVIDENCE FROM ILLEGAL SEARCH AND SEIZURE

COCHELL
LAW FIRM

## DECLARATION OF JASON CARDIFF

I, Jason Cardiff, declare as follows:

1.  I am a party in the above-entitled action.  I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendant's Motion to Suppress Evidence From Illegal Search and Seizure.

2.  This declaration is submitted under the protections of *Simmons v. United States*, 390 U.S. 377 (1968) and the United States Constitution. Pursuant to *Simmons* and my constitutional rights, I would object to the use of this declaration for any purpose beyond the Court's adjudication of my Motion to Dismiss Indictment with Prejudice.

3.  On October 12, 2018, I was present at the Redwood Scientific Technologies offices located Building address  820 North Mountain Avenue, Suite 100, Upland, CA 91786, and Building address 870 North Mountain Avenue, Suites 115 and 118, Upland, CA 91786.

4.  I was at one of Redwood's offices, 870 Mountain Avenue that day when I noticed cars parked outside 820 North Mountain Avenue, where my office was located.  I walked over to see what was going on.  I observed officers from the Upland Police Department and agents from the United States Postal Inspection Service (USPIS) inside the premises of Suite 100, 820 North Mountain Avenue.  I also met the Receiver, who identified himself to me as Brick Kane.  Prior to that time, I was unaware of any criminal investigation taking place regarding me at that time.

5.  Redwood's offices were not open to the public.  The office's doors were kept locked during business and after hours. *Id.* Computers were assigned to specific employees. *Id.* at 10. Access into each computer was password protected and additional password protection was provided for certain programs allowing

1  customer access and access to financial records. *Id.*  Most computers were recycled

2  and used by different employees over the years.

3    (a) All three Redwood's office suites contained numerous personal and

4        private items belonging to me, including personal (non-business) notes,

5        family memorabilia, health reports, and religious items. Additionally, I

6        had stored several electronic devices, such as hard drives, laptops,

7        iPads, and tablets, in boxes labeled "Suite 100" and "Suite 115," which

8        likely contained private emails, correspondence, and personal data.

9    (b) Some of the specific items seized are described in an inventory

10        provided by the USPIS.  This inventory is described in a Memo to File

11        by Postal Inspector Christine Reins-Jarin and Gen Quon dated July 6,

12        2021.  A true and correct copy is attached as **Exhibit 1**.  Most of my

13        personal items were located in Suite 100 throughout the office.

14  6.    The computers located at my work desk and other electronic devices

15  within the office also housed personal items and data accumulated over several

16  years. These computers contained non-Redwood related documents, including

17  family documents and personal identification information, including but not limited

18  to personal tax returns, family photos, documents relating my children, health care

19  information, personal family documentation, legal issues unrelated to Redwood or

20  the FTC and business notes unrelated to the FTC or Redwood.

21  7.    Throughout the day, I spent most of my time with Brick Kane and

22  Robb Evans of Robb Evans & Associates, the appointed receiver.  At no time was I

23  asked for permission or consent to search the premises or my personal items. I was

24  not shown or provided with a search warrant at any time. Additionally, Brick Kane

25  did not, at any time, request my permission to allow law enforcement to search the

26  premises.

27  8.    On October 12, 2018, I sat with the Receiver and provided various

28  items, including Google and login credentials for computers and systems in the

COCHELL
LAW FIRM

DECLARATION OF JASON CARDIFF ISO MOTION TO EVIDENCE OF EVIDENCE FROM ILLEGAL
SEARCH AND SEIZURE

1 | office, as well as the code to the office safe.

2 |      9.    While I was with the Receiver, I sat in the corporate office, which had
3 | five private offices and an open workspace. We were in full view of all offices in
4 | that space. I personally observed USPIS agents walking freely around Suite 100.
5 | While I was present, the computers were already turned on.  I saw USPIS agents
6 | inspecting items, picking up objects, looking through documents and were accessing
7 | and reading information on the computers as well as reviewing  hard copy files and
8 | rummaging through file cabinets in the office. I was also introduced to the FTC
9 | attorney who was present that morning along with FTC staff.

10 |      10.    At no time did I grant consent or authorize any of the search and
11 | seizure of documents and things from Redwood's offices.  This includes but is not
12 | limited to searches conducted by Government agents after October 12, 2018.

13 |      11.    At all relevant times, I was President, Chief Executive Officer and
14 | majority shareholder of Redwood Scientific Technologies, Inc.

15 |      12.    On March 3, 2022, the Court ordered a Final Judgment Including
16 | Permanent Injunction as to Cardiffs and a Final Judgment Including Permanent
17 | Injunction as to Redwood Scientific Technologies, Inc.

18 |      13.    The orders effectively returned Redwood to its shareholders and
19 | majority shareholder, and further allows Redwood and Cardiff to resume
20 | manufacturing and distributing thin strip over the counter medication subject to
21 | prior testing specified in the Final Judgments.

22 |      14.    This is a summary of my testimony. I reserve the right to supplement
23 | and/or clarify if called as a witness at trial.

24

25

26

27

28

1      15.    I declare under penalty of perjury that the foregoing is true and correct.

2  28 U.S.C. § 1746.

3      Executed on this 9th day of September, 2024, at Kingwood, Texas.

Jason Cardiff

DECLARATION OF JASON CARDIFF ISO MOTION TO EVIDENCE OF EVIDENCE FROM ILLEGAL SEARCH AND SEIZURE

# EXHIBIT 1

**Left Side of Storage Unit (while facing the brick wall)**

| | |
|---|---|
| Plastic tub on ground | -Prolongz research studies book<br>-CDs, including ministry related; Mona Vie; Advanced Medical Institute; and People United for Christians binders<br>(many pre-2014 documents) |
| Frames on top of tub | -PTO framed "Be the Dragon" S/N 86-326 024<br>-books/pamphlets on Sumusent and Prolongz |

Bankers Boxes
Stack 1 (from top to bottom)

| | |
|---|---|
| Box 1<br>Redwood, Ste 100, Room J, Eunjung Cardiff | -folder labeled for Jason Cardiff's Ireland passport and citizenhip<br>-pre-2014 tax return information |
| Box 2<br>Redwood, Ste 100, Room J, Eunjung Cardiff, Chief Marketing Officer Executive | -EKS&H independent audit reports<br>-Nationwide 2016/2017<br>(box also contains pre-2014 documents) |
| Box 3<br>Redwood, Ste 100, Room H<br>Jason Cardiff | -appears to contain majority pre-2014 docs |
| Box 4<br>Redwood, Ste 100, Room H<br>Jason Cardiff | -vintage Playboy magazines<br>-2015 HSBC statements<br>-old KMG and RAP sheets |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    GOV_MOI_001078

Box 5
Redwood, Ste 100, Room H,
Jason Cardiff                          -notice to pay rent from Mountain Grove
                                       Office Park
                                       -Bisno and Mulvaney envelopes
                                       -Massachusetts Medical filing paperwork
                                       -Yellowstone Capital merchant agreement
                                       -numerous notebooks with notes
                                       -PUFC Donations-Vancouver checkbook pad


Stack 2 (top to bottom)


Brown box – Cigirex          -appears to be pre-2014 Kelly Media Group
(not bankers box)                and bank statements

Box 1
Redwood, Ste 100, Room B,
Section 4 (Vault) Part 6 final     -Clover Strip products in boxes

Box 2
Redwood, Ste 100, Room F,
Section 11B, 11C                    -2015 Citi records
                                   -2015 HSBC statements

Box 3
Redwood, Ste 100, Room D,
Section 1A, 1B                      -Citi statements American Nutra Partners
                                   -2016 Run Away Products Citi statements
                                   -2016 Cigirex Citi
                                   -Wage Lock

Box 4
Redwood, Ste 100, Room D,
Section 8B, 8C                      -misc. docs folders
                                   -GNC
                                   -W-9 2016
                                   -Dalian
                                   -Public/Board docs
                                   -SunTrust
                                   -2017 W2
                                   -2017 941s

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            GOV_MOI_001079

Stack 3 (top to bottom)

Box 1
Redwood, Ste 100, Room B
Section 4 (vault) partial 5          -Clover Strip product

Box 2
Redwood, Ste 100, Room B
Section 4 (vault) partial 3          -Clover Strip product

Box 3
Redwood, Ste 100, Room D
Section 1A                          -LegalZoom binders for Expo Supplements,
                                   Messengers for Christ World Healing
                                   Center, TV Sales
                                   -ANP and Nature's Future binders and docs
                                   -CBD file folder
                                   -Redwood files

Redwood, Ste 100, Room D
Section 2C, 3B, 3C, 6A              -Provaxaltonin booklet
                                   -employee files
                                   -PUFC files
                                   -GNC
                                   -Clover CC
                                   -notebooks

Box 5
Redwood, Ste 100, Room D
Section 6A, 6B                      -office memos
                                   -bill logs
                                   -2017 payroll

Stack 4 (top to bottom)

Box 1
Redwood, Ste 100, Room B
Section 4 (vault) partial 2          -Clover Strip product

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          GOV_MOI_001080

Box 2
Redwood, Ste 100, Room D
Section 8A

-misc files
-employee files
-taxpayer ID with copies/voided checks

Box 3
Redwood, Ste 100, Room D
Section 1A

-Advanced Men's Institute, Cigirex, Top Hill Shop, Smoke Stop, Ax Distributors binders

Box 4
Redwood, Ste 100, Room D
Section 1C, 1D, 2A, 2B

-RST Certified USPS letters
-RAP, AMI, ANP checkbooks, binders
-Wage Lock docs
-RST investor presentation binders – Feb 2015

Box 5
Redwood, Ste 100, Room F
Section 4B, 5

-investor binders
-agreements – Walgreens, CVS, Target
-Prolongz reseller
-Five9
-Owl Enterprises bank account forms
-BDirect
-Triple Scoop

Stack 5 (top to bottom)

Box 1
Redwood, Ste 100, Room B
Section 4 (vault) partial 4

-Clover product

Box 2
Redwood, Ste 100, Room F
Section 11A, 11B

-Citi statement binders
(appears to be 2014 and after)

Box 3
Redwood, Ste 100, Room F
Section 1, 2, 3, 4A

-merchant statements – TBX-Free, Exp Trans 1969
-merchant statements RAP Citi 7881
-Bank of the West
-AMI UPS merchant statements

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    GOV_MOI_001081

| | |
|---|---|
| Box 4<br>Redwood, Ste 100, Room F<br>Section 11D | -Citi statements<br>-BancTek<br>-Humboldt merchant services |
| Box 5<br>Redwood, Ste 100, Room D<br>Section 3, 3A | -binders with investor information, such as copies of driver's licenses<br>-AZ Corp. Comm.-Leverage Media (KMG related)<br>-RST subscription agreement/investor letter<br>-RAP binder<br>-PayDay Workforce binder<br>-PPM and other older docs |

Stack 6 (top to bottom)

| | |
|---|---|
| Box 1<br>Redwood, Ste 100, Room B<br>Section 1, 2, 3, 4 (vault) partial 1, 5 | -TV Sales checks<br>-PUFC Donations-Vancouver checkbook binder<br>-PUFC (Upland) docs, checks |
| Box 2<br>Redwood, Ste 100, Room E<br>Section 5C, 5D | -2017 banks docs<br>-RST binder |
| Box 3<br>Redwood, Ste 100, Room D<br>Section 1B | -RST private placement binders<br>-Citibank statements<br>-LegalZoom- Am. Source Supply Direct Retail Supply Dist. |
| Box 4<br>Redwood, Ste 100, Room D<br>Section 3A, 6A | -RST agreements folder<br>-investor questionnaire folder |
| Box 5<br>Redwood, Ste 100, Room F<br>Section 6, 7, 8, 9, 10, 11A | -2015 bank statements<br>-1099K folder – 2015 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     GOV_MOI_001082

Stack 7 (top to bottom)

Box 1
Redwood, Ste 100, Room B            -PUFC docs, donation info, mail room
Section 7, 7A, 7B, 7C               letters

Box 2
Redwood, Ste 100, Room F            -PUFC Citi statements - 2012, 2014
Section 11C                         -AMI 2014 binder
                                    -RAP 2015 binder

Box 3
Redwood, Ste 100, Room E            -Canna. Oral Thin Film LLC
Section 1A, 1B, 5A, 5B, 5C,         -merchant services docs folder
5D                                  -PUFC statements
                                    -Redwood payroll
                                    -inventory log folder
                                    -chargeback folder

Box 4
Redwood, Ste 100, Room A,
Section 5, 5A, 5B, 6, 7, 7A,        -approx. 7 plastic bags with PUFC donation
7B                                  checks, money orders
Room B, Section 1 and 2             -Redwood catalog/binder

(4) white boxes on floor in front of brick wall stacks of boxes labeled as -
Hard Drives, Ste 100, Room E, Drawer 1B

**Against Brick Wall**

Stacks from Right Side
to Left Side

"Do Not Destroy Per Danielle       -716 Valparaiso docs
1/16"                              -insurance
                                   -escrow docs
                                   (most appear pre-2014)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                GOV_MOI_001083

"RAP 2015"                          -folder labeled "IRS" with "Edward Thomas
                                    Ministries" – 2012
                                    -Carol's Secret Garden
                                    1525 W. 13th #G, Upland, CA 91786
                                    (909) 946-0333
                                    -Citi 1368
                                    -folder labeled – donations for Lights On
                                    -HSBC and JPMC
                                    -handyman and pest control

Third box
(no label/writing)                  -"Focus Your Faith" tabs
                                    -PUFC projects – folders

Bottom box
blue/white Staples                  -RST payroll 2015, etc.
box with RST mailing                -possible audit documents request list
label                               -cash disbursements ~2011-2016
                                    -account transactions
                                    -Canella


Stack 2


"Star Scientific vs. Cigirex       -binders 12-CV-7969 GW (Ex)
LLC"


Second box
red/white Office Depot              -Prolongz consumer complaints
box                                 -AG cases – folder; letters
                                    -Paul Lewis
                                    -Cash Your Gold – folder
                                    -wine license – folder
                                    -Veterans Affairs (dated 2009)
                                    re: TriEmerald
                                    Attn: Ms. Judy Warren
                                    re: VA lender ID 902029-00-00
                                    -Cash Your Gold
                        **          -some docs with/from Thaler Law

| | |
|---|---|
| Third box<br>red/white Office Depot<br>box | -Canella<br>-fixed asset info kiosk<br>-Citi 7471<br>-warehouse – customer refunds 2016<br>-employee files<br>-bank records |

Stack 3

| | |
|---|---|
| First box<br>"RST 2016 A/P" | -financial docs<br>-folders - Code Clouds, Bentley, 4DQ<br>-employee files<br>-TV Sales – IRS 2016<br>-City of Ontario<br>-VoiceGenix |
| Second box<br>red/white Office Depot<br>box | -Wellnex vs. KMG<br>-Feed the Children – binders<br>-Fast Forward Media<br>-First Choice Media<br>-Cigirex<br>(many/most appear to be pre-2014) |
| Third box<br>red/white Office Depot<br>box | -Jason Cardiff Bank of America settlements<br>(**possible info w/ Rhonda Jo Pearlman)<br>-DMS payroll 2010<br>-Hillard letter procedures<br>-PUFC 2014 payroll |
| Fourth box<br>"RAP 2015" with<br>(2) | -"Jasons Personals" labeled folder<br>-RAP 2013 taxes, bills<br>-TMobile; QBE Ins.<br>-Red Hill Country Club – labeled folder<br>-RAP July 2015 bills |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    GOV_MOI_001085

Fifth box
"Bishop Alex Pastor                  -Hillard / Bynum docs
Hillard New Light/Telecom            (appears most pre-2014)
Wellenex chargeback"


Stack 4

First box
Staples box                          -Valparaiso escrow papers
(no lid; red folders on top)         -Heckler vs. Cigirex
                                     -Cigirex; Wage Lock
                                     -BBB Folder with accreditation AMI, with
                                     stickers
                              **  -Thaler Law binder/folders

Second box
Staples box with                     -legal docs
"C6" post-it                         -Star Scientific vs. Cigirex
                                     -KMG Canada

Third box
"RAP & PUFC 2016"                    -2016 poss. lawsuit paperwork
                                     -poss. employee docs (has direct deposit
                                     docs, copies of DL, applications ~2015)
                                     -folders labeled misc.

Fourth box
red/white Office Depot               -binder/book – med./food/cosmetics
box with "C7" post-it                -NJ Cigirex
                                     -KMG taxes (pre-2014)
                                     -settlement Beal and KMG
                                     -RAP EDD

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                GOV_MOI_001086

Fifth box
Bottom box w/ stain on lid; red/white Office Depot box

** -Bisno/Mulvaney envelopes
-log-in info labeled folder
-Heckler vs. Cigirex
-GNC
-FDA/England
-TBX-Free draft label with notes
-Dalian - ingredients list
-terms and conditions – labeled folder
-customer service and chargebacks – labeled folder
** -TBX-Free info/UK with RJP edits
-USPTO labeled folder re: 2015 PUFC vs. PUFC
-InterMedia
-Cigirex lawsuit – summons
** -state bar re: RJP
** -RJP folders

Stack 5

First box
Staples box, no lid
(sheets w/ clear protect.)        -sample letters 2015

Second box
Ripped, no lid                    -Cigirex docs
"Cigirex 2015"

Third box
Ripped Staples box                -"Edward Thomas Ministries" red box
"Shred"                           binder
                                  -2014 PUFC
                                  -employee files
                                  -Cigirex binders
                                  -Prolongz binders

Fourth box
Office Depot box                  -Citi, BofA, AmEx - ~2015, 2016
(blue tabs; purple folders)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    GOV_MOI_001087

| Brown box on ground "C5" post-it | -AMI Media 2015<br>-"Trademark Abandonment" labeled folder re: Wage Lock<br>-terminated employees folders<br>-Cigirex related<br>-payroll 2015 |
|---|---|

### Second row from brick wall – computer row

| Brown box w/ red tape<br>"Ste 115 Room A<br>A1 Storage<br>Loose Hard Drives" | "drives" written on box |
|---|---|

White box
"Redwood, Ste 100
Laptops, iPads, Tablets"

### Right Side (when facing the brick wall)

Second stack closest
to brick wall

| "Ste 100 Room C Storage" (on top of clear boxes) | -external drive |
|---|---|

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
GOV_MOI_001088

First stack closest to
brick wall

Clear tub on top                         -2012/2013 RAP binders; Cigirex
                                         -AL copies for copyright 2014 PUFC

Clear tub 58Qt                           -Riley Aviation
                                         -pre-2014 docs
                                         -brown cardboard box inside with
                                         Redwood docs; merchant services; "Master
                                         Profit"
                                         -PUFC pre-2014

Clear tub                                -appears to be pre-2014 KMG, etc.

Second Stack

Clear tub
"Suite 118 Room B                        -Clover related docs
Section: 7A, 7B"                         -reimbursement docs; Sandy Westergren
                                         -PUFC letters/campaigns
                                         -letter pay sheets
                                         -Customs and Border Protection sheets
                                         -Proforma invoices – labeled folder

Clear tub with blue lid                  -Cash Your Gold and Word Network binders

Large tub                                -appears to be ministry related binders

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                  GOV_MOI_001089

Right side, tubs closest to
roll up door

Clear tub on left                    -UPS receipts
                                     -employee docs
                                     -employee schedule
                                     -BBB letters
                                     -binder w/ note containing social media
                                     info/sites; training binder
                                     -merchant service docs

Clear tub on right                   -appears to be pre-2014 docs

Second Row

Clear tub, top left                  -RST parcels
                                     -TBX binders
                                     -Cannabis related docs

Clear tub, top right                 -ministry related docs

Clear tub, bottom                    -appears to be pre-2014 ministry related
                                     Docs

Christine Reins-Jarin                        July 7, 2021
U.S. Postal Inspector                            Date

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                GOV_MOI_001090

