AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
SHEILA BERMAN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>            Defendant. | No. 5:23-CR-00021-JGB<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO SUPPRESS**<br><br>*[Filed concurrently with [Proposed] Order]* |

**UNOPPOSED *EX PARTE* APPLICATION FOR BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO SUPPRESS**

**I.   CONTACT INFORMATION FOR OPPOSING COUNSEL PURSUANT TO C.D. CAL LOCAL RULE 7-19**

Stephen R. Cochell
Admitted *Pro Hac Vice*
5850 San Felipe, Ste. 500
Houston, Texas 77057
713-436-8000
Email: srcochell@gmail.com

Allan Grant (SBN #213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
888-937-7555
Email: allan@grants-law.com

**II.   APPLICATION**

Plaintiff United States of America, by and through its counsel of record, the United States Department of Justice Civil Division Consumer Protection Branch and Trial Attorneys Manu J. Sebastian and Sheila Berman, and the United States Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz, hereby requests the Court enter an Order setting a briefing and hearing schedule on the Defendant's Motion to Dismiss (Dkt. # 106) and Motion to Suppress (Dkt. # 107), filed September 9, 2024.

Given the length and complexity of the motions, as well as the volume of exhibits attached, the parties have agreed to the following briefing and hearing schedule:

September 23, 2024 – Response Date for both motions

October 7, 2024 – Reply Date for both motions

October 21, 2024 – Hearing Date for both motions

The parties propose the above schedule as it provides sufficient time for the government to respond to the Motion to Dismiss (Dkt. #106) and the Motion to Suppress (Dkt. #107), and for the defendant to reply to the government's responses.

The government respectfully requests the Court enter an order setting the proposed briefing and hearing schedule.

Dated September 10, 2024                Respectfully submitted,


                                        AMANDA LISKAMM
                                        Director, Consumer Protection
                                        Branch


                                        E. MARTIN ESTRADA
                                        United States Attorney


                                            /s/
                                        MANU J. SEBASTIAN
                                        SHEILA BERMAN
                                        Trial Attorneys
                                        VALERIE MAKAREWICZ
                                        Assistant United States Attorney


                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA