AMANDA LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
SHEILA BERMAN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:   Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | No. 5:23-CR-00021-JGB<br><br>**(PROPOSED) ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO SUPPRESS** |

**FOR GOOD CAUSE SHOWN:** The Plaintiff's responses to Defendant's Motion to Dismiss and Motion to Suppress shall be filed by September 23, 2024, Defendant's replies shall be filed by October 7, 2024, and

hearing on the motions shall be scheduled for October 21, 2024, at 2:00 PM.

**IT IS SO ORDERED**

_____     _____
DATE                                HONORABLE JESUS G. BERNAL
                                    UNITED STATES DISTRICT JUDGE


Presented by:

       /s/
_____
MANU J. SEBASTIAN
SHEILA BERMAN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch

VALERIE MAKAREWICZ
Assistant United States Attorney

2