UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

          v.

JASON EDWARD THOMAS CARDIFF,

     Defendant.

No. 5:23-CR-00021-JGB

**ORDER SETTING BRIEFING AND HEARING
SCHEDULE ON DEFENDANT'S MOTION TO
DISMISS AND MOTION TO SUPPRESS**

    **FOR GOOD CAUSE SHOWN:** The Plaintiff's responses to Defendant's Motion to Dismiss and Motion to Suppress shall be filed by September 23, 2024, Defendant's replies shall be filed by October 7, 2024, and hearing on the motions shall be scheduled for October 21, 2024, at 2:00 PM.

    **IT IS SO ORDERED**

September 13, 2024
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE