AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
SHEILA B. BERMAN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | No. 5:23-CR-00021-JGB<br><br>**DECLARATION OF JEFFREY HEDRICK IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |
|---|---|

1

**DECLARATION OF USPIS POSTAL INSPECTOR JEFFREY HEDRICK**

I, USPIS Postal Inspector Jeffrey Hedrick, declare as follows:

1. I am a Postal Inspector with the United States Postal Inspection Service. I make this declaration in support of the government's Opposition to Jason Cardiff's Motion to Suppress Evidence.

2. On October 12, 2018, I assisted with the court-ordered immediate access to the offices of Redwood Scientific Technologies, Inc. ("Redwood"). The court's order stated that the court-appointed receiver was to, among other things, assume full control of the Receivership Entities by removing people associated with the Receivership Entity if needed and taking exclusive custody, control, and possession of Documents and Assets of the Receivership Entity, Jason Cardiff, and Eunjung Cardiff, as well as valuables such as jewelry belonging to Jason and Eunjung Cardiff. *See* Def. Supp. Mot. Ex. A-10. The order also stated that the court-appointed receiver was to take all steps necessary to secure and take exclusive custody of each location from which the Receivership Entities operated business. *Id.* The order permitted law enforcement personnel to assist the Receiver in implementing the provisions in order to keep the peace and maintain security. *Id.*

3. Prior to the immediate access, I met with other USPIS Postal Inspectors, representatives of Robb Evans & Associates, the court-appointed receiver ("Receiver"), employees of the FTC, and local law enforcement officers at the Upland Police Department to discuss the Receiver's role and law enforcement's role in the

2

1 | immediate access.

2 | 4. I was informed that Postal Inspectors and local police were
3 | only providing support for the Receiver and FTC and ensuring their
4 | safety during the immediate access.

5 | 5. The Receiver first made entry into the Redwood offices
6 | followed by the USPIS Postal Inspectors and the FTC employees.

7 | 6. USPIS Postal Inspectors were present in the various offices
8 | to provide security as the Receiver and FTC reviewed and collected
9 | documents. The Receiver also interviewed Redwood employees.

10 | 7. USPIS Postal Inspectors did not seize any material during
11 | the immediate access on October 12, 2018.

12 | 8. I declare under penalty of perjury under the laws of the
13 | United States of America that the foregoing is true and correct to
14 | the beset of my knowledge.

16 | Executed on this 13rd day of September 2024, in San Francisco,
17 | C.A.

_____
Jeffrey Hedrick, U.S. Postal Inspector

3