## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| USA<br><br><br>Plaintiff(s),<br><br>v.<br><br>JASON EDWARD THOMAS CARDIFF<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23–cr–00021–JGB<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN<br>FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __10/7/2024__

Document No.: __114__

Title of Document: __Reply Memorandum__

**ERROR(S) WITH DOCUMENT:**

Incorrect document is attached to the docket entry.

Other:

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _October 7, 2024_          By: __/s/ Trina DeBose  trina_debose@cacd.uscourts.gov__
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS