AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:   Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
| Plaintiff, | **GOVERNMENT'S NOTICE OF ADDITIONAL EXHIBIT** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | Date:      October 21, 2024<br>Time:      2:00 p.m.<br>Courtroom: 1 |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Department of Justice Civil Division Consumer Protection Branch and Trial Attorney Manu J. Sebastian and the United States Attorney for the Central District of California and Assistant United States Attorney Valerie L. Makarewicz, hereby

1

submits this Notice of Additional Exhibit.

On October 11, 2024, Defendant filed a supplement to the Notice of Motion and Motion to Suppress attaching an order from the Ninth Circuit remanding a decision to the District Court regarding a July 7, 2020 injunction related to Defendant's company known as VPL Medical Inc. To provide the Court context, the Government is submitting the subsequent order from the District Court. The Government is prepared to discuss these exhibits during the hearing on October 21, 2024.

Dated: October 16, 2024                Respectfully submitted,


                                       AMANDA N. LISKAMM
                                       Director
                                       Consumer Protection Branch

                                       E. MARTIN ESTRADA
                                       United States Attorney


                                       ____/s/_____
                                       MANU J. SEBASTIAN
                                       Trial Attorney
                                       VALERIE MAKAREWICZ
                                       Assistant United States Attorney


                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA