AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>      Defendant. | No. 5:23-CR-00021-JGB<br><br>**OPPOSITION TO JASON CARDIFF'S EX PARTE APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT** |

Plaintiff United States of America, by and through its counsel of record, the Consumer Protection Branch of the Department of Justice and Trial Attorney Manu J. Sebastian, and the United States Attorney for the Central District of California and Assistant United

States Attorney Valerie L. Makarewicz, oppose the *ex parte* application for an order permitting international travel and return of defendant's passport made by defendant, Jason Edward Thomas Cardiff, for the same reasons as identified in its previous oppositions. [Dkt. # 89-90, 104].

In addition, after the Court indicated at the hearing on October 21, 2024, that it was inclined to deny Defendant's Motion to Suppress and Motion to Dismiss Count 2, defendant now faces the reality that he will be incarcerated for a mandatory minimum of two years if convicted of aggravated identity theft in addition to his prison sentence for the other crimes charged in the Indictment. Importantly, Defendant's risk of flight has increased as the parties prepare for the upcoming trial. Moreover, the defendant's recent statements in both his motions and his declarations further illustrate that he has not been truthful to the Court. Accordingly, the government requests the Court deny the defendant's *ex parte* application for an order permitting international travel and return of defendant's passport.

Dated: October 24, 2024                Respectfully submitted,

                                                  AMANDA N. LISKAMM
Director
Consumer Protection Branch

E. MARTIN ESTRADA
United States Attorney

      /s/
_____
MANU J. SEBASTIAN
Trial Attorney
VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for Plaintiff
United States of America