cc: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT (DKT. NO. 122)** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** That Jason Cardiff shall be permitted to travel to Ireland for fourteen nights. He shall return to Texas no later than fourteen nights after he leaves the United States.

**IT IS FURTHER ORDERED** that Jason Cardiff's passport shall be returned to him before his flight. Once he returns to the United States, he shall immediately return the passport to the United States Probation and Pretrial Services Office.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted only while he is traveling.

**IT IS FURTHER ORDERED** that Jason Cardiff's travel itinerary shall be approved by United States Probation Officer Jack Sherrod prior to his travel. Jason Cardiff shall remain in contact with and provide his location to Officer Sherrod while he is outside the United States.

**IT IS SO ORDERED.**

Dated: October 29, 2024

Honorable Jesus G. Bernal
United States District Judge