AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | No. 5:23-CR-00021-JGB<br><br>**OPPOSITION TO JASON CARDIFF'S EX PARTE APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT** |

    Plaintiff United States of America, by and through its counsel of record, the Consumer Protection Branch of the Department of Justice and Trial Attorney Manu J. Sebastian, and the United States Attorney for the Central District of California and Assistant United

States Attorney Valerie L. Makarewicz, oppose the *ex parte* application for an order extending international travel and return of defendant's passport made by defendant, Jason Edward Thomas Cardiff, for the same reasons as identified in its previous oppositions. [Dkt. # 33, 89-90, 104, and 123].

In addition, defendant's new claim that a medical professional has prohibited his travel back to the United States should not be trusted without substantiation. Defendant has repeatedly misquoted sources and transcripts throughout his filings and declarations and has made a number of dishonest statements to the Court. Defendant neglects to provide any evidence from an actual medical professional. Defendant also requests that the Court allow him to remove his electronic monitoring device during his extended stay in Ireland. Defendant previously attempted to have his electronic monitoring device removed, which this Court denied. Law enforcement will not be able to locate the defendant without the electronic monitoring device if he fails to return to the United States. Thirty days without monitoring gives the defendant ample time to flee to a country that will not extradite him and provides him enough time to obscure his trail so that law enforcement cannot find him.

Accordingly, the government requests the Court deny the defendant's *ex parte* application for an order extending international travel and return of defendant's passport.

```
Dated: November 15, 2024          Respectfully submitted,

                                  AMANDA N. LISKAMM
                                  Director
                                  Consumer Protection Branch

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                         /s/
                                  _____
                                  MANU J. SEBASTIAN
                                  Trial Attorney
                                  VALERIE L. MAKAREWICZ
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  United States of America
```

3