## [EXTERNAL] RE: Cardiff Filing

**From** Cathleen Torres Vasquez <Cathleen_TorresVasquez@cacp.uscourts.gov>
**Date** Mon 11/18/2024 10:41 AM
**To** Makarewicz, Valerie (USACAC) <VMakarewicz@usa.doj.gov>
**Cc** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>

Hello,

PSA would defer to the Court. I will note, it will increase the difficulty to supervise him in a different country should his travel extension and LM removal be approved. The ankle monitor would not be installed until he returns. PSA will defer to the Court's decision in this matter.

Thanks,



CATHLEEN TORRES VASQUEZ
U.S. PROBATION AND PRETRIAL SERVICES OFFICER
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL PROBATION OFFICE
300 North Los Angeles Street, Suite 1300
Los Angeles, CA 90012-3308
Office: (213) 894-3153   Mobile: (213) 610-6739   Fax: (213) 894-0231
Email: Cathleen_TorresVasquez@cacp.uscourts.gov

---

**From:** Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov>
**Sent:** Friday, November 15, 2024 1:57 PM
**To:** Cathleen Torres Vasquez <Cathleen_TorresVasquez@cacp.uscourts.gov>
**Cc:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Subject:** Cardiff Filing

**CAUTION - EXTERNAL:**

Hi Cathleen, I'm co-counsel on the Cardiff matter.  Attached is the pleadings regarding defendant Cardiff's request for an extension of time abroad and the removal of his monitoring device.  On page 3 of his application, defendant writes:
United States Probation Officer Jack Sherrod was contacted on November 11, 2024. *In response to a request by Mr. Cardiff, Mr. Sherrod stated: "Hello Jason, I will have to defer to California on this one. A 30 day extension is a long time. I don't have a reason to oppose, so that's what I will tell them. Removing the tracker poses a big problem. I understand the need its just that you will not be tracked until you come back and have it installed. The court would definitely need to address this issue."*

Would you like us to inform the Court that you need some time to review and give Probation's views on defendant's request?
Thank you, VLM


Valerie Makarewicz

Assistant United States Attorney

1100 U.S Courthouse

312 North Spring Street
Los Angeles, California 90012

Tel: (213) 894-0756

E-mail:valerie.makarewicz@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.