

66 Merrion Road
Ballsbridge, Dublin 4
OPEN Mon-Fri 8:00 - 17:00

>Find us on the map
>Make an appointment

For appointments call 01 66 00 236

| Home | Services | About us | Appointments | Information | Fees | Location | Contact us |

# About us

You are here:  Home » About us

We are a friendly GP surgery in Ballsbridge. The practice is located at 66 Merrion Road, opposite the InterContinental Hotel (formerly Four Seasons Hotel) and is eight houses from the Sandymount Avenue/Merrion Road intersection, heading towards the city. For driving directions and map visit our location page.



**Dr. Maura Stafford**
*MB BCH MRCOG MRCGP H. Dip Dermatology*

Dr Maura Stafford set up the practice in 1994. She qualified from the Royal College of Surgeons in Ireland and did further training in London. She holds both the memberships of the Royal College of Obstetricians and Gynaecology and the Royal College of General Practitioners.

She also has a higher diploma in Dermatology (skin disorders). She has a special interest in women's health, skin diseases and minor surgery. She also has wide paediatric experience.

## About

Ballsbridge Medical Centre is a GP surgery located on Merrion Road in Ballsbridge Dublin 4. Dr. Maura Stafford provides a full range of medical services including well person checkups, child health, ear syringing and blood tests. To make an appointment with our doctor in Dublin 4 please call 01 66 00 236 or complete our online form here. We are open Monday to Friday from 8:30am to 5:30pm

## Quick Navigation

 Home
 Services
 About us
 Appointments
 Information
 Fees
 Location
 Contact us

## Search our website

Search