# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>JASON EDWARD THOMAS CARDIFF<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23–cr–00021–JGB<br><br>NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __11/15/2024__

Document No.:  __127__

Title of Document:  __Brief Reply__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Reply (motion related)

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 18, 2024         By: _/s/ Trina DeBose_ trina_debose@cacd.uscourts.gov_
                                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS