Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JASON EDWARD THOMAS CARDIFF,  Defendant. | Case No. 5:23-cr-00021-JGB  **JASON CARDIFF'S SUPPLEMENTAL REPLY IN SUPPORT OF JASON CARDIFF'S MOTION TO EXTEND INTERNATIONAL TRAVEL AND GOVERNMENT'S STATUS REPORT** |

COCHELL
LAW FIRM

JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN EXTENSION TO ORDER EXTENDING
INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

# JASON CARDIFF'S STATUS REPORT OR RESPONSE TO GOVERNMENT'S STATUS REPORT

The Government's Status Report is actually a response to Defendant's clarification to the Court that, under the Order (Dkt. 123), Mr. Cardiff is set to return to the United States on November 20, 2024.[1]

The Government ignores the fact that Mr. Cardiff was referred by his cardiologist, Dr. Hazel Byme, to get medical testing.

More to the point, the Government points out that Dr. Stafford is a Ob-Gyn physician but fails to mention that she is also certified as a member of the Royal College of General Practitioners and is more than qualified to refer Mr. Cardiff to the Spirometry Clinic, which addresses lung function. The deliberate failure to point out the complete qualifications of the physicians appears to be a calculated half-truth.

Counsel is not a doctor, but understands that people with cardiology problems often have problems with lung function at the same time. Counsel has represented, as an officer of the Court, that counsel has reviewed medical records supporting the representations made to the Court.

Ultimately, this is about Mr. Cardiff's health and safety when it comes to travel. Given Mr. Cardiff's scrupulous compliance with pretrial conditions, it is respectfully submitted that the Court should be allowed to get needed medical testing and treatment grant the request to assure that Mr. Cardiff does not sustain a serious health problem on his return to the United States.[2] Counsel will file an appropriate motion

---

[1] There is no option in CM/ECF to file a response to the Government's Status Report. In an effort to comply with ECF/CM filing options, counsel submits this supplemental response to the Government's Opposition to Defendant's Motion to Extend International Travel.

[2] On one hand, the Government insisted on electronic monitoring, but on the other hand, did not know that electronic monitoring does not work overseas. Regardless, Mr. Cardiff fully intends to return to defend this case.

2

JASON CARDIFF'S *REPLY IN SUPPORT OF EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT

to seal of the medical records at issue to eliminate all doubt that qualified physicians have reached an opinion that Mr. Cardiff is "unfit to fly" and will do later this afternoon.³

Dated: November 18, 2024

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

## SERVICE LIST

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada
United States Attorney
Mack E. Jenkins
Assistant United States Attorney Chief, Criminal Division Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring
Street Los Angeles,
CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001

---

³ Counsel also notes that bond was posted by Lilia Murphy in the amount of $500,000 with her home as collateral.

3

Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
Brianna.M.Gardner@usdoj.gov

*/S/ Stephen R. Cochell*
Stephen R. Cochell