Stephen R. Cochell
Admitted Pro Hac Vice
srcochell@gmail.com
5850 San Felipe, Suite 500
Houston, Texas 77057

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-cr-00021-jgb |
| v. | |
| Jason Edward Thomas Cardiff | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Dr. Byrne Referral & Medical Records
Dr. Stafford Referral & Medical Records

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| 11/19/2024 | Stephen R. Cochell |
|---|---|
| Date | Attorney Name |
| | Jason Edward Thomas Cardiff |
| | Party Represented |

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).