UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JASON CARDIFF'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS 3 AND 4 OF THE INDICTMENT** |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY GRANTS IN ITS ENTIRETY Jason Edward Thomas Cardiff's Motion to Dismiss Counts 3 and 4 of the Indictment;

IT IS THEREFORE ORDERED THAT Counts 3 and 4 of the Indictment are hereby Dismissed with Prejudice.

Dated: _____

_____
Hon. Jesus G. Bernal
United States District Judge