UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S MOTION TO DISMISS INDICTMENT BASED ON DOUBLE JEOPARDY** |

　　GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY GRANTS IN ITS ENTIRETY Jason Edward Thomas Cardiff's Motion to Dismiss the Indictment Based on Double Jeopardy;

　　IT IS THEREFORE ORDERED THAT the Indictment is and shall be Dismissed with Prejudice.

Dated: _____

_____
　Hon. Jesus G. Bernal
　United States District Judge