Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COUNTS 3 AND 4 OF THE INDICTMENT**<br><br>Hearing Date: December 30, 2024<br>Courtroom: 1<br>Time:  2:00 p.m. |

COCHELL LAW FIRM

1

JASON CARDIFF'S AMENDED NOTICE OF HEARING ON JASON CARDIFF'S MOTION AND MEMORANDUM TO DISMISS COUNTS 3 AND 4 OF THE INDICTMENT

1
2   PLEASE TAKE NOTICE that on December 30, 2024 at 2:00 p.m. in the
3 courtroom of the Honorable Jesus G. Bernal, United States District Judge, Defendant
4 Jason Cardiff, by and through his attorneys of record, Stephen R. Cochell and Allan
5 Grant hereby move this Honorable Court for an order dismissing Counts 3 and 4 of
6 the Indictment.  If required, Cardiff requests an evidentiary hearing to further develop
7 the record in support of this Motion.

8   This Corrected Notice of Hearring refers to the Memorandum of Points and
9 Authorities (Dkt. 135); the Declaration of Stephen R. Cochell (Dkt. 135-1)
10 Declaration of Jason Cardiff (Dkt. 135-2), all files and records in this case, and any
11 further evidence as may be adduced at the hearing on this Motion.

12   This Corrected Notice of Motion and Memorandum in Support of Motion to
13 Dismiss Counts 3 and 4 of the Indictment is made following the conference of
14 counsel pursuant to L.R. 7-3, which took place December 2, 2024 when counsel for
15 the Government indicated that the Government opposes this Motion.

16
17                                         Respectfully submitted,
18
19   */s/ Stephen R. Cochell*
     Stephen R. Cochell
20   SBN: 24044255
     The Cochell Law Firm, P.C.
21   5850 San Felipe, Ste 500
     Houston, Texas 77057
22   (346) 800-3500 – Telephone
     srcochell@gmail.com
23
24
25
26
27
28

## **SERVICE LIST**

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada United
States Attorney Mack E.
Jenkins
Assistant United States Attorney Chief, Criminal Division
Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division
Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
          Brianna.M.Gardner@usdoj.gov

*/S/ Stephen R. Cochell*
Stephen R. Cochell

JASON CARDIFF'S AMENDED NOTICE OF MOTION AND *MEMORANDUM IN SUPPORT MOTION TO DISMISS COUNTS 3 AND 4 OF THE INDICMENT*