| | |
|---|---|
| **From:** | Stephen G. Larson |
| **To:** | Makarewicz, Valerie (USACAC) |
| **Cc:** | Sebastian, Manu J.; Gardner, Brianna M.; Jonathan D. Gershon; Hilary Potashner |
| **Subject:** | [EXTERNAL] RE: Cardiff Protective Order Stipulation |
| **Date:** | Saturday, December 9, 2023 2:55:15 PM |
| **Attachments:** | image388549.png |
| | Cardiff PII Protective Stip.docx |

I think we will need to revise this protective order based on the circumstances of defendant's pretrial release. As you know, Jason is essentially in the custody of his personal attorney, Steven Cochell, and living in Texas under pretrial supervision and the other conditions imposed by the court. We will need to be able to have him review the discovery in Texas – it is simply not practical to transport Jason from Texas to our offices in California every time we need to review discovery with him. I suggest we make it clear that Mr. Cochell is part of the defense team (even though he is not formally engaged in that capacity), that we can send Mr. Cochell the discovery, and that Jason can review the discovery under Mr. Cochell's supervision in Texas. Does that work for the government?

Also, I may be mistaken, but I don't think I've seen a response regarding the government's position on this case being related to the FTC matter with Judge Gee. Please advise at your earliest convenience.

Finally, please copy my colleagues Jonathan Gershon and Hilary Potashner on all correspondence related to this matter.

Thanks,
Stephen

### Stephen G. Larson

Partner

**P** 213.436.4864  **C** 909.285.5632
**F** 213.623.2000
slarson@larsonllp.com
555 South Flower Street, 30th Floor
Los Angeles, CA 90071

larsonllp.com

# LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov>
**Sent:** Monday, December 4, 2023 10:56 AM
**To:** Stephen G. Larson <slarson@larsonllp.com>
**Cc:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>; Gardner, Brianna M.

&lt;Brianna.M.Gardner@usdoj.gov&gt;

**Subject:** Cardiff Protective Order Stipulation

Hi Stephen,

Attached is a draft stipulation for a protective order for PII for you to review, thank you,

VLM

Valerie Makarewicz

Assistant United States Attorney

1100 U.S Courthouse

312 North Spring Street

Los Angeles, California 90012

Tel: (213) 894-0756

E-mail:valerie.makarewicz@usdoj.gov