

**U.S. Department of Justice**
*Consumer Protection Branch*

| **Manu J. Sebastian** | **Overnight Delivery Address** | **Mailing Address** |
|---|---|---|
| Phone:    202-514-0515 | 450 5th St NW, Suite 6400 | P.O. Box 386 |
| Fax:         202-514-8742 | Washington, DC 20001 | Washington, DC  20044 |

December 27, 2023

<u>VIA FEDEX</u>

Jonathan D. Gershon
Larson LLP
555 South Flower Street
30th Floor
Los Angeles, CA 90071

      Re:    *United States v. Jason Edward Thomas Cardiff,*
                 <u>5:23-cr-00021-BERNAL (C.D. Cal)</u>

Dear Counsel:

      Enclosed please find the government's first discovery production in the above-captioned matter. The enclosed production is provided on a hard drive. The password to access the drive will be emailed to you separately. As discussed, there are more than seven million documents in the government's possession, and we are working to produce all relevant materials as expeditiously as possible. However, it is worth noting that the defendant may already be in possession of a significant number of these documents.

      The first production contains approximately 118,600 documents. Within this first production, we have produced 152 "notable documents" – that is to say, certain documents that the government would likely rely upon in its case in chief at trial. We are also producing agent-generated materials, grand jury subpoena returns, search warrant materials, and documents received from Redwood's former customer relationship management (CRM) system, Sticky.io f/k/a Limelight. For your convenience, the documents in Production 1 are produced both in load-ready format, as searchable PDFs, and in some cases, in native format. Pursuant to the stipulated protective agreement regarding the proposed protective order, the government is identifying all of these documents as CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER. In addition, per our communications, in the interest of cooperation, we are providing these documents prior to the Court entering the protective order with the understanding that these documents will be treated as if the protective order were already in place.

Below, please find an overview of the documents contained in Production 1:

- "Notable Documents." Documents that the Government will likely rely upon in its case in chief. The majority of these documents come from the FTC's Lighthouse database, and a small number come from the Receiver's Google Drive production and the Sticky.io production.

- Agent-Generated Materials. This production contains the memoranda of interviews (MOIs), Memoranda to File (MTFs), and Memoranda of Activity (MOA) generated during the investigation of this matter. The Bates prefix for this set of materials begins with "GOV_MOI." These 64 documents are not in load-ready format but are in pdf format.

- Subpoena Returns. Grand Jury subpoena returns produced during the course of the Government's investigation. The subpoena returns contain bank information related to your client and his business operations, payment processor data and correspondence, and information related to the operation of Redwood Scientific Technologies, Inc.

- Sticky.io (f/k/a Limelight) information. Sticky.io was Redwood's customer relationship management (CRM) system software throughout the period in question.

- Google search warrant return. Information from Jason Cardiff's YouTube account.

- An imaged copy of Danielle Walker's (a/k/a Danielle Cadiz) Redwood laptop.

An index detailing the bate stamp ranges for each document set will be attached to this letter.

Please note that the Government also maintains a copy of the docket in the FTC's civil case against your client, *FTC v. Jason Cardiff*, 18-cv-02104-DMG. As this docket involves your client and is also available to the public, we will not include it in our discovery productions. However, if you would like us to provide you with a copy of the docket, please let us know.

To the extent that the enclosed materials and any future discovery provided to you exceeds the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law, such materials are provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

*United States v. Cardiff*
Page **3** of **3**

  With this letter the government also requests all reciprocal discovery to which it is entitled under Rule 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The government also requests pursuant to Rules 12.1, 12.2, and 12.3 all notice of intention of your clients to rely on an entrapment defense, a defense involving mental condition or duress, an alibi defense, or a public-authority defense.

                Respectfully,

                */s/ Manu J. Sebastian*

                Manu J. Sebastian
                Trial Attorney

**Production 1 Index**

| BEG BATES | END BATES | DESCRIPTION |
|---|---|---|
| GOV_MOI_000001 | G0V_MOI_001076 | Agent Materials (USPIS MOIs, MTFs, etc.) |
| GOV001_00000001 | GOV001_00000335 | Notable Documents (Lighthouse and Receiver) |
| GOV001_00025445 | GOV001_00025452 | Notable Documents (Sticky.io production) |
| GOV001_00025919 | GOV001_00025924 | Notable Documents (Sticky.io production) |
| GOV001_00000336 | GOV001_00000753 | Sticky.io (f/k/a Limelight) Documents |
| GOV001_00000754 | GOV001_00001875 | Discover (Subpoena Return) |
| GOV001_00001876 | GOV001_00001977 | First City Credit Union (Subpoena Return) |
| GOV001_00001978 | GOV001_00002046 | East-West Bank (Subpoena Return) |
| GOV001_00002047 | GOV001_00002226 | Bank of America (Subpoena Return) |
| GOV001_00002227 | GOV001_00010271 | Clear Trust (Subpoena Return) |
| GOV001_00010272 | GOV001_00010272 | Coin Base (Subpoena Return) |
| GOV001_00010273 | GOV001_00010771 | TD Ameritrade (Subpoena Return) |
| GOV001_00010772 | GOV001_00011060 | Meadows Bank (Subpoena Return) |
| GOV001_00011061 | GOV001_00012651 | JP Morgan Chase (Subpoena Return) |
| GOV001_00012652 | GOV001_00013691 | Payday Workforce Solutions (Subpoena Return) |
| GOV001_00013692 | GOV001_00013722 | Vantiv (FIS) (Subpoena Return) |
| GOV001_00013723 | GOV001_00014340 | Paychex (Subpoena Return) |
| GOV001_00014341 | GOV001_00021171 | American Express (Subpoena Return) |
| GOV001_00021172 | GOV001_00021935 | Answering Specialists (Subpoena Return) |
| GOV001_00021936 | GOV001_00021938 | FreeVoice (Subpoena Return) |
| GOV001_00021939 | GOV001_00022492 | UPIC Insurance Services (Subpoena Return) |
| GOV001_00022493 | GOV001_00022618 | Sticky.io (f/k/a Limelight) Documents |
| GOV001_00022619 | GOV001_00025282 | Answer Connect (Subpoena Return) |
| GOV001_00025283 | GOV001_00026148 | Sticky.io (f/k/a Limelight) Documents |
| GOV001_00026149 | GOV001_00027218 | Answer Connect (Subpoena Return) |
| GOV001_00027219 | GOV001_00029792 | EMC2 Billing (Subpoena Return) |
| GOV001_00029793 | GOV001_00029884 | Google (Subpoena Return) |
| GOV001_00029885 | GOV001_00029927 | Stamps.com (Subpoena Return) |
| GOV001_00029928 | GOV001_00030109 | JP Morgan Chase (Subpoena Return) |
| GOV001_00030110 | G0V001_00030182 | Google Search Warrant Return |
| GOV001_00030183 | G0V001_00030683 | Sticky.io (f/k/a Limelight) Documents |
| GOV001_00030684 | GOV001_00031187 | Grand Valley (Subpoena Return) |
| GOV001_00031188 | GOV001_00275824 | Danielle Walker (a/k/a Danielle Cadiz) Laptop |
| GOV001_00275825 | GOV001_00275971 | Chino Commercial Bank (Subpoena Return) |
| GOV001_00275972 | GOV001_00276413 | Mountain Grove Office Park (Subpoena Return) |
| GOV001_00276414 | GOV001_00276655 | Elavon (Subpoena Return) |
| GOV001_00276656 | GOV001_00276747 | JP Morgan Chase (Subpoena Return) |