UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES—GENERAL

| Case No. | EDCR 23-0021 JGB | Date | October 21, 2024 |
|---|---|---|---|

| Title | *United States v. Jason Edward Thomas Cardiff* |
|---|---|

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Valerie L. Makarewicz, AUSA<br>Manu J. Sebastian, AUSA | Stephen R. Cochell |

**Proceedings:**   MOTION TO DISMISS (Dkt. No. 106)
                  MOTION TO SUPPRESS (Dkt. No. 107)

The Court heard argument on the above-entitled motions. The Court issued oral tentative rulings denying the motions. A written ruling on the motions will follow.