# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**COURT USE ONLY**
**DUE DATE:** _____

**1a. Contact Person for this Order:** Stephen Cochell
**2a. Contact Phone Number:** (713) 306-8434
**3a. Contact E-mail Address:** srcochell@gmail.com

**1b. Attorney Name (if different):** Cochell Law Firm, P.C.
**2b. Attorney Phone Number:** Same
**3b. Attorney E-mail Address:** Same

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
5850 San Felipe, Ste 500
Houston, Texas 77057

**5. Name & Role of Party Represented:** Jason Cardiff
**6. Case Name:** U.S.A. v Jason Cardiff
**7a. District Court Case Number:** 5:18-cr-00021
**7b. Appeals Court Case Number:** _____

**8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):**
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Phyllis Preston

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☐ Non-Appeal  ☒ Criminal  ☐ Civil  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

### a. HEARING(S) OR PORTIONS OF HEARINGS

| HEARING DATE | Minute Order Docket# | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/24 | 142 | Bernal | Motion to Dismiss / Motion to Suppress | ☒ | ○ | ○ | ○ | ○ | ○ | ○ | 7-Day |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** 12/6/24    **Signature:** [signed]

G-120 (06/18)