# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Corrected TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
DUE DATE: _____

| 1a. Contact Person for this Order | Stephen Cochell | 2a. Contact Phone Number | (713)306-8434 | 3a. Contact E-mail Address | srcochell@gmail.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Cochell Law Firm, P.C. | 2b. Attorney Phone Number | Same | 3b. Attorney E-mail Address | Same |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
5850 San Felipe, Ste 500
Houston, Texas 77057

| 5. Name & Role of Party Represented | Jason Cardiff |
|---|---|
| 6. Case Name | U.S.A. v Jason Cardiff |
| 7a. District Court Case Number | 5:18-cr-00021 |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Phyllis Preston

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal   ☐ Non-Appeal   ☒ Criminal   ☐ Civil   ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov).

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/24 | 142 | Bernal | Motion to Dismiss/Motion to Suppress | ☒ | ○ | ○ | ○ | ○ | ○ | ☒ | 7-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 12/6/24   Signature: /s/ Stephen Cochell

G-120 (06/18)