Stephen R. Cochell
srcochell@gmail.com
5850 San Felipe, Ste 500
Houston Texas 77057
(713)800-3500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-00021-JGB |
| v. | |
| Jason Edward Thomas Cardiff | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Letter from Dr. M.S. dated December 12, 2024
Report of Findings from Dr. K.M. dated December 4, 2024

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 13, 2024
Date

Stephen R. Cochell
Attorney Name

Jason cardiff
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                                 NOTICE OF MANUAL FILING OR LODGING