AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | No. 5:23-CR-00021-JGB<br><br>**OPPOSITION TO JASON CARDIFF'S EX PARTE APPLICATION FOR A SECOND ORDER EXTENDING INTERNATIONAL TRAVEL** |

Plaintiff United States of America, by and through its counsel of record, the Consumer Protection Branch of the United States Department of Justice and Trial Attorney Manu J. Sebastian, and the United States Attorney for the Central District of California and

Assistant United States Attorney Valerie L. Makarewicz, oppose the *ex parte* application for an order extending international travel and return of defendant's passport made by defendant, Jason Edward Thomas Cardiff, for the same reasons as identified in its previous oppositions. [Dkt. # 33, 89-90, 104, 123, 126, and 129].

The government also questions the legitimacy of the medical records provided to the Court as Attorney Cochell filed it without providing the government with an opportunity to review the records or verify their authenticity.

Accordingly, the government requests the Court verify the authenticity of the medical documentation and deny the defendant's *ex parte* application for a second order extending international travel.

Dated: December 16, 2024            Respectfully submitted,

                                          AMANDA N. LISKAMM
                                          Director
                                          Consumer Protection Branch

                                          E. MARTIN ESTRADA
                                          United States Attorney

                                          _____/s/_____
                                          MANU J. SEBASTIAN
                                          Trial Attorney
                                          VALERIE L. MAKAREWICZ
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          United States of America