cc: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT**<br><br>NOTE CHANGES MADE BY THE COURT |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** That Jason Cardiff shall be permitted to extend his travel to Ireland for thirty days for purposes of medical testing, evaluation, and treatment. He shall return to Texas no later than January 19, 2024.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted only while he is traveling.

**IT IS FURTHER ORDERED** that Jason Cardiff may remove his monitor while undergoing medical testing, evaluation, and treatment, and shall bear the cost of replacing it upon his return to the United States.

**IT IS FURTHER ORDERED** that Jason Cardiff shall file, on or before **January 3, 2025**, a waiver of personal presence in regards to the January 13, 2025 hearing on the pending motions to dismiss (Dkt. Nos. 134-37), and is permitted to attend the January 13, 2025 hearing virtually.

**IT IS FURTHER ORDERED** that once he returns to the United States, Jason Cardiff shall immediately return the passport to the United States Probation and Pretrial Services Office which shall reinstate and reset his electronic monitoring.

**IT IS FURTHER ORDERED** that Jason Cardiff's new travel itinerary shall be approved by United States Probation Officer Ryan McClellan prior to his return to the United States. Jason Cardiff shall remain in contact with and provide his location to Officer McClellan every other day via video call while he is outside the United States.

Absent extenuating circumstances, Defendant is warned that the Court is unlikely to grant future requests to travel or extend travel.

**IT IS SO ORDERED.**

Dated: December 20, 2024

Honorable Jesus G. Bernal
United States District Judge

2