Message

| | |
|---|---|
| **From**: | Jason Cardiff [/O=OEXCH027/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JASON@OFFICEMGT] |
| **Sent**: | 4/30/2018 6:38:55 PM |
| **To**: | gus@redwoodscientific.co; Danielle Walker [danielle@redwoodscientific.co] |
| **BCC**: | Jason Cardiff [jason@redwoodsci.com] |
| **Subject**: | Fwd: Email exports |
| **Attachments**: | image001.jpg; image001.jpg |

We are in the drivers seat let's keep it that way

*Jason Cardiff*
**President and Chief Executive Officer**
*Additional contacts Personal Assistant Sahvanah Beagle: 909-217-5973*
**Redwood Scientific Technologies**
www.RedwoodSci.com
 250 W. First Street. Suite 310
Claremont, CA 91711
Office: 310-693-5401

**Click the Red Wood Logo below to enjoy our Documentary " The End of the Pill "**

**PRIVILEGED AND CONFIDENTIAL**
The information and any accompanying documents is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this communication is not the intended recipient or the employee or agent responsible to deliver the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying or use of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately by email and delete it from

your computer system, destroy the original communication and its attachments without reading them or saving them to disk or otherwise. Thank you.

Begin forwarded message:

**From:** Camille Zhou <CZhou@lighthouseglobal.com>
**Date:** April 30, 2018 at 2:23:20 PM EDT
**To:** Gus Navarro <gus@redwoodscientific.co>
**Cc:** Amber Landmeier <ALandmeier@lighthouseglobal.com>, Kris Taylor <KTaylor@lighthouseglobal.com>, "tgreen@greenassoc.com" <tgreen@greenassoc.com>, Lars Schou <LSchou@lighthouseglobal.com>, "jason@redwoodsci.com" <jason@redwoodsci.com>, Pooja Lalwani <PLalwani@lighthouseglobal.com>, Michael Recker <MRecker@lighthouseglobal.com>
**Subject: RE: Email exports**

Gus,

It looks like there was another delivery exception for these drives today, due to the business being closed. Please note that FedEx left a door tag on Suite 100 for the drives.

Here is the FedEx tracking number again, for reference: 772094790032

Also, at the time of copying data to the drives, is it possible to folder the GMail and GDoc/GDrive data separate from the other data? This would greatly assist us with our processing.

Thank you,
Camille

_____

**Camille Zhou, J.D.**
Associate Project Manager
**Lighthouse**
415.321.8207 | Direct
465 California Street, Suite 1400 | San Francisco, CA  94104
Web • LinkedIn • Blog • Twitter

---

**From:** Camille Zhou
**Sent:** Friday, April 27, 2018 6:10 PM
**To:** 'Gus Navarro' <gus@redwoodscientific.co>
**Cc:** Amber Landmeier <ALandmeier@lighthouseglobal.com>; Kris Taylor <KTaylor@lighthouseglobal.com>; tgreen@greenassoc.com; Lars Schou <LSchou@lighthouseglobal.com>; jason@redwoodsci.com; Pooja Lalwani <PLalwani@lighthouseglobal.com>; Michael Recker <MRecker@lighthouseglobal.com>
**Subject:** RE: Email exports

Gus,

Thank you for the update. We will keep an eye out for these drives on Tuesday.

Best,
Camille

_____

**Camille Zhou, J.D.**
Associate Project Manager
**Lighthouse**
415.321.8207 | Direct
465 California Street, Suite 1400 | San Francisco, CA  94104
Web • LinkedIn • Blog • Twitter

**From:** Gus Navarro [mailto:gus@redwoodscientific.co]
**Sent:** Friday, April 27, 2018 6:06 PM
**To:** Camille Zhou <CZhou@lighthouseglobal.com>
**Cc:** Amber Landmeier <ALandmeier@lighthouseglobal.com>; Kris Taylor <KTaylor@lighthouseglobal.com>; tgreen@greenassoc.com; Lars Schou <LSchou@lighthouseglobal.com>; jason@redwoodsci.com; Pooja Lalwani <PLalwani@lighthouseglobal.com>; Michael Recker <MRecker@lighthouseglobal.com>
**Subject:** Re: Email exports

We just purchase the pinpoint labs software Chris recommended

We are working through the weekend to download files and will overnight by Monday. You will have it Tuesday.


Gus Navarro
Senior Programmer / IT
Redwood Scientific Technologies
www.RedwoodScientific.co

Office: 310-693-5401 X11202

Gus

Direct: (909)200-4091

**PRIVILEGED AND CONFIDENTIAL**

The information and any accompanying documents is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential.  If the reader of this communication is not the intended recipient or the employee or agent responsible to deliver the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying or use of this communication is strictly prohibited.  If you receive this communication in error, please notify me immediately by email and delete it from your computer system, destroy the original communication and its attachments without reading them or saving them to disk or otherwise. Thank you.

On Fri, Apr 27, 2018 at 5:19 PM, Camille Zhou <CZhou@lighthouseglobal.com> wrote:

> Gus,
>
> We noticed that a delivery exception had occurred for the below tracking number, so it did not get delivered today. We apologize for the inconvenience.
>
> We called FedEx to check in on the delivery exception, and they informed us that they could not deliver the package due to lack of a suite number for the address, and that they would try again Monday.
>
> Can you let us know if there is a specific suite number associated with the address below? Otherwise, they have informed us that they will try delivering to suite 100 on Monday.
>
> Redwood Scientific
>
> 820 N Mountain Avenue
>
> Upland, CA 91786
>
> Thank you,
>
> Camille
>
> _____
>
> **Camille Zhou, J.D.**
> Associate Project Manager
>
> **Lighthouse**
>
> 415.321.8207 | Direct
>
> 465 California Street, Suite 1400 | San Francisco, CA  94104
>
> Web • LinkedIn • Blog • Twitter

**From:** Camille Zhou
**Sent:** Thursday, April 26, 2018 10:58 PM
**To:** Amber Landmeier <ALandmeier@lighthouseglobal.com>; 'Gus Navarro' <gus@redwoodscientific.co>
**Cc:** Kris Taylor <KTaylor@lighthouseglobal.com>; tgreen@greenassoc.com; Lars Schou <LSchou@lighthouseglobal.com>; jason@redwoodsci.com; Pooja Lalwani <PLalwani@lighthouseglobal.com>; Michael Recker <MRecker@lighthouseglobal.com>
**Subject:** RE: Email exports

Gus,

The 3 PinPad drives have shipped and are scheduled to arrive by this morning at 10:30am.

FedEx Tracking: 772094790032

We have also included a return shipping label in the delivery.

Best,

Camille

_____

**Camille Zhou, J.D.**
Associate Project Manager

**Lighthouse**

415.321.8207 | Direct

465 California Street, Suite 1400 | San Francisco, CA  94104

Web • LinkedIn • Blog • Twitter


**From:** Amber Landmeier
**Sent:** Thursday, April 26, 2018 4:37 PM
**To:** 'Gus Navarro' <gus@redwoodscientific.co>
**Cc:** Kris Taylor <KTaylor@lighthouseglobal.com>; tgreen@greenassoc.com; Lars Schou

<LSchou@lighthouseglobal.com>; jason@redwoodsci.com; Pooja Lalwani <PLalwani@lighthouseglobal.com>; Camille Zhou <CZhou@lighthouseglobal.com>; Michael Recker <MRecker@lighthouseglobal.com>
**Subject:** RE: Email exports
**Importance:** High


Thanks, Gus. Pooja or Camille will provide the package tracking number once we've generated the labels.


Kind Regards,

Amber


**Amber Landmeier**

Sales Associate


415.321.8276 | Office

602.540.6963 | Mobile

465 California Street, Suite 1400 | San Francisco, CA  94104

www.lighthouseglobal.com

Web • LinkedIn • Blog • Twitter


**From:** Gus Navarro [mailto:gus@redwoodscientific.co]
**Sent:** Thursday, April 26, 2018 4:29 PM
**To:** Amber Landmeier <ALandmeier@lighthouseglobal.com>
**Cc:** Kris Taylor <KTaylor@lighthouseglobal.com>; tgreen@greenassoc.com; Lars Schou <LSchou@lighthouseglobal.com>; jason@redwoodsci.com; Pooja Lalwani <PLalwani@lighthouseglobal.com>; Camille Zhou <CZhou@lighthouseglobal.com>; Michael Recker <MRecker@lighthouseglobal.com>
**Subject:** Re: Email exports

Yes that is our address I will monitor email notification for export compilation so I can start downloading as soon as they are done exporting.

Gus Navarro

Senior Programmer / IT

Redwood Scientific Technologies

www.RedwoodScientific.co

Office: 310-693-5401 X11202

Gus

Direct: (909)200-4091

**PRIVILEGED AND CONFIDENTIAL**

The information and any accompanying documents is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential.  If the reader of this communication is not the intended recipient or the employee or agent responsible to deliver the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying or use of this communication is strictly prohibited.  If you receive this communication in error, please notify me immediately by email and delete it from your computer system, destroy the original communication and its attachments without reading them or saving them to disk or otherwise. Thank you.

On Thu, Apr 26, 2018 at 11:46 AM, Amber Landmeier <ALandmeier@lighthouseglobal.com> wrote:

> Gus and Tracy,
>
> Is this the correct address to the send the drives to?
>
> Redwood Scientific

820 N Mountain Avenue

Upland, CA 91786

(310) 693-5401

Kind Regards,

Amber

**Amber Landmeier**

Sales Associate

415.321.8276 | Office

602.540.6963 | Mobile

465 California Street, Suite 1400 | San Francisco, CA  94104

www.lighthouseglobal.com

Web • LinkedIn • Blog • Twitter

**From:** Kris Taylor
**Sent:** Thursday, April 26, 2018 11:16 AM
**To:** Gus Navarro <gus@redwoodscientific.co>
**Cc:** Amber Landmeier <ALandmeier@lighthouseglobal.com>; tgreen@greenassoc.com; Lars Schou <LSchou@lighthouseglobal.com>; jason@redwoodsci.com; Pooja Lalwani <PLalwani@lighthouseglobal.com>
**Subject:** Re: Email exports

Hello Gus.

Can you send me your physical address?  I would like to have my team send you 3 pinpad hard drives for tomorrow AM delivery.

email: Once you have completed the exports I would like you to copy the mailboxes to one of the pinpad drives and ship it to my team.

PCs: The other 2 pinpad drives are for Lars to collect the 7 PCs remotely. Can you let us know when we can schedule that with Lars and my team?

Sincerely,

**Kris Taylor**

Vice President

415.392.2900 | Office

602.738.8536 | Mobile

465 California Street, Suite 1400 | San Francisco, CA  94104

www.lighthouseglobal.com

Web • LinkedIn • Blog • Twitter

On Apr 26, 2018, at 10:49 AM, Gus Navarro <gus@redwoodscientific.co> wrote:

> Sorry for the delay we are starting the individual email account exports:
>
> https://takeout.google.com This is going to output the each email account.
>
> I am going to set it to output to dropbox or google drive it's self but I will let you know where they will be by today.
>
> The output will have the google drive documents and gmail content.

Gus Navarro

Senior Programmer

Redwood Scientific Technologies

www.RedwoodScientific.co

Office: 310-693-5401 X11202

Gus

Direct: (909)200-4091

**PRIVILEGED AND CONFIDENTIAL**

The information and any accompanying documents is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this communication is not the intended recipient or the employee or agent responsible to deliver the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying or use of this communication is strictly prohibited. If you receive this communication in error, please notify me immediately by email and delete it from your computer system, destroy the original communication and its attachments without reading them or saving them to disk or otherwise. Thank you.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain privileged or other confidential information, which may be protected by your Company's internal policies, its contractual obligations, and other applicable disclosure laws. If you are not the intended recipient or have received the communication in error, please advise the sender by reply email and immediately destroy the message and any attachments without copying or disclosing the contents. You are hereby notified that any use, dissemination, distribution, copying, or storage of this communication or its attachments is strictly prohibited.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain privileged or other confidential information, which may be protected by your Company's internal policies, its contractual obligations, and other applicable disclosure laws. If you are not the intended recipient or have received the communication in error, please advise the sender by reply email and immediately destroy the message and any attachments without copying or disclosing the contents. You are hereby notified that any use, dissemination, distribution, copying, or storage of this communication or its attachments is strictly prohibited.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain privileged or other confidential information, which may be protected by your Company's internal policies, its contractual obligations, and other applicable disclosure laws. If you are not the intended recipient or have received the communication in error, please advise the sender by reply email and immediately destroy the message and any attachments without copying or disclosing the contents. You are hereby notified that any use, dissemination, distribution, copying, or storage of this communication or its attachments is strictly prohibited.

GOV002_03905388