Stephen R. Cochell
Admitted Pro Hac Vice
srcochell@gmail.com
5850 San Felipe, Ste 500
Houston, Texas 77057
Telephone (713) 436-8000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CASE NUMBER: |
| Plaintiff(s) | 5:23-cr-00021 |
| v. | |
| JASON EDWARD THOMAS CARDIFF | **WAIVER OF DEFENDANT'S PRESENCE** (Rule 43, Federal Rules of Criminal Procedure) |
| Defendant(s) | |

The undersigned defendant hereby waives the right to be present in person in open court upon hearing of any motion in this cause, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during or after trial; except upon arraignment, plea, impanelment of a jury and imposition of sentence.

The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

Date: 3/1/2025

Signature of Defendant

Dublin, Ireland  D06-W6D8
City, State, Zip Code    Postal Code
Province

+353 0896049238
Telephone Number

☐ Please check here if this is a change of address.

Date: 1/3/25

Attorney for Defendant

Stephen R. Cochell
Admitted Pro Hac Vice
srcochell@gmail.com
5850 San Felipe, Ste 500
Houston, Texas 77057
Telephone (713) 436-8000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:23-cr-00021 |
| v. | |
| JASON EDWARD THOMAS CARDIFF | **WAIVER OF DEFENDANT'S PRESENCE** (Rule 43, Federal Rules of Criminal Procedure) |
| Defendant(s) | |

The undersigned defendant hereby waives the right to be present in person in open court upon hearing of any motion in this cause, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during or after trial; except upon arraignment, plea, impanelment of a jury and imposition of sentence.

The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

Date: 3/1/2025  /s/ jason

Signature of Defendant

City, State: Dublin, Ireland   Postal Code: D06-W6D8

Telephone Number: +353 089 604 9238

☐ Please check here if this is a change of address.

Date: 1/3/25

Attorney for Defendant