Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER RESETTING JANUARY 13, 2025 MOTIONS AS A VIDEO HEARING**<br><br>*[Filed concurrently with Declaration of Stephen R. Cochell and [Proposed] Order]* |

## *EX PARTE* APPLICATION

Counsel for Defendant asks the Court to re-set the hearing on Jason Cardiff's Motion to Dismiss Indictment Based on Double Jeopardy and Motion to Dismiss Counts 1 and 2 as a Video hearing or conference. In times of emergencies, the courts have turned to video conferences to maintain schedules. The basis for the request is that counsel has a ticket to Los Angeles to attend the hearing. In light of the wildfires that have ravaged Los Angeles, causing deaths, destruction of numerous homes, traffic backups (and abandoned vehicles) and pollution caused by smoke, counsel requests that the hearing be conducted by video conference. Counsel sent an email to Government counsel earlier today to seek their concurrence.

DOJ Manu Sebastian, in response to Defendants' request for concurrence, Stated: "We cannot agree to a zoom hearing, but we understand the concern. We are amenable to a continuance to the next available hearing date, which appears to be Monday, January 27."

Dated: January 9, 2025

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF