UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>        Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR RESETTING JANUARY 13, 2025 HEARING AS A VIDEO HEARING**<br><br>*[Filed concurrently with Ex Parte Application and Declaration of Stephen R. Cochell]* |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

the hearings on Defendant's Motion to Dismiss Indictment Based on Double Jeopardy and Motion to Dismiss Counts I and II shall be heard by video conference.

Dated: _____

                                          Honorable Jesus G. Bernal
                                          United States District Judge

[Proposed] Order     2