UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT OR, IN THE ALTERNATIVE, TO MODIFY BOND CONDITIONS**<br><br>*[Filed concurrently with Ex Parte Application and Declaration of Stephen R. Cochell]* |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** That Jason Cardiff shall be permitted to extend his travel to Ireland for 120 days from January 19, 2025 to May 19, 2025.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted only while he is traveling.

**IT IS FURTHER ORDERED** that Jason Cardiff shall be on unsupervised probation during his travel to Ireland.

**IT IS FURTHER ORDERED** that Jason Cardiff provide a monthly update of his medical treatment starting on February 19, 2025 and each thirty day period until his return to the United States.

**IT IS FURTHER ORDERED** that Jason Cardiff's travel itinerary shall be approved by United States Probation Officer Ryan McClellan prior to his travel.

**IT IS SO ORDERED**.

Dated: _____

Honorable Jesus G. Bernal
United States District Judge

[Proposed] Order     2