| | |
|---|---|
| **From:** | Stephen Cochell |
| **To:** | Sebastian, Manu J. |
| **Cc:** | Makarewicz, Valerie (USACAC) |
| **Subject:** | Re: [EXTERNAL] USA v. Jason Cardiff; Request for Concurrence re International Travel or Unsupervised Probation |
| **Date:** | Monday, January 13, 2025 7:05:30 PM |

The problem is that y'all regularly get records from other agencies and other agencies get records from DOJ.

We also think this has nothing to do with the merits of the case. Accordingly, we have no choice but to file an appropriate motion.

On Mon, Jan 13, 2025 at 5:42 PM Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:

> Stephen,
>
> The government does not object to the medical records being sealed from public view, but we object to the report and records being withheld from the government.
>
> Manny
>
> **Manu J. Sebastian**
>
> Trial Attorney
>
> Consumer Protection Branch
>
> U.S. Department of Justice
>
> Office: (202) 514-0515
>
> manu.j.sebastian@usdoj.gov
>
> ---
>
> **From:** Stephen Cochell <srcochell@gmail.com>
> **Sent:** Monday, January 13, 2025 3:13 PM
> **To:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
> **Cc:** Makarewicz, Valerie (USACAC) <VMakarewicz@usa.doj.gov>
> **Subject:** Re: [EXTERNAL] USA v. Jason Cardiff; Request for Concurrence re International Travel or Unsupervised Probation
>
> Do you oppose sealing of the medical records. They are unrelated to the merits of this case.

On Mon, Jan 13, 2025 at 1:45 PM Stephen Cochell <srcochell@gmail.com> wrote:

> We cannot provide these records to you. Medical records are constitutionally protected unless you can demonstrate a compelling reason. We are concerned that the records will be misused by the Government in this case and distributed to other agencies on request. Accordingly, we will ask the Court to seal the records.

On Mon, Jan 13, 2025 at 10:45 AM Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:

> Stephen,
>
> The government opposes the extension of travel and any bond modification. We would like a copy of the report and the underlying medical records prior to filing the *ex parte* application.
>
> Thank you,
>
> **Manu J. Sebastian**
>
> Trial Attorney
>
> Consumer Protection Branch
>
> U.S. Department of Justice
>
> Office: (202) 514-0515
>
> manu.j.sebastian@usdoj.gov
>
> ---
>
> **From:** Stephen Cochell <srcochell@gmail.com>
> **Sent:** Sunday, January 12, 2025 6:17 PM
> **To:** Makarewicz, Valerie (USACAC) <VMakarewicz@usa.doj.gov>; Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
> **Subject:** [EXTERNAL] USA v. Jason Cardiff; Request for Concurrence re International Travel or Unsupervised Probation
>
> Valerie, I hope that the wild fires did not affect you and your family.

We are planning to file an ex parte motion for extended travel. In light of testing and evaluation, Dr. Maura Stafford issued a report that will be presented to the Court and various medical records. Dr. Stafford recommends a three to four month treatment protocol and medical monitoring/testing to stabilize Mr. Cardiff's medical condition. She concludes that it would be dangerous to his health to fly. We plan to ask, in the alternative, for the Court to grant unsupervised probation with monthly reporting on the status of his medical condition.

We request your concurrence in another 120 day extension to Mr. Cardiff's travel for medical purpose or for a modification of the bond to provide for unsupervised probation and monthly reporting on his medical condition.

Please let me know as soon as possible. We plan to file tomorrow afternoon.

--

Stephen R. Cochell

The Cochell Law Firm, P.C.

5850 San Felipe, Ste. 500

Houston, Texas 77057

(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

--

Stephen R. Cochell

> The Cochell Law Firm, P.C.
>
> 5850 San Felipe, Ste. 500
>
> Houston, Texas 77057
>
> (346)800-3500
>
> CONFIDENTIALITY NOTICE
> This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.
>
> --
>
> Stephen R. Cochell
>
> The Cochell Law Firm, P.C.
>
> 5850 San Felipe, Ste. 500
>
> Houston, Texas 77057
>
> (346)800-3500
>
> CONFIDENTIALITY NOTICE
> This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

--
Stephen R. Cochell
The Cochell Law Firm, P.C.
5850 San Felipe, Ste. 500
Houston, Texas 77057

(346)800-3500

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.