| | |
|---|---|
| **From:** | Ryan McClellan |
| **To:** | Sebastian, Manu J. |
| **Cc:** | careinsjarin@uspis.gov; Makarewicz, Valerie (USACAC) |
| **Subject:** | [EXTERNAL] RE: U.S. v. Cardiff - Court Order Requiring Video Check-Ins |
| **Date:** | Tuesday, January 14, 2025 2:28:10 PM |

Hello,

According to the case notes, Mr. Cardiff had no video calls with SrUSPO Sherrod and has only had one with me. Mr. Cardiff does check in weekly via email, however there have been no routine, daily or every other day attempts at video calls by him.

Thank you,

Ryan D. McClellan
Sr. United States Probation Officer
Southern District of Texas – Houston Division
515 Rusk Street Houston, TX 77002
Office – 713-250-5602
Cell – 832-819-6685

---

**From:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Sent:** Tuesday, January 14, 2025 1:25 PM
**To:** Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
**Cc:** careinsjarin@uspis.gov; Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov>
**Subject:** U.S. v. Cardiff - Court Order Requiring Video Check-Ins

**CAUTION - EXTERNAL:**

Good Afternoon Officer McClellan,

Thank you for taking the time to speak with us. Per our conversation, attached are the Court's November 11, 2024 and December 20, 2024 orders. Pursuant to the last paragraph of the December order, Mr. Cardiff is to "remain in contact with and provide his location to Officer McClellan every other day via video call while he is outside the United States." The November order required video calls with Officer Sherrod. Would you please confirm if Mr. Cardiff has been meeting this condition?

Best Regards,

**Manu J. Sebastian**
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Office: (202) 514-0515
manu.j.sebastian@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.