UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER DENYING JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT OR, IN THE ALTERNATIVE, TO MODIFY BOND CONDITIONS** |

**FOR LACK OF GOOD CAUSE, IT IS HEREBY ORDERED** that Jason Cardiff's ex parte application for an order extending international travel and returning his passport, or in the alternative, to modify bond conditions (Dkt. No. 162) is **DENIED**. Jason Cardiff shall return to Texas no later than January 19, 2025.

**IT IS FURTHER ORDERED** that once Jason Cardiff returns to the United States, he shall immediately return the passport to the United States Probation and Pretrial Services Office, which shall reinstate and reset his electronic monitoring. Jason Cardiff shall bear the cost of replacing his electronic monitoring.

**IT IS FURTHER ORDERED** that once Jason Cardiff returns to the United States, he shall meet, as soon as practicable, and remain in communication with United States Probation Officer Ryan McClellan in accordance with his current bond conditions.

**IT IS SO ORDERED.**

Dated: January 15, 2025

Honorable Jesus G. Bernal
United States District Judge