UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING *EX PARTE* APPLICATION FOR AN ORDER EXTENDING INTERNATIONAL TRAVEL AND RETURNING HIS PASSPORT OR, IN THE ALTERNATIVE, FOR MODIFICATION OF BOND CONDITIONS** |

The Court finds that Defendant's Motion for Reconsideration of the Court's Order Denying Jason Cardiff's Ex Parte Application for an Order Permitting International Travel and Returning his Passport or, in the Alternative, to Modify Bond Conditions satisfies the standard for reconsideration under L.R. 7-18.

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** That Jason Cardiff shall be permitted to extend his travel to Ireland for 120 days from January 19, 2025 to May 19, 2025.

**IT IS FURTHER ORDERED** that Jason Cardiff's curfew shall be lifted only while he is traveling.

**IT IS FURTHER ORDERED** that Jason Cardiff shall be on unsupervised probation during his travel to Ireland.

**IT IS FURTHER ORDERED** that Jason Cardiff provide a monthly update of his medical treatment to the Court starting on February 19, 2025 and each thirty day period until his return to the United States.

**IT IS FURTHER ORDERED** that Jason Cardiff's travel itinerary shall be approved by United States Probation Officer Ryan McClellan prior to his travel.

**IT IS SO ORDERED**.

Dated: _____

Honorable Jesus G. Bernal
United States District Judge