Stephen R. Cochell
srcochell@gmail.com
5850 San Felipe, Ste 500
Houston Texas 77057
(346)800-3500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-00021-JGB |
| v. | |
| Jason Edward Thomas Cardiff | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Declaration of Jason Cardiff in Support of Ex Parte Declaration to Extend International Travel and Return of Passport or, in the Alternative, to Modify Bond Conditons.

Two documents referred to in Dkt. 149
Referral by Dr. M.S. dated December 12, 2024
Referral by Dr. K.M. dated December 4, 2024 (also referral from Dr. H.B).

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| January 14, 2025 | Stephen R. Cochell |
|---|---|
| Date | Attorney Name |
| | Jason Cardiff |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**