Stephen R. Cochell
5850 San Felipe Ste 500
Houston Texas 77339
(346)800-3500
srcochell@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-00021-JGB |
| v. | |
| Jason Edward Thomas Cardiff | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit 6 to Jason Cardiff's Declaration, Dkt. 166-2

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 16, 2025                    Stephen R. Cochell
Date                                Attorney Name
                                    Jason Cardiff
                                    Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)           **NOTICE OF MANUAL FILING OR LODGING**