# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| USA | 5:23–cr–00021–JGB |
| Plaintiff(s), | |
| v. | |
| JASON EDWARD THOMAS CARDIFF | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___1/16/2025___

Document No.:  ___166___

Title of Document:  ___Motion for Reconsideration___

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Lacking Notice of Motion

Other:

**Note:**     **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ January 17, 2025_                By:  _/s/ Trina DeBose  trina_debose@cacd.uscourts.gov_
                                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS