The Cochell Law Firm
Stephen R. Cochell
5850 San Felipe, Suite 500
Houston, Texas 77057
Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-00021 |
| v. | |
| Jason Edward Thomas Cardiff | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Email from Dr. M.S. regarding Defendant's medical condition.

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

01/21/25                                              Stephen R. Cochell
Date                                                   Attorney Name
                                                       Jason Edward Thomas Cardiff
                                                       Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING