The Cochell Law Firm
Stephen R. Cochell
5850 San Felipe, Suite 500
Houston, Texas 77057

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF(S) | 5:23-00021 |
| v. | | |
| Jason Edward Thomas Cardiff | | **NOTICE OF MANUAL FILING OR LODGING** |
| | DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

Supplemental Declaration of Jason Cardiff In Support of Motion for Reconsideration Denying Ex Par[t]
Application for An Order Extending International Travel and Returning His Passport, or In the Altern[a]
Modify Bond Conditions

Email from Dr. M.S. regarding Defendant's Medical Condition

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

01/21/2025
_____
Date

Stephen R. Cochell
_____
Attorney Name

Jason Edward Thomas Cardiff
_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*