cc: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER DENYING JASON CARDIFF'S *EX PARTE* APPLICATION FOR MODIFICATION OF REPORTING TIME TO ALLOW SUBMISSION OF NEW EVIDENCE IN SUPPORT OF EX PARTE APPLICATION FOR EXTENDED TRAVEL AND RETURN OF PASSPORT OR, IN THE ALTERNATIVE, TO MODIFY BOND CONDITIONS** |

**FOR LACK OF GOOD CAUSE, IT IS HEREBY ORDERED** that Jason Cardiff's ex parte application to modify his date of return from overseas travel to allow for submission of new evidence is **DENIED**. The Court finds that this "newly issued medical evidence," see Dkt. No. 172 at 2, could have been issued and produced to the Court prior to the Court's rulings (see Dkt. Nos. 165, 171) on Jason Cardiff's ex parte application for extended travel or, in the alternative, to modify bond conditions (Dkt. No. 162) and motion for reconsideration (Dkt. No. 166). Accordingly, because the failure to file evidence in an original motion or application does not turn the late filed documents into newly discovered evidence, see Shalit v. Coppe, 182 F.3d 1124, 1132 (9th Cir.1999), the Court **DENIES** this ex parte application.

**IT IS SO ORDERED**.

Dated: January 21, 2025

Honorable Jesus G. Bernal
United States District Judge

2