Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>  Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF'S STATUS REPORT TO THE COURT** |

Jason Cardiff, by and through counsel, submits this status report. Mr. Cardiff unexpectedly suffered serious health problems while visiting his family in Ireland. Dr. M.S. previously provided the Court with her assessment and recommended a three to four month treatment plan to treat Mr. Cardiff's health problems. Dkt. 162. Dr. M.S. advised him that he should not fly as air travel would cause immediate and prolonged damage to his health, specifically his pulmonary system. Dkt. 172. Mr. Cardiff would have returned to the United States but for his treating physicians' firm

recommendations that he should not fly unless he wanted to suffer even more serious injury to his health and risk disability or worse. The consequences to his wife and eleven-year-old child would be severe. Under the circumstances, Mr. Cardiff has decided to follow the instructions of his physicians. However, he has every intention to return to the United States when his physicians clear him for travel.

Mr. Cardiff had an appointment today with his pulmonologist that was cancelled due to a massive typhoon that swept most of Ireland on January 23, 2025 causing a shutdown of most non-emergency government services. An appointment with Mr. Cardiff's pulmonologist is re-set for Monday although that may get cancelled.

In the meantime, Defendant intends to continue reporting to Pretrial Services by video conference as allowed by Pretrial Services and will continue to live at his home in Dublin. In summary, Mr. Cardiff fully intends to return to the United States but cannot do so immediately due to his health condition.

Dated: January 24, 2025

Respectfully submitted,

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

## SERVICE LIST

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada
United States Attorney
Mack E. Jenkins
Assistant United States Attorney Chief, Criminal Division Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring Street Los Angeles, CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
　　　　　Brianna.M.Gardner@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*/S/ Stephen R. Cochell*
　　　　　　　　　　　　　　　　　　　　　Stephen R. Cochell