# EXHIBIT A

Stephen R. Cochell
Admitted Pro Hac Vice
srcochell@gmail.com
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **DECLARATION OF JASON CARDIFF IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER RESTRAINING FURTHER VIOLATIONS OF DEFENDANT'S CONSTITUTIONAL RIGHT AGAINST UNAUTHORIZED DETENTION OR ARREST; TO PRODUCE EXTRADITION FILES AND RELATED COMMUNICATIONS AND TO SET EXPEDITED BRIEFING AND HEARING SCHEDULE**<br><br>*[Filed concurrently with Declaration of Jason Cardiff and [Proposed] Order]* |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

COCHELL
LAW FIRM

1

## **DECLARATION OF JASON CARDIFF**

I, Jason Cardiff, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendant's Motion for Reconsideration of Ex Parte Application for an Order Extending International Travel and Returning his Passport.

2. This declaration is submitted under the protections of *Simmons v. United States*, 390 U.S. 377 (1968) and the United States Constitution. Pursuant to *Simmons* and my constitutional rights, I would object to the use of this declaration for any purpose beyond the Court's adjudication of my Motion to Dismiss Indictment with Prejudice.

3. On January 14, 2025, the Garda entered my property blocking my car from an exit. Three Garda agents surrounded me blocking me from exiting my home as soon as I pulled in my gates. One of the agents, Detective Sergeant Murray told Mr. Cardiff that he was being arrested for extradition. Frankly, I was completely surprised by the arrest warrant. I told him that I was in Ireland pursuant to a lawful court order and that I had a criminal case pending against him the U.S. The agents reviewed the December 20, 2024 Order permitting international travel.

4. During the questioning by Detective Sergeant Murray showed me what he called the "extradition file." The extradition file was dated October 23, 2023 before I was taken into custody in the United States. I asked why a year-plus warrant was being used now. Detective Sergeant Murray told me that he did not know but that he got file in October, 2023 and did nothing with it until he was contacted by the U.S. Embassy on January 13, 2025 asking him to execute the

2

warrant. Sergent Murry told me that in 30 plus years he had never seen anything like this but was operating at the direction of the US Embassy and a Embassy Security Employee named Jason Banks. The agents gave me the choice to either be taken to Irish jail, or that I give the agents his passport as well as his wife's passport. Under these circumstances, I had no choice but to surrender the passports under duress. The agent released me allowing me to remain with my wife and eleven year old child.

5.   I made an inquiry to the U.S. Consulate asking why I had an old extradition warrant served on me. On about January 15, I received a response from the United States Embassy officer named Andrew Kopiak. He sent me a letter stating that: "As soon as we have any update that we can provide you regarding the status of the extradition request that appears to be still on file, we will do so." A true and correct copy of this letter is attached as **Exhibit 1**.

6.   I complied with the FTC injunction disclosing my home address in Dublin, Ireland. I complied fully with the bond conditions. As set out in my Status Report, I would have returned to Houston but for the directives of my doctors who advise that my health condition will deteriorate further causing permanent damage if I fly back to the United States. I am President and CEO of Redwood Scientific Technologies, a publicly traded company located in the United States. My family and I have a home and a family life with my daughter attending school in the local area. I have no interest in becoming an international fugitive but want to address these charges and get on with my life.

7.   I do not believe that the arrest, in full view of my neighbors, was a coincidence or accident. I believe that the arrest was designed to punish and intimidate me for asking for additional time to obtain treatment for my health condition. I am deeply disturbed that the threat to use the Fugitive Entitlement Act to prevent my lawyer from arguing pretrial motions this week were designed to intimidate my lawyer and I.

8. This is a summary of my testimony. I reserve the right to supplement and/or clarify if called as a witness at trial.

9, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 27th<sup>th</sup> of January 2025 .

_____
Jason Cardiff

4

# EXHIBIT 1



Jason Cardiff <ideatank360@gmail.com>

## Fwd: Legal Assistance Information
1 message

**Jason Cardiff** <ideatank360@gmail.com>  Sat, Jan 25, 2025 at 3:08 PM
To: Stephen Cochell <srcochell@gmail.com>

Here to Help
(C) 1-213-729-5646
(ROI) +353-89604-9238
Book a time if you need to speak https://calendly.com/ideaatnk360
www.jasoncardiff.com

https://www.linkedin.com/in/jason-cardiff-48184ab8
Honesty is the first chapter in the book of wisdom (Quotation) | Thomas Jefferson's Monticello.


---------- Forwarded message ---------
From: **Kopiak, Andrew (Dublin)** <KopiakAX@state.gov>
Date: Wed, Jan 15, 2025 at 11:07 AM
Subject: Legal Assistance Information
To: IDEATANK360@GMAIL.COM <IDEATANK360@gmail.com>


Dear Mr. Cardiff,


Thank you for getting in touch with the American Citizen Services office and making us aware of the confiscation of your passports, can you confirm that your U.S. passport was confiscated?


We would like to link you to our website page with regards to legal assistance: https://ie.usembassy.gov/legal-assistance/, you will find on the link a list of lawyers that may be able to assist you.


As soon as we have any update that we can provide you regarding the status of the extradition request that appears to be still on file, we will do so.


Kind regards,

American Citizens Services Unit | **AK** | U.S. Embassy | 42 Elgin Road, Ballsbridge, Dublin 4 | ACSDublin@state.gov |
http://ie.usembassy.gov |

- Get the latest alerts and updates from the Embassy - enroll in the Smart Traveler Enrollment Program (STEP) here
- Luggage, large backpacks, laptop computers and tablets, and cameras are not permitted in the Embassy – please do not bring these to your appointment.
- U.S. citizens in Ireland can register to vote absentee in U.S. Elections at https://www.fvap.gov/

SBU -PRIVACY OR PII

Case 5:23-cr-00021-JGB  Document 179-1  Filed 01/27/25  Page 8 of 8  Page ID #:7121