1  Stephen R. Cochell
   Admitted Pro Hac Vice
2  *srcochell@gmail.com*
   5850 San Felipe, Ste. 500
3  Houston Texas 77057
   Telephone:(713) 436-8000
4  Facsimile: (213) 623-2000

5  Allan Grant (SBN#213658)
   Grant's Law Firm
6  17351 Greentree Drive
   Riverside, California 92503-6762
7  Telephone (888)937-7555
   Facsimile  (866)858-6637

8

9  Attorneys for Defendant
   JASON EDWARD THOMAS CARDIFF

10

11
                    UNITED STATES DISTRICT COURT
12
                    CENTRAL DISTRICT OF CALIFORNIA
13

14
   UNITED STATES OF AMERICA,          Case No. 5:23-cr-00021-JGB
15
              Plaintiff,              **JASON CARDIFF'S *EX PARTE* APPLICATION AND REQUST TO PARTICIPATE AND ATTEND JANUARY 30, 2025 MOTIONS HEARING BY VIDEO CONFERENCE**
16
       vs.
17
   JASON EDWARD THOMAS
18 CARDIFF,

19            Defendant.

20

21

22     Defendant, Jason Cardiff, requests that he be allowed to participate and attend

23 the January 30, 2025 hearings by video conference.  The Government opposes his

24 participation and attendance at the hearing by video conference.

25              MEMORANDUM IN SUPPORT OF REQUEST

26     As this Court knows, Mr. Cardiff is in Ireland and, due to his current medical

27 condition, has been directed not to travel by air, which would be necessary to

28 physically attend the January 30, 2025 hearing on two motions pending before the

COCHELL
LAW FIRM
                                    1

1 Court including Defendants Motion to Dismiss Indictment Based on Double Jeopardy

2 and Defendant's Motion to Dismiss Counts Three and Four of the Indictment.

3       Defendant recognizes that the Court entered an order requiring his return.

4 However, his physicians have found him unfit to fly and stressed that he would suffer

5 severe and lasting damage to his pulmonary system if he travels before receiving

6 adequate treatment.  Dkt. 172, 175.  As set out in his Status Report, Mr. Cardiff fully

7 intends to return to the United States but cannot do so due to his current health

8 condition.  Dkt. 178 at 2.

9       WHEREFORE, Defendant requests that he be allowed to attend by video

10 conference for pretrial hearings on Motion to Dismiss Based on Double Jeopardy and

11 Motion to Dismiss Counts Three and Four of the Indictment.

12       Dated:  January 28, 2025

13

14           By: /s/ Stephen R. Cochell

15               Stephen R. Cochell

16               Attorney for Defendant

17               JASON EDWARD THOMAS CARDIFF

18             **SERVICE LIST**

19 I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN
SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO

20 AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O
NEXT GEN ELECTRONIC FILING SYSTEM:

21

22 E. Martin Estrada United
States Attorney Mack E.

23 Jenkins
Assistant United States Attorney Chief, Criminal Division

24 Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division

25 Valerie Makarewicz
Assistant United States Attorney Major Frauds Section

26 1100 United States Courthouse
312 North Spring Street

27 Los Angeles, CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269

28 E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
        Brianna.M.Gardner@usdoj.gov

*/S/ Stephen R. Cochell*
Stephen R. Cochell