Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>      Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**REPLY IN SUPPORT OF JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER RESTRAINING FURTHER VIOLATIONS DEFENDANT'S CONSTITUTIONAL RIGHT AGAINST UNAUTHORIZED DETENTION OR ARREST; TO PRODUCE EXTRADITION FILES AND RELATED COMMUNICATIONS AND TO SET EXPEDITED BRIEFING AND HEARING SCHEDULE** |

The thrust of Mr. Cardiff's Ex Parte Application is to prevent the Government from further attempts to arrest Mr. Cardiff in violation of his Fourth Amendment rights.  The Government has been aware of the arrest of Mr. Cardiff since January 14,

2025 and is aware that Defendant contends that the prosecutors in this case directed Mr. Cardiff's arrest, which interfered with and violated the Court's travel order allowing Mr. Cardiff to be in Ireland. The Government prosecutors do not deny that they authorized Garda to arrest Defendant when they knew, full well, that as of January 14, 2025, he was authorized to be in Ireland. They do not deny that they sat on a warrant for thirteen months and directed its execution two days after counsel asked for an extension of time in Ireland to receive medical treatment. Their failure to deny or defend their conduct all but constitutes an admission that they directed an unauthorized arrest.

The Government could have cancelled the warrant, taken steps to handle this matter and/or communicated *something* to Defendant's counsel representing that they denied directing the arrest or would take steps to assure that further unauthorized steps were not taken against Mr Cardff. Instead, it appears that the prosecutors want to delay this matter as possible.

Defendant respectfully submits that he should not be left wondering whether the Government is going to again take matters into their own hands as this case progresses.

Technical defects in a pleading should not be grounds for dismissal if the pleadings sufficiently inform the opposing party of the claims against them. *Hernandez v. City of El Monte*, 138 F.3d 393 (9th Cir. 1998). Thus, the Court should reject the Government's argument that a separate document titled "Memorandum" must be filed. The Ex Parte Application does specify the order requested, statement of facts and points and authorities for consideration.

Defendant recognizes that the Government might need additional time to address the issue of an injunction. However, the Court can proceed in an orderly fashion—require production of the extradition file and set an expedited briefing and hearing schedule.

Dated: January 28, 2025

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

## **SERVICE LIST**

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada United
States Attorney Mack E.
Jenkins
Assistant United States Attorney Chief, Criminal Division
Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division
Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
          Brianna.M.Gardner@usdoj.gov

*/S/ Stephen R. Cochell*
Stephen R. Cochell