Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON EDWARD THOMAS CARDIFF, <br><br> Defendant. | Case No. 5:23-cr-00021-JGB <br><br> **JASON CARDIFF'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION AND REQUST TO PARTICIPATE AND ATTEND JANUARY 30, 2025 MOTIONS HEARING BY VIDEO CONFERENCE** |

The Government's opposition is overstated and over the top.  Mr. Cardiff is not a fugitive within the meaning of the Fugitive Entitlement doctrine.  Defendant's reason for staying in Ireland was to follow his doctor's orders not to fly until he completes a 3-4 month course of treatment with a return to the United States almost seven weeks prior to trial in July, 2025.  Defendant had a Hobson's choice—comply

with the Court's order with a high risk of permanently damaging his pulmonary system, or follow his doctor's orders.

As to the Government's claim that Mr. Cardiff is a fugitive, Mr. Cardiff did not flee to Ireland but was granted leave to travel to Ireland. His location is well known and he is in contact with Pretrial Services per the Court's last order extending travel. The Government wants to have it both ways, penalize Mr. Cardiff for not wanting to risk even more serious health consequences by returning to the United States while delaying any explanation to the Court as to why the Government directed his arrest while on a court-authorized travel to his home in Ireland.

Mr. Cardiff should not be penalized and deprived of his right to participate in pretrial motions for unexpected health issues when he can participate by video conference.

Dated:  January 29, 2025

By: /s/ Stephen R. Cochell
Stephen R. Cochell

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

## SERVICE LIST

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada United
States Attorney Mack E.
Jenkins
Assistant United States Attorney Chief, Criminal Division
Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division
Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch
Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
        Brianna.M.Gardner@usdoj.gov

*/S/ Stephen R. Cochell*
Stephen R. Cochell