UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>        Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER DENYING JASON CARDIFF'S *EX PARTE* APPLICATION FOR AN ORDER RESTRAINING FURTHER VIOLATIONS OF DEFENDANT'S CONSTITUTIONAL RIGHT AGAINST UNAUTHORIZED DETENTION OR ARREST; TO PRODUCE EXTRADITION FILES AND RELATED COMMUNICATIONS AND TO SET EXPEDITED BRIEFING AND HEARING SCHEDULE** |

**FOR LACK OF GOOD CAUSE,** the Court **DENIES** Jason Cardiff's ex parte application for an order restraining further violations of Defendant's constitutional right against unauthorized detention or arrest, to produce extradition files and related communications, and to set expedited briefing and hearing schedule ("Ex Parte Application," Dkt. No. 179). The Ex Parte Application does not comply with this Court's substantive or procedural requirements for ex parte relief.

Jason Cardiff may refile the Ex Parte Application as a standard motion, noticed for a hearing, and briefed on a regular 28-day hearing schedule pursuant to Federal Rules of Civil Procedure 6 and 7 and Local Rule 6, 7-9, and 7-10.

**IT IS SO ORDERED.**

Dated: January 30, 2025

Honorable Jesus G. Bernal
United States District Judge