UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER DENYING JASON CARDIFF'S *EX PARTE* APPLICATION AND REQUEST TO PARTICIPATE AND ATTEND JANUARY 30, 2025 MOTIONS HEARING BY VIDEO CONFERENCE** |

　　　The Court has considered Jason Cardiff's ex parte application and request to participate and attend the January 30, 2025 hearing on the pending motions to dismiss (the "Hearing") by video conference ("Ex Parte Application," Dkt. No. 182). The Court previously ordered Jason Cardiff to be physically present at the Hearing. (See Dkt. No. 161.) Instead, Jason Cardiff chose to remain in Ireland even though the Court ordered him to return to the United States no later than January 19, 2025. (See Dkt. Nos. 165, 171, 176.) **ACCORDINGLY, FOR LACK OF GOOD CAUSE, IT IS HEREBY ORDERED** that Jason Cardiff may not attend the Hearing by video conference.

Dated: January 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge