AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSAY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER FORFEITING BAIL** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

Defendant Jason Edward Thomas Cardiff ("Defendant"), having failed to comply with multiple terms of his pretrial release, the Court finds that Defendant violated conditions of his bond.

Therefore, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, bail is forfeited with respect to Defendant.

IT IS SO ORDERED.

DATED:

_____
HONORABLE JESUS G. BERNAL
United States District Judge