AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSAY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:     Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>    Defendant. | No. 5:23-CR-00021-JGB<br><br>**[PROPOSED] JUDGMENT FOR PLAINTIFF UNITED STATES ON BAIL BOND FORFEITURE WITH RESPECT TO DEFENDANT JASON EDWARD THOMAS CARDIFF AND SURITIES LILIA MURPHY AND BRIAN KENNEDY** |

    Pursuant to the Order forfeiting bail filed on _____, 2025, wherein the Court ordered that bail be forfeited with respect to defendant Jason Edward Thomas Cardiff, judgment shall be entered as

follows:

>Jason Edward Thomas Cardiff and Lilia Murphy are liable to the United States, jointly and severally, for the amount of the forfeited bail, $500,000, secured by 1218 Welland Way, Kingswood, TX 77339, together with interest and costs.
>
>Jason Edward Thomas Cardiff and Brian Kennedy are liable to the United States, jointly and severally, for the amount of the forfeited bail, $30,000, together with interest and costs.

The Clerk shall serve sureties Lilia Murphy and Brian Kennedy by mail with a copy of this Judgement.

IT IS SO ORDERED.

DATED:

_____
HONORABLE JESUS G. BERNAL
United States District Judge