UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES—GENERAL

Page **1** of **1**

| Case No. | EDCR23-00021-JGB-1 | Date | January 30, 2025 |
|---|---|---|---|

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Maynor Galvez | Phyllis A. Preston | V. Makarewicz/M. Sebastian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Jason Edward Thomas Cardiff | ✗ | | ✗ | Stephen R. Cochell | ✗ | | ✗ |

**Proceedings:** MOTIONS TO DISMISS [134, 136, 135, 137]

Counsel make their appearances. Defendant is not present.

The Court informs counsel that a ruling on the motions will be issued at a later time.

Discussion on defendant's failure to appear are entered on the record.

The Court will entertain a request for a warrant.

IT IS SO ORDERED.

cc: USPO

| CR-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk MG |
|---|---|---|
| | | Time: 00:15 |