UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**[PROPOSED] ORDER GRANTING JASON CARDIFF'S MOTION TO COMPEL PRODUCTION OF EXTRADITION FILES AND RELATED COMMUNICATIONS** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** the Government shall, within seven days of the date of this Order, produce : (a) all Extradition files and communications related to any Extradition requests as to Jason Cardiff;  and (b) communications relating to government officials directing Defendant's arrest and extradition in Ireland at any time, including but not limited his arrest on or about January 13-14, 2025. This includes emails, text and any other means of communications, with all Government agencies including but not limited to the U.S. Department of State, Department of Justice,  Federal Trade Commission, U.S. Postal Inspection Service and the U.S. Attorney's office  related to the extradition request as to Jason Cardiff

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

that the Government shall, within seven days of the date of this Order, provide a full report under oath explaining its knowledge and/or participation in directing the arrest of Mr. Cardiff on January 14, 2025.

Dated: March __, 2025

_____
Honorable Jesus G. Bernal
United States District Judge