Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant. | Case No. 5:23-CR-00021-JGB<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING GOVERNMENT'S MOTION TO FORFEIT BAIL AND FOR SUMMARY ADJUDICATION AND CORRECTION OF RECORD** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

PLEASE TAKE NOTICE that counsel for Jason Cardiff and the Sureties, Brian Kennedy and Lila Murphy invite the Court's attention to: *Raich v. Gonzales*, 500 F. Supp. 2d 1102, 1110 (9th Cir. 2007). This is relevant to the medical necessity defense raised by Defendant.

With respect to Defendant's Motion to Forfeit Bail and for Summary Adjudication, on behalf of Ms. Murphy, Government counsel falsely and inaccurately portrayed asserting that between Ms. Murphy and Mr. Kennedy, only two requests were made to Defendant by the sureties to return to Houston. Dkt. 204 at 4. In fact,

1  Ms. Murphy asked Mr. Cardiff if he was returning to Houston, as first set out in
2  Paragraph 17 and later in Paragraph 20, stating that although Mr. Cardiff had medical
3  problems, he was putting her home at risk and that he needed to return to Houston to
4  cure that problem.  Dkt. 199-1¶ 20.

Dated: February 24, 2025.

/s/ Stephen R. Cochell
Stephen R. Cochell

# SERVICE LIST

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O NEXT GEN ELECTRONIC FILING SYSTEM:

E. Martin Estrada
United States Attorney
Mack E. Jenkins
Assistant United States Attorney Chief, Criminal Division
Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division
Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-0756
Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

Amanda Liskamm
Director, Consumer Protection Branch
Manu J. Sebastian
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515
Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
    Brianna.M.Gardner@usdoj.gov

*/S/ Stephen R. Cochell*
Stephen R. Cochell