UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES—GENERAL

Page 1 of 1

| Case No. | EDCR23-00021-JGB-1 | Date | March 3, 2025 |
|---|---|---|---|

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Maynor Galvez | Phyllis A. Preston | V. Makarewicz/M. Sebastian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Jason Edward Thomas Cardiff | Not present | | | Stephen R. Cochell | ✗ | | ✗ |

**Proceedings:** MOTIONS TO FORFEIT BAIL [189]

Counsel make their appearances. Defendant is not present.

The Court hears argument and issues an oral ruling granting the Motion to Forfeit Bail.

A separate order detailing the ruling will issue.

IT IS SO ORDERED.

cc: USPO

| CR-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk MG |
|---|---|---|
| | | Time: 00:05 |