## United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No:   (8797293)

**Passport Receipt**

FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Defendant Name: | Jason Edward Thomas Cardiff (8797293) |
| Name on passport, if different: | |
| Country of Origin: | Ireland - ▇▇▇▇ |
| Date passport issued: | 03/03/2019 |
| Expiration date of passport: | 03/22/2029 |

Ordered by court in the Central District of California or Southern District of California

Docket Number:   5:23CR00021 - 001

Steve Cochell   *(signature)*
_____
Surrendered By

11-30-2023
_____
Date

USPO J. Tanedo   *(signature)*
_____
Received By

11-30-2023
_____
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned
Address (if mailed)