## United States Probation & Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No:   (8797293)

**Passport Receipt**

FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Defendant Name:                Jason Edward Thomas Cardiff (8797293)

Name on passport, if different:

Country of Origin:             U.S. - ▮

Date passport issued:          11/05/2018

Expiration date of passport:   11/04/2028

Ordered by court in the Central District of California or Southern District of California

Docket Number:                 5:23CR00021 - 001

Mr. Stephen Cochell   *signature*
_____
Surrendered By

11/30/2023
_____
Date

USPO J. Tanedo   *signature*
_____
Received By

11/30/2023
_____
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned
Address (if mailed)

Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012-3332 / 213-894-4726 phone, 213-894-0231 fax