UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-CR-00021-JGB |
| Plaintiff, | |
| vs. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING JASON CARDIFF'S MOTION TO SET ASIDE JUDGMENT**

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY GRANTS IN ITS ENTIRETY Jason Cardiff's Motion to Set Aside Judgment.

The Court finds that it does not appear that that justice requires the forfeiture of the bond previously posted by Defendant.

IT IS THEREFORE ORDERED THAT that the appearance bond posted by Jason Cardiff shall be EXONERATED pursuant to Rule 46(f)(2) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

COCHELL
LAW FIRM

1      Dated: _____

2

3                                              _____

                                            Hon. Jesus G. Bernal

4                                            United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28