AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
     450 Fifth Street, NW, Suite 6400S
     Washington, D.C.  20001
     Telephone: (202) 514-0515
     Facsimile: (202) 514-8742
     Email:  Manu.J.Sebastian@usdoj.gov

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0756
     Facsimile: (213) 894-6269
     E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　　Defendant. | No. 5:23-CR-00021-JGB<br><br>**STIPULATION TO CONTINUE MOTIONS HEARING DATE**<br><br>*[Filed concurrently with [Proposed] Order]* |

　　　Plaintiff United States of America, by and through its counsel of record, the Consumer Protection Branch of the United States Department of Justice and Trial Attorney Manu J. Sebastian, and the Acting United States Attorney for the Central District of California

and Assistant United States Attorney Valerie L. Makarewicz, and Defendant, by and through his counsel of record, Stephen R. Cochell, hereby requests the Court enter an Order continuing the April 21, 2025 hearing date for Defendant's Motion to Set Aside or Modify Judgment (Dkt. #220) and Sureties' Motion to Set Aside or Modify Judgment (Dkt. #221) by one week.

Due to religious obligations associated with the Easter holiday, the parties have agreed to continue the hearing date to April 28, 2025.

Accordingly, the parties respectfully request the Court enter an order setting the proposed hearing date.

Dated March 21, 2025:                    Respectfully submitted,

AMANDA N. LISKAMM
Director
Consumer Protection Branch

JOSEPH T. MCNALLY
Acting United States Attorney


____/s/_____
MANU J. SEBASTIAN
Trial Attorney
VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA



____/s/_____
STEPHEN R. COCHELL

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

2