AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>        Defendant. | No. 23-CR-00031-JGB<br><br>**(PROPOSED) ORDER SETTING HEARING DATE ON DEFENDANT'S MOTION TO SET ASIDE OR MODIFY JUDGMENT AND SURETIES' MOTION TO SET ASIDE OR MODIFY JUDGMENT** |

**FOR GOOD CAUSE SHOWN:** Hearing on Defendant's motion to set aside or modify judgment and Sureties' motion to set aside or modify

judgement shall be continued by one week and scheduled for April 28, 2025, at 2:00 PM.

**IT IS SO ORDERED**

_____          _____
DATE                                     HONORABLE JESUS G. BERNAL
                                         UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
MANU J. SEBASTIAN
TRIAL ATTORNEY
U.S. Department of Justice
Consumer Protection Branch

VALERIE MAKAREWICZ
Assistant United States Attorney


Attorneys for Plaintiff
UNITED STATES OF AMERICA



    /s/
_____
STEPHEN R. COCHELL

Attorney for Defendant
JASON EDWARD THOMAS CARDIFF

2