**cc: USPO**

AMANDA N. LISKAMM
Director, Consumer Protection Branch
MANU J. SEBASTIAN
Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 514-0515
    Facsimile: (202) 514-8742
    Email:  Manu.J.Sebastian@usdoj.gov

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
VALERIE MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0756
    Facsimile: (213) 894-6269
    E-mail:    Valerie.Makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:23-CR-00021-JGB |
| Plaintiff, | **ORDER SETTING HEARING DATE ON DEFENDANT'S MOTION TO SET ASIDE OR MODIFY JUDGMENT AND SURETIES' MOTION TO SET ASIDE OR MODIFY JUDGMENT** |
| v. | |
| JASON EDWARD THOMAS CARDIFF, | |
| Defendant. | |

1     **FOR GOOD CAUSE SHOWN:** Hearing on Defendant's motion to set aside
2 or modify judgment and Sureties' motion to set aside or modify
3 judgment (Dkt. No. 221) shall be continued by one week and scheduled
4 for April 28, 2025, at 2:00 PM.

6     **IT IS SO ORDERED**

7     March 28, 2025

8 DATE                                HONORABLE JESUS G. BERNAL
                                                  UNITED STATES DISTRICT JUDGE

11 Presented by:

12     /s/
MANU J. SEBASTIAN
TRIAL ATTORNEY
13 U.S. Department of Justice
Consumer Protection Branch

VALERIE MAKAREWICZ
15 Assistant United States Attorney

Attorneys for Plaintiff
17 UNITED STATES OF AMERICA

20     /s/
STEPHEN R. COCHELL

Attorney for Defendant
22 JASON EDWARD THOMAS CARDIFF