# EXHIBIT 2

| | |
|---|---|
| **From:** | Ryan McClellan |
| **To:** | Sebastian, Manu J. |
| **Cc:** | Makarewicz, Valerie (USACAC); careinsjarin@uspis.gov |
| **Subject:** | [EXTERNAL] RE: U.S. v. Cardiff: Declaration of Fugitive Status and Issuance Arrest Warrant |
| **Date:** | Thursday, February 6, 2025 2:19:00 PM |

Received. We will make note of this. We have closed interest in this case, but should he return to the Houston area we will ask that out our US Marshal's attempt to execute this warrant.

Thank you,

Ryan D. McClellan
Sr. United States Probation Officer
Southern District of Texas – Houston Division
515 Rusk Street Houston, TX 77002
Office – 713-250-5602
Cell – 832-819-6685

**From:** Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov>
**Sent:** Thursday, February 6, 2025 1:14 PM
**To:** Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
**Cc:** Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov>; careinsjarin@uspis.gov
**Subject:** U.S. v. Cardiff: Declaration of Fugitive Status and Issuance Arrest Warrant

**CAUTION - EXTERNAL:**


Officer McClellan,

FYSA – Judge Bernal has declared Mr. Cardiff a fugitive and will be issuing an arrest warrant.

Best Regards,

Manny

**Manu J. Sebastian**
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Office: (202) 514-0515
manu.j.sebastian@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.