# EXHIBIT 3

| | |
|---|---|
| **From:** | Cathleen Torres Vasquez |
| **To:** | Sebastian, Manu J. |
| **Cc:** | Makarewicz, Valerie (USACAC) |
| **Subject:** | [EXTERNAL] Re: Jason Edward Thomas Cardiff EDCR23-00021-JGB-1 |
| **Date:** | Friday, April 4, 2025 12:48:45 PM |

Good morning,

Mr. Cardiff has not had consistent contact with PSA. Last email reply from PSO Ryan McClellan to the defendant is dated 2/20/25. Prior to that he last emailed was on 1/25/25. No further communication has been received.

Thanks,
Cathleen Torres Vasquez
U.S. Pretrial Officer
300 N Los Angeles St. Suite 1300
Los Angeles, CA  90012
213-610-6739

> On Apr 4, 2025, at 09:30, Sebastian, Manu J. <Manu.J.Sebastian@usdoj.gov> wrote:
>
>
> **CAUTION - EXTERNAL:**
>
> Good Morning Officer Torres-Vasquez,
>
> Checking in on my email below as we have a filing due on Monday. Jason Cardiff is claiming that he continues to report to Pretrial Services. Have you had consistent contact with him since he failed to return to the United States on January 19, 2025?
>
> Best Regards,
>
> **Manu J. Sebastian**
> Trial Attorney
> Consumer Protection Branch
> U.S. Department of Justice
> Office: (202) 514-0515
> manu.j.sebastian@usdoj.gov
>
> ---
>
> **From:** Sebastian, Manu J.
> **Sent:** Friday, March 21, 2025 3:23 PM
> **To:** cathleen_torresvasquez@cacp.uscourts.gov
> **Cc:** Makarewicz, Valerie (USACAC) <Valerie.Makarewicz@usdoj.gov>
> **Subject:** Jason Edward Thomas Cardiff EDCR23-00021-JGB-1

Good Afternoon Officer Torres-Vasquez,

Jason Cardiff is claiming that he continues to report to Pretrial Services. Have you had consistent contact with him since he failed to return to the United States on January 19, 2025?

Best Regards,

**Manu J. Sebastian**
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Office: (202) 514-0515
manu.j.sebastian@usdoj.gov

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**