Stephen R. Cochell
Admitted Pro Hac Vice
*srcochell@gmail.com*
5850 San Felipe, Ste. 500
Houston Texas 77057
Telephone:(713) 436-8000
Facsimile: (213) 623-2000

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendant
JASON EDWARD THOMAS CARDIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>                Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**JASON CARDIFF, BRIAN KENNEDY AND LILIA MURPHY'S REPLY IN SUPPORT OF *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE JASON CARDIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO SET ASIDE JUDGMENT AND SURITIES' LILIA MURPHY AND BRIAN KENNEDY'S REPLY BRIEF IN SUPPORT OF MOTION TO SET ASIDE OR MODIFY JUDGMENT** |

The Government's response ignores the medical problems cited by counsel and simply wishes to kick counsel while he is down.    Counsel is unable to sleep and function normally while his medication is being adjusted.    The two weeks is necessary

1  to be fully able to get a reasonable reply memo submitted to the court. While counsel

2  is able to send a few emails asking for more time), he is still unable to sit at a computer,

3  review numerous cases and draft an analysis of the Government's position.  Counsel is

4  exhausted just preparing a short reply.  Counsel wanted to delay the hearing on the

5  *motion* to accommodate his wedding anniversary (and give the court an extra week)---

6  *after he fully recuperates*.  Counsel takes everything in this case seriously and has filed

7  virtually every brief on time but simply not able to do so on this occasion.

8      Dated:  April 14, 2025

9

10      By:  /s/ Stephen R. Cochell

11           Stephen R. Cochell

12           Attorney for Defendant

13           JASON EDWARD THOMAS CARDIFF

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>SERVICE LIST</u>

2

3

4

I HEREBY DECLARE THAT THE FOLLOWING COUNSEL HAVE BEEN
SERVED WITH THIS DEFENDANT JASON CARDIFF'S NOTICE OF MOTIO
AND MOTION TO SUPPRESS EVIDENCE THROUGH THE COURT'S ECF O
NEXT GEN ELECTRONIC FILING SYSTEM:

5

6

7

8

9

10

E. Martin Estrada United
States Attorney Mack E.
Jenkins
Assistant United States Attorney Chief, Criminal Division
Ranee A. Katzenstein
Assistant United States Attorney Chief, Criminal Division
Valerie Makarewicz
Assistant United States Attorney Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-0756 Facsimile: (213) 894-6269
E-mail: Valerie.Makarewicz@usdoj.gov

11

12

13

14

15

16

Amanda Liskamm
Director, Consumer Protection Branch Manu J. Sebastian
Brianna M. Gardner
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Suite 6400 Washington, DC 20001
Telephone: (202) 514-0515 Facsimile: (202) 514-8742
E-mail: Manu.J.Sebastian@usdoj.gov
        Brianna.M.Gardner@usdoj.gov

17

18

*/S/ Stephen R. Cochell*
Stephen R. Cochell

19

20

21

22

23

24

25

26

27

28