UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>　　　　Defendant. | Case No. 5:23-cr-00021-JGB<br><br>**ORDER GRANTING-IN-PART AND DENYING-IN-PART JASON CARDIFF AND SURETIES BRIAN KENNEDY AND LILIA MURPHY'S *EX PARTE* MOTION FOR EXTENSION TO FILE JASON CARDIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO SET ASIDE JUDGMENT AND SURITIES' LILIA MURPHY AND BRIAN KENNEDY'S REPLY BRIEF IN SUPPORT OF MOTION TO SET ASIDE OR MODIFY JUDGMENT** |

　　　　Before the Court is Defendant Jason Cardiff's and Sureties Lilia Murphy and Brian Kennedy's *Ex Parte* Application for Extension of Time to File Reply Briefs in

COCHELL
LAW FIRM

1

support of their respective Motions to Set Aside or Modify Judgment. Good cause appearing, and in the interests of justice:

IT IS HEREBY ORDERED that the Application is GRANTED-IN-PART AND DENIED-IN-PART.

The deadline for Defendant and Sureties to file their reply briefs is extended from April 14, 2025, to **April 28, 2025**. The hearing on the motions shall be re-set to Monday, **May 5, 2025**.

IT IS SO ORDERED.

Dated: April 16, 2025

Hon. Jesus G. Bernal
United States District Judge
Central District of California