# APPENDIX II

Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Craig A. Welin (State Bar No. 138418)
  cwelin@frandzel.com
Hal D. Goldflam (State Bar No. 179689)
  hgoldflam@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Receiver ROBB EVANS AND ASSOCIATES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:18-cv-02104-DMG-PLA |
| Plaintiff, | **IRS CLAIM UPDATE TO THE RECEIVER'S SUMMARY ACCOUNTING WITH ALLOCATIONS** |
| v. | |
| JASON CARDIFF, etc., et al., | Date: September 17, 2021<br>Time: 9:30 a.m.<br>Place: Via Zoom<br>       Courtroom 8C,<br>       350 West 1st St.<br>Judge: Hon. Dolly M. Gee |
| Defendants. | |

4358758v1 | 078410-0061

1

IRS CLAIM UPDATE TO THE RECEIVER'S SUMMARY ACCOUNTING WITH ALLOCATIONS

TO: THE HONORABLE DOLLY M. GEE, JUDGE OF THE UNITED STATES DISTRICT COURT.

The Receiver filed a summary accounting with this Court on September 10, 2021 [Doc. # 654][1] which included an amended claim filing by the IRS in the amount of $2,787,989.73 against Eunjung and Jason Cardiff. The IRS initially filed a claim with the Receiver against them in the amount $64,232.36. The IRS claimed tax liens and priorities for payment.

**Further Amended IRS Claim**

When the Receiver filed the Summary Accounting on Friday, September 10, 2021, the Receiver served the IRS with it. And, the Receiver initiated a discussion with the IRS over its amended $2,787,989.73 claim.

Late on Wednesday (9/15/21) the IRS provided to the Receiver a further amendment to the IRS claim, Amendment No. 2 (attached hereto as Exhibit 1). To address the issues noted by the Receiver in the Summary Accounting and in the Receiver's 9/10/21 filing [Doc. # 654], and in the discussions that the Receiver had with the IRS, the IRS has now lowered its claim to the previous amount --- $64,232.36 --- and decided to forgo claiming the higher, $2,787,989.73 claim amount.

The Receiver believes that the Court should be apprised of this development before the continued status conference on Friday, September 17, 2021. The Receiver also believes that this IRS action will have a significant, and likely simplifying, effect on the receivership estate, which the Receiver is now evaluating.

/ / /

---

[1] The Court initially required the Receiver to file accountings by September 8, 2021. But, because of a serious illness and emergency hospitalization, the Receiver's filings in that regard have been delayed [Doc. # 652]. The Court accordingly extended the deadline for the Receiver's filings to September 19, 2021 [Doc. # 653]. The Receiver was able, however, to complete the summary accounting and get it on file with the Court.

4358758v1 | 078410-0061

1

IRS CLAIM UPDATE TO THE RECEIVER'S SUMMARY ACCOUNTING WITH ALLOCATIONS

| | |
|---|---|
| Dated: September 16, 2021 | Respectfully submitted,<br><br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>MICHAEL GERARD FLETCHER<br>CRAIG A. WELIN<br>HAL D. GOLDFLAM<br><br>By: /s/ Michael Gerard Fletcher<br>MICHAEL GERARD FLETCHER<br>Attorneys for Receiver ROBB EVANS & ASSOCIATES LLC |

# EXHIBIT 1

**INTERNAL REVENUE SERVICE** 

# FAX TRANSMISSION
## Cover Sheet

Date: September 15, 2021

**To:** Anita Jen

Address/Organization: Robb Evans & Associates

Fax Number: (818) 768-8802      Office Number: _____

**From:** Brown Leonard S Jr

Address/Organization: _____

Fax Number: (855) 863-4354      Office Number: _____

Number of pages: 2   Including cover page

Subject: Re: Amended Cardiff Proof of Claim

Hi Anita,

I have attached an amended proof of claim to remove the $1.6 million proposed tax assessment I included on the prior claim. Please confirm you have received it.

Thank you,

Leonard Brown
Bankruptcy Specialist
300 N Los Angeles St MS 5022
Los Angeles, CA 90012
Phone: 213-372-4287
Fax: 855-863-4354

---

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code. If you have received this communication in error, please contact the sender immediately by telephone. Thank you.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Form **4490** (Rev. 2-2005)

Docket Number: 18-02104

Kind of Proceeding: RECEIVERSHIP

In the District Court for the Western Division

**In the Matter of:**
CARDIFF EUNJUNG CARDIFF JASON
870 N. MOUNTAIN AVE, SUITE 115
UPLAND, CA 91786

Date of Petition: 11/08/2018

Creditor Number:

Amendment No. 2 to Proof of Claim dated 09/01/2021

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. CARDIFF EUNJUNG CARDIFF JASON is justly and truly indebted to the United States in the amount of $64,232.36 with interest and penalty as shown below.
2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Taxpayer ID Number | Kind of Tax | Period | Tax Due | Penalty Due | Interest Due | Date Tax Lien Arose |
|---|---|---|---|---|---|---|
|  | WT-FICA | 12/31/2011 | $15,616.56 | $6,252.85 | $5,213.01 | 02/13/2012 |
|  | BENE PLAN | 12/31/2012 | $18,895.63 | $0.00 | $4,163.88 | 02/15/2016 |
|  | CORP INC | 12/31/2013 | $0.00 | $1,170.00 | $195.95 | 10/06/2014 |
|  | BENE PLAN | 12/31/2013 | $9,448.86 | $0.00 | $1,741.39 | 02/15/2016 |
|  | MISC PEN | 12/31/2016 | $0.00 | $1,459.93 | $74.30 | 08/26/2019 |
|  |  |  | $43,961.05 | $8,882.78 | $11,388.53 |  |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service;
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law. See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

(Notarize or witness if court requires)
**Subscribed and Sworn to Before Me On**

Month   Day   Year

Signature: /s/ LEONARD BROWN

| Title | ID Number | Telephone Number |
|---|---|---|
| Bankruptcy Specialist | 0845203 | (213) 372-4287 |

Address:
Internal Revenue Service
Insolvency Group 7, 300 North Los Angeles St. 5022
Los Angeles, CA 90012

6

Part 1 - For Court (or Fiduciary. If required by local procedures)

Form 4490 (Rev. 2-2005) Cat. No. 41704T

Page 1 of 1

# PROOF OF SERVICE (1)

### FTC v. Jason Cardiff
### Case No. 5:18-cv-02104

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On **September 16, 2021**, I served true copy(ies) of the **IRS CLAIM UPDATE TO THE RECEIVER'S SUMMARY ACCOUNTING WITH ALLOCATIONS** the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

### SEE ATTACHED SERVICE LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY FAX TRANSMISSION:** I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (323) 651-2577. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused said document(s) to be transmitted by electronic mail. This service may be based on a court order or on an agreement among the parties to accept service by E-Mail. The name(s) and e-mail addresses of the person(s) served are set forth in the service list. The document was transmitted by electronic transmission and without error.

4358758v1 | 078410-0061

3

7

IRS CLAIM UPDATE TO THE RECEIVER'S SUMMARY ACCOUNTING WITH ALLOCATIONS

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **September 16, 2021**, at Los Angeles County, California.

*/s/ Sandra Young King*
Sandra Young King
sking@frandzel.com

4358758v1 | 078410-0061

4

8

IRS CLAIM UPDATE TO THE RECEIVER'S SUMMARY ACCOUNTING WITH ALLOCATIONS

**SERVICE LIST**
**FTC v. Jason Cardiff**
**Case No. 5:18-cv-2104**

**Electronic Mail Notice List**

- **Elizabeth J Averill**
  eaverill@ftc.gov

- **Peter Bisno**
  pbisno@bisnolaw.com

- **Michael Anthony Brown**
  tbrown@spertuslaw.com

- **Stephen R Cochell**
  srcochell@gmail.com

- **Christopher David Crowell**
  ccrowell@hrhlaw.com

- **Michael Gerard Fletcher**
  mfletcher@frandzel.com,sking@frandzel.com

- **Hal D Goldflam**
  hgoldflam@frandzel.com,dmoore@frandzel.com

- **Allan Howard Grant**
  allan@grants-law.com

- **Dolly Kae Hansen**
  dolly@spertuslaw.com

- **Lindsey M Hay**
  lhay@spertuslaw.com

- **Inter/Media Time Buying Corporation**
  ccrowell@hrhlaw.com

- **Michael W Kinney**
  mkinney@lblglaw.com

- **Shira D Modell**
  smodell@ftc.gov

- **Stacy Rene Procter**
  sprocter@ftc.gov

- **James A Prunty**
  jprunty@ftc.gov

- **Edwin Rodriguez**
  erodriguez@ftc.gov

4358758v1 | 078410-0061

9

5

IRS CLAIM UPDATE TO THE RECEIVER'S SUMMARY ACCOUNTING WITH ALLOCATIONS

- **Elizabeth Jones Sanger**
  esanger@ftc.gov,csands@ftc.gov

- **James W Spertus**
  jspertus@spertuslaw.com,sluecf@spertuslaw.com

- **Jesse James Thaler**
  jessejthaler@gmail.com

- **Gerrick M Warrington**
  gwarrington@frandzel.com,sking@frandzel.com

- **Craig A Welin**
  cwelin@frandzel.com,bwilson@frandzel.com

- **James D White**
  jdw@jamesdwhitelaw.com

- **Williams, Jett**
  iwilliams@henkelawfirm.com

- **Henke. Charlie**
  chenke@henkelawfirm.com

**VIA FACSIMILE TRANSMISSION:**

- **Leonard S. Brown**
  (855) 863-4354

- **Amelia Puertas-Samara**
  (916) 319-1692

**VIA EMAIL:**

- **Leonard S. Brown**
  leonard.s.brown@irs.gov

- **Amelia Puertas-Samara**
  amelia.puertas-samara@edd.ca.gov

- **Jared Bissell**
  Jared.Bissell@troutman.com

**VIA UNITED STATES MAIL:**

Leonard S. Brown
Bankruptcy Specialist
Internal Revenue Service
Insolvency Group 7
300 North Los Angeles St, #5022
Los Angeles, CA 90012

Amelia Puertas-Samara
Senior Tax Compliance Representative
Collection Division Bankruptcy Group,
MIC 92E
Tax Branch, State of California
Employment Development Department
PO Box 826880 MIC 92S
Sacramento. CA 94280-0001

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

4358758v1 | 078410-0061

7
11

IRS CLAIM UPDATE TO THE RECEIVER'S SUMMARY ACCOUNTING WITH ALLOCATIONS