# APPENDIX III

Exhibit 1

## First email about Cardiff salary

**"From:** Jason Cardiff <jc@vplmedical.com>
**Date:** May 13, 2021 at 4:57:23 PM PDT
**To:** Brick Kane <bkane@robbevans.com>

Brick
I have removed myself from vpl payroll please note kindly respond you opllpp
--

**Jason Cardiff**
**Here to Help, VPL Medical**
**12182 Santa Margarita**
**Rancho Cucamonga Ca 91730**
**Cell 646-733-6370**
**Office 909-786-0177**
**www.vplmedical.com"**

## Second email about Cardiff salary

**"From:** Jason Cardiff <jc@vplmedical.com>
**Date:** May 13, 2021 at 5:02:43 PM PDT
**To:** Brick Kane <bkane@robbevans.com>
**Subject: Vpl payroll**

Brick
Bobby has removed me from vpl payroll.
Please respond that you received this thank you

. . .

**Jason Cardiff**
**Here to Help, VPL Medical**
**12182 Santa Margarita**
**Rancho Cucamonga Ca 91730**
**Cell 646-733-6370**
**Office 909-786-0177**
**www.vplmedical.com"**

EXHIBIT 2