# APPENDIX IV





EXHIBIT 3

Jason Cardiff <jc@vplmedical.com>

## Vpl payroll
1 message

**Jason Cardiff** <jc@vplmedical.com>  Thu, May 13, 2021 at 5:02 PM
To: Brick Kane <bkane@robbevans.com>

Brick
Bobby has removed me from vpl payroll.
Please respond that you received this thank you

Also we received the final accounting from Anita as to all funds paid out by Vpl can you help me by letting me know why there are no payments to the receivership from Vpl and if not what funds were used to pay Vpl perhaps her Her QuickBooks accounting and bookkeeping has an error such as the billable hours for April 29 and 30th please let me know who paid the fifth approved receivers fees since it wasn't Vpl
--

Jason Cardiff
Here to Help, VPL Medical
12182 Santa Margarita
Rancho Cucamonga Ca 91730
Cell 646-733-6370
Office 909-786-0177
**www.vplmedical.com**

Made in the USA 3 ply (All raw materials are imported from Abroad )



Case 5:18-cv-02104-DMG-PLA Document 815-1 Filed 04/25/21 Page 2 of 47 Page ID #:76874