Stephen R. Cochell
Cochell Law Firm P.C.
5850 San Felipe Ste 500
Houston Texas 77057
(346)800-3500
srcochell@gmail.com
Admitted Pro Hac Vice

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile (866)858-6637
Attorneys for Defendant Jason Cardiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>      Defendant. | Case No. 5:23-cr-00021-JGB<br><br>SECOND NOTICE OF ERRATA REGARDING PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS INDICTMENT BASED ON FRAUD ON THE COURT |

## **SECOND NOTICE**

Please take notice that the Motion to Dismiss Indictment Based on Fraud on the Court was filed on April 27, 2025 (Dkt. 231) but a Proposed Order Granting

Defendant's Motion to Dismiss Based on Fraud on the Court was inadvertently not filed with the moving papers. This second Notice is to correct the filing in Dkt. 232, which provided the proposed order but not the Notice.

A copy of the Proposed Order Granting Defendant's Motion to Dismiss Based on Fraud on the Court is attached as Exhibit A to this Notice.

Respectfully submitted,

/s/ *Stephen R. Cochell*
Stephen R. Cochell

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument, has been served on this 27th day of April 2025 upon all counsel of record by email, facsimile, by regular mail or pursuant to the Court's ECF system.

/s/ Stephen R. Cochell
Stephen R. Cochell