# EXHIBIT A

Stephen R. Cochell
Cochell Law Firm P.C.
5850 San Felipe Ste 500
Houston Texas 77057
(346)800-3500
srcochell@gmail.com
Admitted Pro Hac Vice

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile (866)858-6637

Attorneys for Defendant
Jason Edward Thomas Cardiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON EDWARD THOMAS CARDIFF<br><br>And<br><br>LILIA MURPHY and BRIAN KENNEDY<br><br>Sureties | Case No. 5:23-CR-00021-JGB |

**SUPPLEMENTAL DECLARATION OF LILIA MURPHY COCHELL IN SUPPORT OF SURETIES' MOTION TO SET ASIDE JUDGMENT**

I, Lilia Murphy Cochell, declare as follows:

1. I have personal knowledge of the facts set forth herein. If called as a

1

witness, I could and would competently testify to the matters stated herein. I make this supplemental declaration in the Sureties Motion to Set Aside Judgment to supplement my original declaration filed on March 19, 2025.

2. Since filing of that declaration, I have had contacts with Mr. Cardiff in April, 2025 who reaffirmed that he was still in treatment. I continued to express my concerns about losing my house. Mr. Cardiff told me that he was still in treatment and that one of his doctors was going to issue a comprehensive report regarding his health and ability to travel.

3. I am aware that the Government does not believe that I have ~~not~~ done enough to apprehend Mr. Cardiff, but I do not have the ability to have someone apprehend Mr. Cardiff and do not believe that I could just go over to another country and lawfully apprehend anyone.

4. I understand that a new medical report has been submitted to the Court but do not know the specifics, except that Mr. Cardiff is still in treatment.

5. This is a summary of events. I reserve the right to supplement my testimony if called as a witness at hearing or trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of March 2025, at Houston, Texas.

*Lilia Murphy Cochell* (signature)
Lilia Murphy Cochell