EXHIBIT A

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON EDWARD THOMAS CARDIFF

Case No. 5:23-CR-00021-JGB

## DECLARATION OF JASON CARDIFF IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF JASON CARDIFF'S MOTION TO SET ASIDE JUDGMENT

I, Jason Cardiff, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Jason Cardiff's Motion to Set Aside Judgment

2. This declaration is submitted under the protections of *Simmons v. United States*, 390 U.S. 377 (1968) and the United States Constitution. Pursuant to *Simmons* and my constitutional rights, I would object to the use of this declaration for any purpose beyond the Court's adjudication of my Motion to Dismiss Based on Fraud of the Court.

3. I have lodged a comprehensive medical report under seal that provides the Court with a history of my treatment and prognosis. This is to provide the Court with an explanation of my decision to remain in Ireland for treatment. I deeply regret having to make such a decision, which was not intended to disobey the Court's order, but was to prevent my medical situation from progressively

1

getting worse through lack of treatment or by travel in disregard to my doctors' recommendations.

4. There is an allegation that I did not remain in touch with Pretrial Services over the last couple of months. Contrary to Ms. Torres' statement that I did not remain in contact, I had numerous contacts with Ryan McClellan, my assigned Pretrial Services Officer reporting that I was at home and inviting him to conduct a video chat so that he could see that I was and still am, living at my home in Ireland. A true and accurate copy of these emails are attached as **Exhibit 1.**

5. **Exhibit 2** is a true and accurate copy of an email exchange with Mr. McClellan who generally states that I should contact my "district of jurisdiction, which is in the Central District of California." Mr. McClellan did not provide me with Ms Torres' name or email address. Ms. Torres did not contact me to advise me that she was now the assigned Pretrial Services Office.

6. I have asked to participate in all hearings but, after January 19, 2025, the Court has previously denied such motions.

7. This is a summary of events. I reserve the right to supplement my testimony if called as a witness at hearing or trial

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of April, 2025, at Dublin, Ireland.

Jason Cardiff

2

# EXHIBIT 1

 Gmail                                              **Jason Cardiff <ideatank360@gmail.com>**

---

**(no subject)**
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                    Sat, Apr 26, 2025 at 9:59 AM
To: Jason Cardiff <ideatank360@gmail.com>





CEO and President
(C) 1-207-881-6692 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Wed, 23 Apr 2025 08:59:00 +0100
Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Sat, 26 Apr 2025 08:59:00 +0100
Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Sat, 19 Apr 2025 08:58:00 +0100
Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58

www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Tue, 22 Apr 2025 08:59:00 +0100
Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Thu, 17 Apr 2025 08:57:00 +0100
Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Fri, 18 Apr 2025 08:58:00 +0100

Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs
nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default
Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Thu, 10 Apr 2025 08:56:00 +0100
Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





**Jason Cardiff**



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Tue, 15 Apr 2025 08:56:00 +0100
Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





**Jason Cardiff**



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58

www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Wed, 9 Apr 2025 08:56:00 +0100
Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Tue, 8 Apr 2025 07:56:06 +0100
Subject:
I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Mon, 7 Apr 2025 20:46:57 +0100

Subject:
just checking in again I am here if you need anything thank you at my home in Dublin





**Jason Cardiff**



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc: Cathleen Torres Vasquez <Cathleen_TorresVasquez@cacp.uscourts.gov>
Bcc:
Date: Thu, 20 Feb 2025 10:33:56 +0000
Subject: Re: cardiff checkin in
Noted and thank you

Ryan just checking in again hope all is well let me know if you want to have a video call please let me know
I belvie it would be in our best interest to make sure you are aware of my location





**Jason Cardiff**



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

On Thu, 20 Feb 2025 at 00:04, Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:
> Mr. Cardiff,
>
> As stated in my email on January 25th. Our office has closed interest in your case. All communications should be routed to your district of Jurisdiction.
>
> I have CCd your point of contact going forward.
>
> This was sent from my iPhone so please excuse any typos - USPO Ryan D. McClellan
>
>> On Feb 19, 2025, at 12:30 PM, Jason Cardiff <jc@redwoodsci.co> wrote:
>>
>>
>> **CAUTION - EXTERNAL:**
>>
>> Ryan jsut checking in again hope all is well let me know if you want to have a video call





**Jason Cardiff**



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end
users all products are sold by either distributors or retail store
locations pending final Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific
Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Wed, 19 Feb 2025 18:29:39 +0000
Subject: cardiff checkin in
Ryan jsut checking in again hope all is well let me know if you want to have a video call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Mon, 17 Feb 2025 09:39:20 +0000
Subject:
just cehcking int still here thank you let me know fi yoiu what to set up a call





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58

www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Mon, 17 Feb 2025 08:00:00 +0000
Subject:
checkign in let me know if you want a video check in thank you





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Wed, 12 Feb 2025 13:00:00 +0000
Subject: cardiff
checking in still thank you





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Tue, 11 Feb 2025 13:37:46 +0000

Subject: checking in cardiff
Ryan just checking in let me know if you would like to set up a video call thank you







CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing." | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

---------- Forwarded message ----------
From: Jason Cardiff <jc@redwoodsci.co>
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>
Cc:
Bcc:
Date: Wed, 5 Feb 2025 09:22:37 +0000
Subject: cardiff checking in
ryan just checking in here all is well at my home in dublin let me know if you would like a video conference once again I am not sure how we set that up and look to your guidance





Jason Cardiff



CEO and President
(C) 1-213-729-5646 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom"* | *Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."* | *Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end users all
products are sold by either distributors or retail store locations pending final
Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

...

[Message clipped]  View entire message

**19 attachments**

**(no subject).eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**Re: cardiff checkin in.eml**
16K

**cardiff checkin in.eml**
7K

**(no subject).eml**
7K

**(no subject).eml**
7K

**cardiff.eml**
7K

**checking in cardiff.eml**
7K

**cardiff checking in.eml**
7K

**Re:.eml**
16K

# EXHIBIT 2

 Gmail

**Stephen Cochell <srcochell@gmail.com>**

---

**Fwd:**
1 message

---

**Jason Cardiff** <jc@redwoodsci.co>                                         Sun, Apr 27, 2025 at 3:32 PM
To: Stephen Cochell <srcochell@gmail.com>





Jason Cardiff



CEO and President
(C) 1-207-881-6692 USA
(C) +353-89-604-9238 ROI
Please book a meeting https://calendly.com/jc--y58
www.redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8

*"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs
nothing." | Edmund Burke*


    Redwood Scientific Technologies does not sell any of its products to end users all
    products are sold by either distributors or retail store locations pending final
    Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default
Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


---------- Forwarded message ---------
From: **Jason Cardiff** <jc@redwoodsci.co>
Date: Sun, 27 Apr 2025 at 13:56
Subject: Re:
To: Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov>


Ryan, they haven't contacted me and no one told me that but you so I'm gonna keep checking in here until they contact
me and tell me what to do. I appreciate everything thank you.

Jason Cardiff
CEO and President
(C) 1-207-881-6692
(ROI) +353-89604-9238
Please book a meeting https://calendly.com/jc--y58

www.Redwoodsci.com
https://www.linkedin.com/in/jason-cardiff-48184ab8
"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.

Redwood Scientific Technologies does not sell any of its products to end users all products are sold by either distributors or retail store locations pending final Scientific testing.

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)


On Sun, Apr 27, 2025 at 2:28 AM Ryan McClellan <Ryan_D_McClellan@txsp.uscourts.gov> wrote:

> Mr. Cardiff,
>
> The Southern District of Texas no longer has any interest in your case, therefore I am not supervising you. Any check ins and or questions must be routed through your district of jurisdiction, which is the Central District of California.
>
> This was sent from my iPhone so please excuse any typos - SrUSPO Ryan D. McClellan
>
>
>> On Apr 26, 2025, at 2:59 AM, Jason Cardiff <jc@redwoodsci.co> wrote:
>>
>>
>> **CAUTION - EXTERNAL:**
>>
>> I am checking in I am here at my home in Dublin let me know if you need anything thank you or want a Video call
>>
>>
>> 
>>
>> 
>>
>> 
>>
>> CEO and President
>> (C) 1-213-729-5646 USA
>> (C) +353-89-604-9238 ROI
>> Please book a meeting https://calendly.com/jc--y58
>> www.redwoodsci.com
>> https://www.linkedin.com/in/jason-cardiff-48184ab8
>>
>> *"Honesty is the first chapter in the book of wisdom" | Thomas Jefferson's Monticello.*

*"Hypocrisy can afford to be magnificent in its promises; for never intending to go beyond promises, it costs nothing."  | Edmund Burke*

```
Redwood Scientific Technologies does not sell any of its products to end
users all products are sold by either distributors or retail store
locations pending final Scientific testing.
```

Please read the Final Judgment Won by Redwood Scientific as to monetary relief in the FTC Vs. Redwood Scientific

Technologies: Redwood Scientific: Default Judgment as to Redwood Scientific Technologies, et al. (ftc.gov)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.