Stephen R. Cochell
Cochell Law Firm
5850 San Felipe Ste 500
Houston Texas 77057
(713)800-3500

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-CR-00021-JGB |
| v. | |
| JASON·CARDIFF | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Declaration of Jason Cardiff re Dr. Bui Report

Letter dated April 28, 2025 by Dr. Bui re Jason Cardiff's Medical Condition and Treatment for Jason Cardiff, Lilia Murphy and Brian Kennedy-Please note that an incorrect document was lodged rather than Dr. Bui's report.  Dr. Bui's report will be lodged tomorrow.

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| 4-28-25 | Stephen R. Cochell |
|---|---|
| Date | Attorney Name |
| | Jason Cardiff |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*