Stephen R. Cochell
Cochell Law Firm
5850 San Felipe Ste 500
Houston Texas 77057
(713)800-3500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-CR-00021-JGB |
| v. | |
| JASON CARDIFF | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S) | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged: (List Documents)

Declaration of Jason Cardiff re Dr. Bui Report

Letter dated April 28, 2025 by Dr. Bui re Jason Cardiff's Medical Condition and Treatment for Jason Cardiff, Lilia Murphy and Brian Kennedy

LODGED
CLERK, U.S. DISTRICT COURT

APR 29 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Reason:

☑  Under Seal

☑  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

4-29-25
Date

Stephen R. Cochell
Attorney Name

Jason Cardiff
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*